**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHI INTERNATIONAL CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | **Cause No. 4:23-CV-200-SDJ** |
| | § | |
| **v.** | § | |
| | § | |
| **SECURUS TECHNOLOGIES, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**SHI INTERNATIONAL CORP'S LIST OF EXHIBITS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **1** | August 11, 2022 Email from Hezi BenMoshe "SHI / Securus - Hodge - AP needed" [SHI-212205] |
| **2** | Jessica Cole Declaration |
| **3** | SHI's Second Amended Disclosures |
| **4** | Jamil Alibhai Declaration |
| **5** | Excerpts of Alex Dougherty Deposition Transcript |
| **6** | Excerpts of Hezi BenMoshe Deposition Transcript |
| **7** | Securus's Third Amended Disclosures |
| **8** | TDCJ Master Contract [SHI-091115] |
| **9** | Region 2 SOW [SHI-008421] |
| **10** | Excerpts of Matt Pareti Deposition Transcript |
| **11** | Region 3 SOW [SHI-013051] |
| **12** | Region 4 SOW [SHI-013026] |
| **13** | Region 5 SOW [SHI-009372] |
| **14** | Region 6 SOW [SHI-011528] |
| **15** | TDCJ Site Survey [SHI-092349] |
| **16** | Conex SOW [SHI-014108] |
| **17** | Excerpts of Mary Clear Deposition Transcript |
| **18** | Keagan SOW [SHI-004177] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 19 | Duncan SOW [SHI-008162] |
| 20 | Lewis SOW [SHI-008141] |
| 21 | Polunsky SOW [SHI-008104] |
| 22 | February 4, 2022 Email from Kristin Cooper, "Updated Accounting Terms" [SECURUS006908] |
| 23 | Keagan Change Request [SHI-049398] |
| 24 | Duncan Change Request [SHI-010570] |
| 25 | Lewis Change Request No. 1 [SHI-014666] |
| 26 | Polunsky Change Request No. 1 [SHI-079358] |
| 27 | Polunsky Change Request No. 2 [SHI-214998] |
| 28 | Polunsky Change Request No. 3 [SHI-357946] |
| 29 | Polunsky Change Request No. 4 [SHI-078767] |
| 30 | Region 2 Change Request No. 1 [SECURUS065606] |
| 31 | Region 2 Change Request No. 3 [SHI-118033] |
| 32 | Region 2 Change Request No. 2 [SHI-071995] |
| 33 | Region 2 Change Request No. 4 [SHI-355645] |
| 34 | Region 5 Change Request No. 3 [SHI-118036] |
| 35 | Region 5 Change Request No. 1 [SHI-128641] |
| 36 | Region 5 Change Request No. 2 [SHI-128648] |
| 37 | Region 5 Change Request No. 5 [SHI-355675] |
| 38 | Region 5 Change Request No. 4 [SHI-128507] |
| 39 | Region 6 Change Request No. 1 [SHI-128604] |
| 40 | Region 6 Change Request No. 3 [SHI-355651] |
| 41 | Region 6 Change Request No. 2 [SHI-128501] |
| 42 | Region 4 Change Request No. 1 [SHI-071998] |
| 43 | Region 4 Change Request No. 4 [SHI-355657] |
| 44 | Region 4 Change Request No. 2 [SHI-357923] |
| 45 | Region 3 Change Request No. 4 [SHI-357920] |
| 46 | Region 3 Change Request No. 3 [SHI-215012] |
| 47 | Region 3 Change Request No. 1 [SHI-071986] |
| 48 | Region 3 Change Request No. 2 [SHI-072001] |
| 49 | Region 3 Change Request No. 5 [SHI-355669] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **50** | Conex Change Request No. 1 [SHI-014591] |
| **51** | David Brennan's TDCJ Vendor and Labor Tracker [SECURUS065625] |
| **52** | SHI Spreadsheet Showing Unpaid-Paid Invoices [SHI-425694] |
| **53** | Elaine Binosa Declaration |
| **54** | June 14, 2022 Email from Greg Saxon, "Priorities" [SECURUS063660] |
| **55** | June 14, 2022 Email from Greg Saxon, "Organizational Announcement – Value Chain Operations" [SECURUS172756] |
| **56** | June 21, 2022 Email from Greg Saxon, "Securus – SHI KY CRs" [SECURUS011993] |
| **57** | June 22. 2022 Email from David Brennan, "SHI Change Orders" [SECURUS062449] |
| **58** | June 28, 2022 Email from Greg Saxon, "SHI TDCJ Resource Allocation – Notes 6/16/22" [SHI-127607] |
| **59** | September 26, 2022 Teams message from Greg Saxon [SECURUS178931] |
| **60** | August 1, 2022 meeting invite via email from Kristin Cooper [SHI-117142] |
| **61** | Excerpts of Kristin Cooper Deposition Transcript |
| **62** | Excerpts of Jessica Cole Deposition Transcript |
| **63** | August 10, 2022 Email from Jessica Cole, "SHI/Securus – Hodge – AP needed" [SHI-078005] |
| **64** | August 10, 2022 Email from Hezi BenMoshe, "SHI/Securus – Hodge – AP needed" [SECURUS063176] |
| **65** | October 19, 2022 Email from Dustin Fargason, "Securus – Budget update – feedback needed by 10/28" [SHI-078420] |
| **66** | Excerpts of Dustin Fargason Deposition Transcript |
| **67** | October 21, 2022 Email from Lisa Gauger, "Please DocuSign:Securus _SHI_SOW_Polunsky Unit Cabling_CR04_BillAsActuals" [SECURUS110658] |
| **68** | Securus Termination Letter to SHI [SHI-078526] |
| **69** | Securus's Response to SHI's First Set of Interrogatories, No. 1 |
| **70** | Excerpts of Jeffrey Mordaunt Deposition Transcript |
| **71** | November 15, 2022 Email from Jerimy Thompson, "Completion % and resources week of 11/21" [SECURUS065266] |
| **72** | January 10, 2022, Email from Mary Clear, "SHI Past Dues for SECURUS Technologies 1002122" [SECURUS066417] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **73** | January 7, 2022 Spreadsheet Showing $979,987.96 Outstanding [SECURUS066416] |
| **74** | July 20, 2022 Email from Sean McAllister, “SHI Overdue Invoices” [SECURUS066651] |
| **75** | August 15, 2022 Email from Philip Ninan, “SHI install work invoices” [SECURUS066665] |
| **76** | October 21, 2022 Email from Lisa Gauger, “Securus – SHI CRs: Bill as Actuals & Sites Removed” [SECURUS013296] |