# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHI INTERNATIONAL CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | **Cause No. 4:23-CV-200-SDJ** |
| | § | |
| **v.** | § | |
| | § | |
| **SECURUS TECHNOLOGIES, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**DECLARATION OF JESSICA COLE**

I, Jessica Cole, make the following declaration:

1. My name is Jessica Cole. I am over the age of twenty-one (21) years, of sound mind, and capable of making this Declaration. I have personal knowledge of the facts set forth below, which are true and correct.

2. I am the Managing Director of Advanced Solutions Group-Project Management Office for SHI International Corp.

3. SHI International Corp. is a named Plaintiff in Cause No. 4:23-CV-200-SDJ, styled as *SHI International Corp. v. Securus Technologies, LLC*, in the United States District Court of the Eastern District of Texas.

4. This Declaration is made in support of *SHI International Corp.'s Partial Motion for Summary Judgment.*

5. Attached to *SHI International Corp.'s Partial Motion for Summary Judgment* are true and correct copies of the following documents:

   a. Ex 1, August 11, 2022 Email from Hezi BenMoshe "SHI / Securus - Hodge - AP needed" [SHI-212205];

   b. Ex. 11, Region 3 SOW [SHI-013051];

c. Ex. 25, Lewis Change Request No. 1 [SHI-014666];

d. Ex. 26, Polunsky Change Request No. 1 [SHI-079358];

e. Ex. 27, Polunsky Change Request No. 2 [SHI-214998];

f. Ex. 28, Polunsky Change Request No. 3 [SHI-357946];

g. Ex. 29, Polunsky Change Request No. 4 [SHI-078767];

h. Ex. 31, Region 2 Change Request No. 3 [SHI-118033];

i. Ex. 32, Region 2 Change Request No. 2 [SHI-071995];

j. Ex. 33, Region 2 Change Request No. 4 [SHI-355645];

k. Ex. 34, Region 5 Change Request No. 3 [SHI-118036];

l. Ex. 35, Region 5 Change Request No. 1 [SHI-128641];

m. Ex. 36, Region 5 Change Request No. 2 [SHI-128648];

n. Ex. 37, Region 5 Change Request No. 5 [SHI-355675];

o. Ex. 38, Region 5 Change Request No. 4 [SHI-128507];

p. Ex. 39, Region 6 Change Request No. 1 [SHI-128604];

q. Ex. 41, Region 6 Change Request No. 2 [SHI-128501];

r. Ex. 42, Region 4 Change Request No. 1 [SHI-071998];

s. Ex. 44, Region 4 Change Request No. 2 [SHI-357923];

t. Ex. 45, Region 3 Change Request No. 4 [SHI-357920];

u. Ex. 46, Region 3 Change Request No. 3 [SHI-215012];

v. Ex. 47, Region 3 Change Request No. 1 [SHI-071986];

w. Ex. 48, Region 3 Change Request No. 2 [SHI-072001];

x. Ex. 49, Region 3 Change Request No. 5 [SHI-355669];

y. Ex. 50, Conex Change Request No. 1 [SHI-014591];

z. Ex 63, August 10, 2022 Email from Jessica Cole, "SHI/Securus – Hodge – AP needed" [SHI-078005]; and

aa. Ex. 58, June 28, 2022 Email from Greg Saxon, "SHI TDCJ Resource Allocation – Notes 6/16/22" [SHI-127607].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2024.

DocuSigned by:
Jessica Cole
791659E5A49B473...

Jessica Cole