# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHI INTERNATIONAL CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | **Cause No. 4:23-CV-00200-SDJ** |
| | § | |
| **v.** | § | |
| | § | |
| **SECURUS TECHNOLOGIES, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**SHI INTERNATIONAL CORP.'S SECOND AMENDED RULE 26 DISCLOSURES**

1. **The correct names of the parties to the action.**

SHI International Corp. ("SHI") understands the parties to be named correctly.

2. **The name and, if known, address and telephone number of any potential parties to the action.**

SHI knows of no other potential parties to this action at this time.

3. **The name and, if known, the address and telephone number of persons having knowledge of facts relevant to the claim or defense of any party, a brief characterization of their connection to the case, and a fair summary of the substance of the information known by such person. This may be combined with the list of persons required under Rule 26(a)(1)(A)(i) so two lists are not needed.**

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| Lisa Gauger<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Project Manager | Ms. Gauger was the lead project manager for Securus projects which included TDCJ beginning in February 2022. She led the "executive" monthly project updates and the "core team" project meetings that occurred daily/weekly. Her primary point of contact at Securus was all the core team members and David Brennan. |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| Alejandra Angel<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | Former SHI Employee - Project Manager | Ms. Angel was the project manager for Securus projects which included TDCJ from January 2021 to October 2022. She participated in the "executive" monthly updates and the "core team" project team meetings that occurred daily/weekly. Her primary point of contact at Securus was all the core team members and David Brennan. |
| Gabriela Angel<br>c/o Ron Rainey<br>Tritico Rainey, PLLC<br>1523 Yale St.<br>Houston, TX 77008<br>(713) 581-3399<br>rrainey@triticorainey.com | Former SHI Employee - Project Manager | Ms. Angel was the project manager for Securus projects which included TDCJ from January 2022 until project suspension. She participated in the "executive" monthly updates and the "core team" project team meetings that occurred daily/weekly. Her primary point of contact at Securus was all the core team members and David Brennan. |
| Dustin Fargason<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - PM Manager | Mr. Fargason directly managed Lisa Gauger, Alejandra Angel, and Gabriela Angel during the relevant period. He is familiar with the Securus projects which included TDCJ Project. He participated in the "executive" monthly updates and the "core team" project team meetings that occurred daily/weekly as needed. His primary point of contact at Securus was David Brennan. |
| Jessica Cole<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Managing Director PMO and Operations | Ms. Cole directly managed Dustin Fargason during the relevant period. She oversees all Services projects, which, during the parties' relationship, included the Securus projects. She participated in the "executive" monthly updates and the "core team" project team meetings that occurred daily/weekly |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| | | as needed. Her primary point of contact at Securus was David Brennan. |
| Ryan Huffine<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Vice President of Services | Mr. Huffine directly managed Jessica Cole during the relevant period. He oversees SHI's Services department, which, during the parties' relationship, included the Securus projects. He had some communication with Greg Saxon and Matt Pareti. |
| Andreas Poswencyk<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - AR Manager, Accounting | Mr. Poswencyk is the accounting manager responsible for Securus's accounts receivable. He is familiar with the invoices as well as the amount owed by Securus. |
| Shareeq Ahmed<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Senior Inside Sales Account Manager | Mr. Ahmed was responsible for account management and placing any orders as requested by Securus. He is familiar with Securus's hardware needs in relation to the project and, generally, the volume of hardware ordered. |
| Kristin (Cooper) Allred<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | Former SHI Employee - AE | Ms. Cooper was the lead account manager for the Securus account. She is familiar with all the Securus projects. She worked with Securus and Services Sales to establish project requirements with Securus. She participated in the "executive" monthly updates and the "core team" project team meetings that occurred daily/weekly as needed. Her primary point of contacts at Securus were Hezi BenMoshe, Matt Pareti, Greg Saxon. |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| Klark Sweitzer<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Regional Sales VP | Mr. Sweitzer directly managed Kristin Cooper during the relevant period. He was familiar with all the Securus projects and accounts receivable. He participated in the "executive" monthly updates. His primary point of contacts at Securus were Greg Saxon, Hezi BenMoshe, and Matt Pareti. |
| Henry Egan<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Service Sales Manager | Mr. Egan gathered requirements from Securus and then negotiated the SOWs on behalf of SHI. He participated in executive meetings at the account level. He primarily engaged with Greg Saxon, Matt Pareti, and Hezi BenMoshe. |
| Ryan Sheehan<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Executive | Mr. Sheehan directly manages Ryan Huffine. He is an SHI executive who had some communication with Greg Saxon and Matt Pareti, who are Securus executives involved in the Securus projects, including the TDCJ Project. |
| Joel Fikes<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | Former SHI Employee - VP of Sales; primary contact for Matt Pareti | Mr. Fikes directly managed Klark Sweitzer. He was an SHI executive who had some communication with Greg Saxon and Matt Pareti, who are Securus executives involved in the Securus projects, including the TDCJ Project. |
| Chris LeBleu<br>c/o Jamil N. Alibhai<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St., #4000<br>Dallas, TX 75201<br>(214) 880-1061<br>jalibhai@munsch.com | SHI - Solutions Executive | Mr. LeBleu is responsible for datacenter designs and pre-sales meetings. He attended some meetings with Securus related to the TDCJ Project. |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| Howard Thein<br>Contact Information Unknown | Former SHI Employee - Accounts Receivable Representative | Mr. Thein was the primary accounts receivable representative for Securus's account, and, during his tenure, he was the primary person who attempted to create a summary form of billing for Securus. Mr. Thein has knowledge of any request by Securus for summary invoicing and the feasibility of accomplishing such a thing. |
| Rob Lawler<br>Contact Information Unknown | Former SHI Employee - Accounts Receivable Manager | Mr. Lawler assisted Howard Thein in the attempt to create a summary form of billing for Securus. Mr. Lawler has knowledge of any request by Securus for summary invoicing and the feasibility of accomplishing it. |
| Kevin Brown<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Regional Installation Manager, Operations | Mr. Brown was an Onsite Foreman for Securus. He was part of the core project team and mainly focused on the sites in Kentucky. He participated in the "core team" project team meetings that occurred daily/weekly. |
| Adam Schafer<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Western Region Install Manager | Mr. Schafer was an Onsite Foreman for Securus. He was part of the core project team and mainly focused on the sites in Sacramento and Washington. He participated in the "core team" project team meetings that occurred daily/weekly. |
| Greg Saxon<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Former Securus Employee - VP, Value Chain Operations | Mr. Saxon was an Aventiv executive who primarily communicated with Klark Sweitzer on the Securus projects, including the TDCJ Project, during the relevant period. He participated in the "executive" monthly updates. |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| Matt Pareti<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Former Securus Employee - Chief Operations Officer | Mr. Pareti is was Securus executive until November 2022 who primarily communicated with Joel Fikes on the Securus projects, including the TDCJ Project, during the relevant period. He participated in the "executive" monthly updates. |
| David Brennan<br>c/o Dave Wishnew<br>Crawford Wishnew Lang<br>1700 Pacific Ave #2390,<br>Dallas, Texas 75201<br>214-817-4500 | Former Securus Employee - Senior Manager, Contractor Operations and Performance | Mr. Brennan was the primary Senior Manager who interfaced with the SHI leadership and project team during the relevant period. He oversees all the Services projects, including the TDCJ Project. He participated in the "executive" monthly updates and the "core team" project team meetings that occurred daily/weekly. His primary points of contact at SHI were Dustin Fargason, Jessica Cole, and the project team (Lisa Gauger, Alejandra Angel, Gabriela Angel). |
| Hezi BenMoshe<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus Employee - Senior Director of Procurement | Mr. BenMoshe was a Securus executive who primarily communicated with Kristin Cooper, Klark Sweitzer, Henry Egan on the Securus projects, including the TDCJ Project, during the relevant period. He participated in the "executive" monthly updates, and he participated in the "core team" project team meetings that occurred daily/weekly as needed. He reported to Greg Saxon. |
| Ryan Edwards<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Procurement and Sourcing Manager | Mr. Edwards was a Procurement Manager. He signed some change requests. |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| Danielle Thibodeaux<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - TDCJ Program Manager | Ms. Thibodeaux was part of the core project team and oversaw the TDCJ Project. She participated in the "core team" project team meetings that occurred daily/weekly. |
| Cheryl Beal<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - TDCJ Program Manager | Ms. Beal was part of the core project team and oversaw the TDCJ Project. She participated in the "core team" project team meetings that occurred daily/weekly. |
| Jeremy Vetter<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Project Manager for Georgia and Kentucky | Mr. Vetter was part of the core project team and oversaw multiple sites (TDCJ Project, Georgia, Kentucky). He participated in the "core team" project team meetings that occurred daily/weekly. |
| Dina Rivera<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Senior Project Manager, Implementation | Ms. Rivera was part of the core project team and focused on Sacramento. She participated in the "core team" project team meetings that occurred daily/weekly. |
| Bob Madden<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Onsite Installation Supervisor, Sacramento | Mr. Madden was an Onsite Foreman in Sacramento. He was part of the core project team and participated in the "core team" project team meetings that occurred daily/weekly. |
| Dave Jorgenson<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040 | Securus - National Sales Manager, Western US | Mr. Jorgenson was responsible for Tech authorizations for Sacramento. He was part of the core project team and participated in the "core team" project team meetings that occurred daily/weekly. |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| jtillotson@tillotsonlaw.com | | |
| Nicki Trice<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Senior Buyer | Ms. Trice submitted purchase orders to SHI. She worked primarily with Kristin Cooper and Shareeq Ahmed. |
| Sean McAllister<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Director of Supply Chain | Mr. McAllister oversaw hardware quantities that were given to SHI for services projects. He joined all inventory calls relevant to the TDCJ Project and others. |
| Mary Clear<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Vice President, Corporate Controller | Ms. Clear approved invoices on behalf of Securus, primarily after Securus's account become millions of dollars past-due. She worked weekly with the SHI sales team and SHI accounts receivable. |
| Philip Ninan<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - Vice President, Finance | Mr. Ninan approved invoices on behalf of Securus, primarily after Securus's account become millions of dollars past-due. He worked weekly with the SHI sales team and SHI accounts receivable. |
| Norma Ortiz<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus - AP Processor | Ms. Ortiz worked directly with Kristin Cooper and Shareeq Ahmed for invoice payment. She was the longest-involved member of the Securus team to work with SHI on its invoices. |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| Alex Dougherty<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Securus – Chief Strategy & Operating Officer | Alex Dougherty notified SHI by letter that all statements of work pertaining to the TDCJ Project were being terminated by Securus. |
| Aventiv<br>c/o Jeff Tillotson<br>Tillotson Johnson & Patton<br>1201 Main St., #1300<br>Dallas, TX 75202<br>(214) 382-3040<br>jtillotson@tillotsonlaw.com | Parent company of Securus | Corporate knowledge of Securus operations. |
| Platinum Equity Advisors, LLC<br>c/o Allen Gardner<br>Latham & Watkins<br>555 11th St NW,<br>Washington, DC 20004<br>(214) 382-3040<br>allen.gardner@lw.com | Parent company of Aventiv | Corporate knowledge of Aventiv and Securus operations. |
| Texas Department of Criminal Justice<br>c/o Jerry Bergman<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1837<br>jerry.bergman@oag.texas.gov | Contracted with Securus to create the "TDCJ project" | TDCJ project was for the benefit of the Texas Department of Criminal Justice. Knowledge of the project details and day-to-day operations. |
| Insight Global<br>1224 Hammond Drive, Ste. 1500<br>Atlanta, Georgia 30346 | Contracted with SHI to provide services to the TDCJ Project | SHI contracted with Insight Global to provide services at various project sites throughout Texas. Knowledge of the project. |
| AIW Diversified Solutions<br>5419 Pine Wood Meadows Lane<br>Spring, Texas 77386<br>(281) 407-1650 | Contracted with SHI to provide services to the TDCJ Project | SHI contracted with AIW to provide services at various project sites throughout Texas and Nevada. Knowledge of the project. |
| Sunrise IT Solutions Group<br>1701 W. Northwest Hwy.<br>Grapevine, Texas 76051 | Contracted with SHI to provide | SHI contracted with Sunrise IT to provide services at various project |

| NAME | CONNECTION TO CASE | SUBSTANCE OF INFORMATION KNOWN |
|---|---|---|
| (817) 796-0658 | services to the TDCJ Project | sites throughout Texas. Knowledge of the project. |
| Infinite Networks, Inc.<br>786 E. McGlincy Lane<br>Campbell, California 95008<br>(408) 829-5711 | Contracted with SHI to provide services to the TDCJ Project | SHI contracted with Infinite Networks to provide services at various project sites throughout Texas, California, Georgia, and Washington. Knowledge of the project. |
| Essintial Enterprise Solutions<br>431 Railroad Avenue<br>Camp Hill, Pennsylvania 17011<br>(717) 610-3200 | Contracted with SHI to provide services to the TDCJ Project | SHI contracted with Essinital to provide services at various project sites throughout Texas. Knowledge of the project. |
| Inobranch, LLC<br>P.O Box 62231<br>Houston, Texas 77205<br>(877) 967-4697 | Contracted with SHI to provide services to the TDCJ Project | SHI contracted with Inobranch to provide services at various project sites throughout Texas and Kentucky. Knowledge of the project. |

In addition to those named above, SHI discloses any person disclosed by Securus as a person with knowledge of the relevant facts of the case.

**4. The authorizations described in Local Rule CV-34.**

SHI does not anticipate the need for authorizations described in Local Rule CV-34.

**5. A copy of all documents, ESI, witness statements, and tangible things in the possession, custody, or control of the disclosing party that are relevant to the claim or defense of any party. This may be combined with disclosures under Rule 26(a)(1)(A)(ii) so duplication is avoided. In cases involving a disproportionate burden of disclosure of a large number of documents on one party, the parties may agree on prior inspection to reduce the need for copies. Parties are encouraged to agree upon provision of information by electronic means. See Local Rule CV-26(d) for the meaning of "relevant to the claim or defense of any party."**

SHI has made a number of productions. To date, SHI has produced Bates labeled SHI-000001 to SHI-502341. SHI reserves the right to further supplement this disclosure and its productions with relevant documents and information as such items become available to SHI and as discovery proceeds.

**6. A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

SHI refers to its response to Number 5 above.

**7. A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

As of the date of these disclosures, SHI claims actual damages for labor, equipment, material, and other expenses incurred on behalf of Securus for which SHI has not been paid. SHI seeks actual damages that, as of the date of these disclosures, equal $22,422,811.41. More specifically, SHI seeks damages in the amount of $20,904,466.16 for Claim One, $499,829.06 for Claim Two, and $1,018,516.19 for Claim Three. SHI-425694 is a spreadsheet reflecting Securus's unpaid balance. The spreadsheet identifies all invoices SHI issued to Securus and, among other things, the invoice date, terms of payment, invoice amount, balance, amount paid, and requisition. An invoice is categorized as belonging to Claim 1, 2, or 3 by its requisition description, which indicates whether the invoice relates to the TDCJ Project (Claim 1), a nationwide project (Claim 2), or ad hoc purchase orders for hardware (Claim 3). Damages amounts for each claim were calculated.

SHI claims it is entitled to the 1.5% late fee included on all invoices at issue in this case, including as pre and post-judgment interest.

SHI further claims it is entitled to its reasonable attorneys' fees under TEX. CIV. PRAC. & REM. Code § 38.001 and pre and post-judgment interest.

**8. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

SHI knows of no such insurance agreement.

Dated: April 10, 2024

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jamil N. Alibhai*

Jamil N. Alibhai
State Bar No. 00793248
jalibhai@munsch.com
Ross L. Parker
State Bar No. 24007804
rparker@munsch.com
Jordan R. Curry
State Bar No. 24116242
jcurry@munsch.com
Toni L. Anderson
State Bar No. 24105432
tanderson@munsch.com
Karen Alday
State Bar No. 24112441
klee@munsch.com
500 N. Akard St.
Suite 4000
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

John Cornwell
State Bar No. 24050450
jcornwell@munsch.com
700 Milam Street
Suite 800
Houston, TX 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475

**ATTORNEYS FOR SHI INTERNATIONAL CORP.**

**CERTIFICATE OF SERVICE**

I certify that on April 10, 2024, I served a true and correct copy of the foregoing document upon all counsel of record via E-Mail.

*/s/ Jamil N. Alibhai*
Jamil N. Alibhai