# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHI INTERNATIONAL CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | **Cause No. 4:23-CV-200-SDJ** |
| | § | |
| **v.** | § | |
| | § | |
| **SECURUS TECHNOLOGIES, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**<u>DECLARATION OF JAMIL N. ALIBHAI</u>**

I, Jamil N. Alibhai, make the following declaration:

1. "My name is Jamil N. Alibhai. I am over the age of twenty-one (21) years, of sound mind, and capable of making this Declaration. I have personal knowledge of the facts set forth below, which are true and correct.

2. I am an attorney licensed to practice law in the State of Texas. I have been licensed to practice law in Texas since November 1995. I am a shareholder at the law firm of Munsch Hardt Kopf & Harr, P.C (the "Firm"). The Firm was retained to represent SHI International Corp. in the above-captioned case, Cause No. 4:23-CV-200-SDJ, styled as *SHI International Corp. v. Securus Technologies, LLC*, in the United States District Court of the Eastern District of Texas (the "Lawsuit"). As lead counsel, I am familiar with the pleadings and discovery files in the Lawsuit.

3. This Declaration is made in support of *SHI International Corp.'s Partial Motion for Summary Judgment*.

4. Attached to *SHI International Corp.'s Partial Motion for Summary Judgment* are true and correct copies of the following documents that were exchanged by the parties in discovery:

   a. Ex. 3, SHI International Corp.'s Second Amended Rule 26 Disclosures, served April 10, 2024;

b. Ex. 7, Securus Technologies, LLC's Third Amended Initial Rule 26(a)(1) and Mandatory Disclosures, served January 5, 2024;

c. Ex. 22, February 4, 2022 Email from Kristin Cooper, "Updated Accounting Terms" [SECURUS006908];

d. Ex. 30, Region 2 Change Request No. 1 [SECURUS065606];

e. Ex. 51, David Brennan's TDCJ Vendor and Labor Tracker [SECURUS065625];

f. Ex. 54, June 14, 2022 Email from Greg Saxon, "Priorities" [SECURUS063660];

g. Ex. 55, June 14, 2022 Email from Greg Saxon, "Organizational Announcement – Value Chain Operations" [SECURUS172756];

h. Ex. 56, June 21, 2022 Email from Greg Saxon, "Securus – SHI KY CRs" [SECURUS011993];

i. Ex. 57, June 22, 2022 Email from David Brennan, "SHI Change Orders" [SECURUS062449];

j. Ex. 59, September 26, 2022 Teams message from Greg Saxon [SECURUS178931];

k. Ex. 64, August 10, 2022 Email from Hezi BenMoshe, "SHI/Securus – Hodge – AP needed" [SECURUS063176];

l. Ex. 67, October 21, 2022 Email from Lisa Gauger, "Please DocuSign: Securus _SHI_SOW_Polunsky Unit Cabling_CR04_BillAsActuals [SECURUS110658];

m. Ex. 69, Securus Technologies, LLC's Responses to SHI International Corp.'s First Set of Interrogatories, served December 12, 2023; and

n. Ex. 71, Nov.15, 2022 Email from Jerimy Thompson, "Completion % and resources week of 11/21" [SECURUS065266].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2024.

*/s/ Jamil N. Alibhai*_____________
Jamil N. Alibhai