# EXHIBIT 9

TDCJ – Region 2 Cabling

# Statement of Work

For Securus Technologies

SHI International Corp

SOW # 10300

December 22, 2021

APPROVED
By Hezi Ben Moshe at 4:44 pm, Dec 28, 2021

Approved by Legal
HLC
12/28/21
Initial & Date

Presented By
Kristin Cooper
Account Executive, SHI

Created By
Victor Carrion
Service Consultant, SHI
Victor_Carrion@shi.com

# Table of Contents

**1 Executive Summary ....4**
**2 Project Description ....4**
2.1 In Scope ....4
TDCJ Region 2: Michael ....4
TDCJ Region 2: Coffield ....5
TDCJ Region 2: BETO ....7
TDCJ Region 2: Powledge ....9
TDCJ Region 2: Skyview ....10
TDCJ Region 2: Hodge ....12
TDCJ Region 2: East Texas ....13
TDCJ Region 2: B, Moore ....15
TDCJ Region 2: Estes ....16
TDCJ Region 2: Hutchins ....18
TDCJ Region 2: Johnston ....19
TDCJ Region 2: Telford ....21
TDCJ Region 2: C. Moore ....22
TDCJ Region 2: Cole ....24
2.2 Project Management ....25
2.3 Project Specific Customer Responsibilities ....26
2.4 Project Specific Assumptions ....26
2.5 Deliverables ....27
2.6 Out of Scope ....27
**3 Project Duration ....28**
**4 Resources and Skills ....28**
**5 Assumptions ....28**
**6 Rates and Multipliers ....29**
**7 Customer Responsibilities ....29**
**8 Change Control Process ....31**
**9 Project Initiation Process ....31**
**10 Price and Payment Information ....32**
10.1 Travel Expenses ....32
10.2 Billing Terms ....32

10.2.1 Exception....33

**11 Terms and Conditions ....33**

**12 SOW Acceptance....34**

**13 Confidential ....34**

**14 Appendix A: Billing Information....35**

**15 Appendix B: Project Location & Contact Information....35**

**16 Appendix C: Securus standards document ....36**

**17 Appendix D: Quote ....36**

**18 Appendix E: Work Break Down Per Site ....37**

# 1 Executive Summary

Securus Technologies ("Customer") has engaged SHI Services ("SHI") to complete structured cabling including conduit, installation of APs, installation of fiber optic cables, installation of electrical outlets, Installation of network racks, and installation of network equipment for the Region 2 of their TDCJ project.

# 2 Project Description

SHI shall provide the following services to Customer on a time and materials cost basis.

## 2.1 In Scope

### TDCJ Region 2: Michael

**Network Rack Mount/Builds (15) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (15) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel
  - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (14) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- Admin Bldg MDF to Buildings 2, 3, 4, 7, 8, 9, 10, Edu., 11, 12, 12B, 12C, 18 and 19.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Electrical Outlet Installation and Expansion provide (4) New Dedicated 120v 20Amp outlet circuits at (4) IDF's.**

- From nearest Electrical Panel provide new dedicated circuit using spare breaker space
- If no spare breaker space is available, provide subpanel to expand circuit capability.

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (187) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (113) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop

**Access Point (AP) Installation (187) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
  - AP's will be installed in secure boxes
    - 1" Conduit Only (No threaded rod).
    - Installed on I-Beam

## TDCJ Region 2: Coffield

**Network Rack Mount/Builds (20) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (20) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel
  - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (14) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- Admin Bldg MDF to Buildings Admin IDF, Edu., Gym, Seg., P3, P4, Vocab, P2 and P1.
- Trusty Camp to P5-1, P5-2, P5-3, Building 1 and Building 2.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Electrical Outlet Installation and Expansion provide (6) New Dedicated 120v 20Amp outlet circuits at (6) IDF's.**

- From nearest Electrical Panel provide new dedicated circuit using spare breaker space
- If no spare breaker space is available, provide subpanel to expand circuit capability.

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (282) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity

- Install Firestop
- Install (67) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Test cable(s) for continuity
    - Install Firestop

**Access Point (AP) Installation (282) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
- AP's will be installed in secure boxes
- 1" Conduit Only (No threaded rod).
- Installed on I-Beam

## TDCJ Region 2: BETO

**Network Rack Mount/Builds (14) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (14) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
    - Patch Panel
    - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
    - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
    - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (12) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- Admin Bldg MDF to Buildings Admin IDF; IDF (R,S,T,U,); IDF (N,M,O,P); IDF (I,J,K,L); IDF (INF,LAWLIB,EDU,SEG); IDF (G,H,E,F); IDF (A,B,C,D/South Gym; North Gym; and VOCAB.
- REC to IDF TC1, TC2 and TC3.

- Label cable(s) at both ends
- Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
- Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
- Certify cable(s) for continuity

**Electrical Outlet Installation and Expansion provide (11) New Dedicated 120v 20Amp outlet circuits at (11) IDF's.**

- From nearest Electrical Panel provide new dedicated circuit using spare breaker space
- If no spare breaker space is available, provide subpanel to expand circuit capability.

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
    - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
    - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (167) cable run(s) from IDF to customer provided AP locations (Appendix E)
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Test cable(s) for continuity
    - Install Firestop
- Install (50) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Test cable(s) for continuity
    - Install Firestop

**Access Point (AP) Installation (167) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
    - AP's will be installed in secure boxes
        - 1" Conduit Only (No threaded rod).
        - Installed on I-Beam

## TDCJ Region 2: Powledge

**Network Rack Mount/Builds (14) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (14) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel
  - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (12) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF to Blk-1, Blk-2, Blk-3 and Blk-4.
- MDF to Med, Edu. and Gym.
- MDF to Votech Welding and Votech Automotive.
- Rec to TC Dorm 1, TC Dorm 2 and TC Dorm 3.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Electrical Outlet Installation and Expansion provide (8) New Dedicated 120v 20Amp outlet circuits at (8) IDF's.**

- From nearest Electrical Panel provide new dedicated circuit using spare breaker space
- If no spare breaker space is available, provide subpanel to expand circuit capability.

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes

- Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
    - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (64) cable run(s) from IDF to customer provided AP locations
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Test cable(s) for continuity
    - Install Firestop
- Install (38) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Test cable(s) for continuity
    - Install Firestop

**Access Point (AP) Installation (64) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
- AP's will be installed in secure boxes
- 1" Conduit Only (No threaded rod).
- Installed on I-Beam

## TDCJ Region 2: Skyview

**Network Rack Mount/Builds (8) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- install backboard

**Network Equipment Installation (8) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
    - Patch Panel
    - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
    - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices

- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (7) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF to Admin.
- MDF to SK-1, SK-2, SK-3 and SK-4.
- MDF to SK-5 A and SK-5 B.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Electrical Outlet Installation and Expansion provide (2) New Dedicated 120v 20Amp outlet circuits at (2) IDF's.**

- From nearest Electrical Panel provide new dedicated circuit using spare breaker space
- If no spare breaker space is available, provide subpanel to expand circuit capability.

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (63) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (20) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity

- Install Firestop

**Access Point (AP) Installation (63) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
    - AP's will be installed in secure boxes
        - 1" Conduit Only (No threaded rod).
        - Installed on I-Beam

## TDCJ Region 2: Hodge

**Network Rack Mount/Builds (7) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (7) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
    - Patch Panel
    - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
    - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
    - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (6) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- Admin/Edu. MDF to IDF Vocation, Gym, J4, J3, J2, and J1.
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Certify cable(s) for continuity

**Electrical Outlet Installation and Expansion provide (1) New Dedicated 120v 20Amp outlet circuits at (1) IDF's.**

- From nearest Electrical Panel provide new dedicated circuit using spare breaker space
- If no spare breaker space is available, provide subpanel to expand circuit capability.

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.

- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (51) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (17) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop

**Access Point (AP) Installation (51) to Securus Installation Standards document (Appendix C)**

  - Mount new Access Point in elected location
  - Connect the access point to ensure connectivity
  - Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
  - AP's will be installed in secure boxes
  - 1" Conduit Only (No threaded rod).
  - Installed on I-Beam

## TDCJ Region 2: East Texas

**Network Rack Mount/Builds (6) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (6) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel

- Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (5) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- Admin/Edu. MDF to IDF SHU/Edu-1/B-Dorm, A-Dorm, Intake/West Gym/Edu, D-Dorm and East Gym/Edu-3.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (106) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (80) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices

- Terminations will be completed following standards listed in Appendix C
- Test cable(s) for continuity
- Install Firestop

**Access Point (AP) Installation (106) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
    - AP's will be installed in secure boxes
        - 1" Conduit Only (No threaded rod).
        - Installed on I-Beam

## TDCJ Region 2: B, Moore

**Network Rack Mount/Builds (2) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (3) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
    - Patch Panel
    - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
    - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
    - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (2) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- Admin/Edu. MDF to IDF SHU/Edu-1/B-Dorm, A-Dorm, Intake/West Gym/Edu, D-Dorm and East Gym/Edu-3.
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate

- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (31) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (12) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop

**Access Point (AP) Installation (31) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
  - AP's will be installed in secure boxes
    - 1" Conduit Only (No threaded rod).
    - Installed on I-Beam

## TDCJ Region 2: Estes

**Network Rack Mount/Builds (6) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (6) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel
  - Switch
- Confirmation and review of accurate inventory

- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (5) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF/Admin to BCDEF and VWXYZ
- MDF/Admin to HJKLMN and PQRSTU
- MDF/Admin to Education
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (59) cable run(s) from IDF to customer provided AP locations (Appendix E)
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (44) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm. (Appendix E)
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C

- Test cable(s) for continuity
- Install Firestop

**Access Point (AP) Installation (59) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
  - AP's will be installed in secure boxes
    - 1" Conduit Only (No threaded rod).
    - Installed on I-Beam

## TDCJ Region 2: Hutchins

**Network Rack Mount/Builds (9) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (9) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel
  - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (8) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF/Admin to A-Dorm
- MDF/Admin to B-Dorm, F-Dorm, Edu. and C-Dorm
- MDF/Admin to D-Dorm, E-Dorm and RHU
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate

- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
    - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
    - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (84) cable run(s) from IDF to customer provided AP locations
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Test cable(s) for continuity
    - Install Firestop
- Install (76) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C
    - Test cable(s) for continuity
    - Install Firestop

**Access Point (AP) Installation (84) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
- AP's will be installed in secure boxes
- 1" Conduit Only (No threaded rod).
- Installed on I-Beam

## TDCJ Region 2: Johnston

**Network Rack Mount/Builds (3) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (3) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
    - Patch Panel
    - Switch

- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (2) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF/B-Building to Admin
- MDF/B-Building to Edu./Seg
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (23) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (20) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C

- Test cable(s) for continuity
- Install Firestop

**Access Point (AP) Installation (23) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
    - AP's will be installed in secure boxes
        - 1" Conduit Only (No threaded rod).
        - Installed on I-Beam

## TDCJ Region 2: Telford

**Network Rack Mount/Builds (15) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (15) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
    - Patch Panel
    - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
    - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
    - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (14) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF/Admin to Bldg-3, Bldg-4, Bldg 18 and Bldg-19
- MDF/Admin to Bldg-8, Bldg-7 and Bldg-17
- MDF/Admin to Bldg-12A, Bldg-12B, and Bldg-12C
- MDF/Admin to Bldg-2
- MDF/Admin to Bldg-9
- MDF/Admin to Bldg-11
- MDF/Admin to Bldg-10
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices
        - Terminations will be completed following standards listed in Appendix C

- Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (159) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (112) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop

**Access Point (AP) Installation (159) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
  - AP's will be installed in secure boxes
    - 1" Conduit Only (No threaded rod).
    - Installed on I-Beam

## TDCJ Region 2: C. Moore

**Network Rack Mount/Builds (4) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (4) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel
  - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (3) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF/Admin to Education, DEF and ABC
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (42) cable run(s) from IDF to customer provided AP locations
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (13) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.

- Label cable(s) at both ends
- Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
- Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
- Test cable(s) for continuity
- Install Firestop

**Access Point (AP) Installation (42) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
- AP's will be installed in secure boxes
- 1" Conduit Only (No threaded rod).
- Installed on I-Beam

## TDCJ Region 2: Cole

**Network Rack Mount/Builds (5) customer provided wall mounted cabinets for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Install backboard

**Network Equipment Installation (5) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
    - Patch Panel
    - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
    - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
    - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (4) Fiber Installations provided from MDF to IDF's according to Securus Installation Standards document (Appendix C)**

- MDF/Admin to Education
- MDF/Admin to J-Dorm and H-Dorm
- MDF/Admin to Segregation
    - Label cable(s) at both ends
    - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
    - Terminate cables using industry standard methods and best practices

- Terminations will be completed following standards listed in Appendix C
  - Certify cable(s) for continuity

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft

**Structured Cabling Installation up to 300 ft. CAT 6 per Access Point to Securus Installation Standards document (Appendix C)**

- Install (43) cable run(s) from IDF to customer provided AP locations (Appendix E)
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop
- Install (34) Spare CAT6 cable runs from IDF to customer provided AP locations in Dorm areas. (2) CAT6 for each Dorm.
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop

**Access Point (AP) Installation (43) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
  - AP's will be installed in secure boxes
    - 1" Conduit Only (No threaded rod).
    - Installed on I-Beam

## 2.2 Project Management

- Required to develop and execute a project plan that includes all phases of project delivery.
- Responsibilities include but are not limited to resource management, status updates, risk management and mitigation strategies.
- Able to identify and successfully navigate change requests (scope, schedule, cost) as needed.

## 2.3 Project Specific Customer Responsibilities

1. Facility Escorts: Customer to provide access and escorts to the facilities in a timely manner, not to exceed 30 minutes of wait time.
    a. Additional time will be billed as consumed.
2. Access to Utility rooms, MDF/IDF/Demarc, Dorm Areas, etc.
3. Escorts to allow for work in multiple areas at one time to accommodate, but not limited to, core drilling, cable and fiber runs.
4. **Structured Cabling up to 300 ft.**
    a. Provide cabling specifications following Securus standards document provided (Appendix C)
        i. Color
            1. Blue
        ii. Labeling naming convention
        iii. Termination preference
            1. Face plate type and color
                a. Keystone color
        iv. Type
            1. CAT5e
            2. CAT6
            3. CAT6a
            4. STP or UTP
            5. Plenum
    b. Customer to notify SHI if known permit or union requirements exist
5. **Network Rack Mount**
    a. Standard environment exists (Sheetrock walls with wood or metal studs)
    b. Customer will make best effort to provide information as it relates to current backboard installation status and requirements
6. **Network Equipment Installation**
    a. Provide back-end support for escalated issues
    b. Provide port mapping when required
    c. Provide rack elevation when specific location is required
    d. Provide naming schemes when required
7. **Access Point Installation**
    a. Provide site details
        i. AP locations marked on a floor plan
        ii. Ceiling height
        iii. Special environmental conditions that apply

## 2.4 Project Specific Assumptions

**Installation standards**

- General assumptions on installation standards will be followed using Securus provided Install standards document (Appendix C).
- Wait time to access any corridor will not exceed 30 minutes.
- No Hilti guns will be needed.
- Condemned buildings are structurally sound to have technical personnel completing pass-through cabling.

**Material specified for use in this project are readily available in the marketplace to meet timeline and are not impacted by supply chain effect from the COVID-19 pandemic.**

**Trenching**

- Local Utility shall be responsible for marking any underground utilities when called upon.
- SHI shall not be responsible for any damage to existing underground utilities disturbed by any work as part of this project.

**Network Equipment Installation**

- SHI will consider the following tasks as out of scope unless specific instructions are provided by the customer accompanied by Customer IT support
  - Configuring of the devices
  - Troubleshooting ISP connectivity issues
  - Troubleshooting misconfigurations
  - Troubleshooting Customer IT personnel remote access issues
  - Moving equipment in network rack or network closet to make room for equipment
- SHI assumes that installation location such as a rack or cabinet has available space and power is available for the devices to be installed
- SHI assumes that the network equipment is pre-configured

**Structured Cabling up to 300 ft.**

- Ceiling height is less than 14 ft
- Any ceiling higher than 14 ft will require a lift
- Lifts will be billed as actuals
- SHI technician will have uninterrupted access during the installation of the cabling
- Clear cabling pathways are present
- Materials costs will include the bulk cable, termination ends, faceplates, Velcro, and J-Hooks
  - Cable managers, cable ladder systems, and any other rack specific equipment will be on a separate BOM from the account executive when required

**Fiber Cabling**

- Fiber that is identified as being declared as suitable for use are tested by customer and sufficient for use by this Project.
- Existing Pathways are usable, clear and free of debris
- Customer to specify any deviation from standards document to match existing environment

## 2.5 Deliverables

Deliverables for this project are defined as:

**Structured Cabling up to 300 ft.**

- Pictures of completed runs at each location
- Proof of cabling certifications
  - Email or print out form

## 2.6 Out of Scope

Any services not explicitly listed above as “In Scope” shall be considered out of scope for this engagement. Additionally, the areas that are out of scope for this engagement include, but are not limited to, the following list. If any of these items are required for your organization they can be scoped separately:

**Structured Cabling up to 300 ft.**

- High Voltage
- Core Drilling

- Union labor or permits associated with cabling

**Fiber Cabling**

- Testing or troubleshooting of Existing Fiber Cables to be used for the Project

## 3 Project Duration

Project duration is defined as the entire time taken to complete the project, based on the resources allocated. The estimated project duration is **pending the project plan*.**

SHI and the customer will provide the required resources to deliver this project within the estimated duration. SHI and the customer will allow for reasonable accommodations due to holidays, vacations, and unforeseen delays in deliveries.

Note that Time and Materials budgets and durations are estimates. The final duration of the services is affected by the actual time provided by all resources against the budget. Unless otherwise detailed, Customer Purchase Order will be used without precedence of resources and may distribute budget dollars across resources in other than defined in Section 3.

** Please be advised that the above timeframe is to provide a general timeline for delivery and is not a true reflection of the total man hours/effort involved for this engagement. (Does reflect Level of effort, or fulltime resources)*

## 4 Resources and Skills

SHI will provide individual resources outlined below to be participants for this effort. These resources will participate in all required steps and will be fully or partially responsible for tasks where appropriate:

| Name | Role |
|---|---|
| **Cable/Networking Technician** | Part time SHI resource(s) responsible for the physical installation, troubleshooting, and repair of cabling. Technician is also responsible for network racking and stacking services. |
| **Electrician** | Part time SHI resource(s) responsible for the physical installation, troubleshooting, and repair of high voltage outlets. Electrician is also responsible for adding sub-panels for increased outlet capacity. |
| **Project Manager** | Part time SHI resource responsible for overall execution of the project. Monitors progress against overall delivery. Primary interface between SHI and Customer. |

## 5 Assumptions

The engagement time frame and associated fees quoted within this SOW are based on the following assumptions. Should any element(s) of these assumptions be lacking during execution of services, additional time and associated fees and expenses may be required to complete this SOW.

1. Minimum lead time for scheduling is fifteen (15) business days from our receipt of the signed SOW or fifteen (15) business days from the confirmed start date between SHI and Customer;

whichever date is later. Should you require more aggressive scheduling, please contact SHI to determine availability.

2. Please note that the time designated for knowledge transfer is throughout the engagement. Customer is responsible for providing a resource dedicated to this engagement and the extent of the knowledge transfer is dependent upon the availability of this resource.
3. SHI is not responsible for delays caused by failures; including but not exclusive to systems, personnel or environmental causes or in receiving data from Customer.
4. Any restrictions or requirements regarding the engineer's use of personal equipment must be stated in advance of the commencement of the engagement.
5. All hardware and/or software and licensing required to perform the above services will be provided by and is the responsibility of Customer. All wiring, hardware, and software required to perform the above services are in working order.
6. All parties agree that personnel shall not be asked to perform, nor volunteer to perform, engineering and/or consulting tasks that lie outside the skill sets and experience of personnel. Personnel have the right to decline on a service request if the request falls outside the scope of their experience and expertise.
7. Project activity will be scheduled during the hours of 8:00 AM to 5:00 PM local time. Any work performed outside these hours must be previously agreed upon by both parties and scheduled in advance.

# 6 Rates and Multipliers

- A 2-hour per resource minimum charge applies to all on-site work performed excluding site surveys
  - Site Surveys will have a 4-hour per resource minimum charge
  - On-site services will be charged at the base rate listed in this SOW, subject to rate multipliers:
    - Base hourly rate during standard maintenance window
    - Base hourly rate x 1.5 outside standard maintenance window
    - Base hourly rate x 2 for any request to escalate onsite response to 4-hour SLA and/or require a resource the next business day
    - Base hourly rate x 2.5 for SHI observed holidays
      - SHI Observed Holidays are as follows:
        - Christmas
        - Thanksgiving
        - Labor Day
        - Independence Day
        - Memorial Day
        - New Year's Day

# 7 Customer Responsibilities

Both Customer and SHI are responsible for the successful execution of this engagement. Prior to the start of this SOW, Customer will indicate to SHI in writing a person to be the point of contact. All project communications will be addressed to such point of contact (the "Customer Contact"). The Customer Contact is responsible for the following:

1. Perform a full working backup prior to the commencement of services as SHI is not responsible for lost data
2. Ensuring all related information and communication regarding this project is done through the Project Manager as expeditiously as possible
3. Acting for the Customer in all aspects of the project; however, any changes that affect the scope of this SOW, schedule or price will require that an amendment to the SOW be executed between the parties
4. Making the necessary administrative usernames and passwords available to the engineer
5. Providing detailed and accurate information regarding their current network environment. This information will include the technical configuration of the domain environment
6. Providing the necessary workspace and network access to provide the above services
7. Providing access to building(s) and room(s) as necessary to complete the project
8. Obtaining and provide project requirements, information, data, decisions and approvals within one working day of the request, unless both parties agree to a different response time
9. Ensuring that SHI project personnel have reasonable and safe access to the project site and adequate office space, if required
10. Providing technical points-of-contact, who have a working knowledge of the enterprise components to be considered during this project ("Technical Contacts"). SHI may request that meetings be scheduled with Technical Contacts
11. Informing SHI of all access issues and security measures and provide access to all necessary hardware and facilities as required

Customer will provide individual resources outlined below to be participants for this project effort. These resources will participate in all required steps and will be fully or partially responsible for tasks and deliverables where appropriate:

| Name | Role | Involvement |
|---|---|---|
| **Sponsor / Project Manager** | Project and resource coordination to support the effort as well as authority to make decisions and acceptance at project completion. | Part-time |
| **IT Resource(s)** | Provide access to workspace, building access, and general IT requests related to the effort. May also have responsibility for network, data center and project team activities. | Part-time |

# 8 Change Control Process

The "Change Control Process" is that process which shall govern changes to the scope of the Project during the life of the Project. The Change Control Process will apply to new components and to enhancements of existing components. The Change Control Process will commence at the start of the Project and will continue throughout the Project's duration.

Under the Change Control Process, a written "Change Request" will be the vehicle for communicating any desired changes to the project. It will describe the proposed change; the reason for the change and the effect the change may have on the Project. The Project Manager of the requesting party will submit a written Change Request to the Project Manager for the other parties.

SHI and Customer will review the change request. All parties must sign the approval portion of the Change Request to authorize the implementation of any change that affects the Project's scope, schedule or price. Furthermore, any such changes that affect the scope of this SOW, schedule or price will require that an amendment to the SOW be executed between the parties.

# 9 Project Initiation Process

Upon receipt of a signed SOW and Purchase Order, planning for the project will commence. A key step in the planning process is the Kickoff Meeting with SHI and Customer's Team.

In the kickoff meeting, the contents of the SOW will be reviewed. This is an opportunity for Customer's team who will be involved with the project to understand the Project's goals, tasks, deliverables, and timelines.

Upon completion of the project kick-off meeting, minutes of the Kick-off meeting will be created based on the meeting discussion and distributed to Customer. Any changes to the project scope will be documented in these minutes. If Change Orders are necessary due to scope changes, that process will be initiated after the Kick-off meeting.

# 10 Price and Payment Information

SHI proposes to deliver the services described previously for the rates set forth below. This is an estimate of the time required to complete the objective. There is no guarantee it can or will be implemented within this timeframe:

| Resource | Rates | Total Hours | Total Estimated Fee |
|---|---|---|---|
| Cable/Networking Technician | $ 106.00 | 20597 | $ 2,183,282.00 |
| Electrician | $ 175.00 | 300 | $ 52,500.00 |
| Project Manager | $ 115.00 | 921 | $ 105,915.00 |
| Lift and Mini-Excavator | | | $ 157,500.00 |
| Total Services | | | $ 2,499,197.00 |
| Material Cost | | | $ 1,549,885.96 |

**Reference Appendix E for Site level breakdown.

*Materials will be invoiced separately.

The SOW is valid for 60 days from 12/22/2021, and must be consumed within 12 months of SOW execution.

**The total cost of this project is not to exceed $2,499,197.00, unless otherwise agreed to by both parties via the Change Control Process as described previously.**

SHI will invoice for these services based on hours consumed on a monthly basis or at completion of a project, whichever comes first.

Any additional work that is required outside the scope of this SOW requires written approval by SHI and Customer as described in the Change Control Process described previously in this document and will be billed at a rate mutually agreed upon by SHI and Customer.

## 10.1 Travel Expenses

Travel will be billed at actual per diem rates and are not included in the overall budget listed above in Section 10 Price and Payment Information.

## 10.2 Billing Terms

Invoices are processed monthly. All invoices are due and payable within 30 calendar days of the invoice date.

Fees DO NOT include applicable taxes that must be collected. Please allow for taxes that may apply to the work outlined in your Purchase Order. Tax will be applied to the address in the Billing Contact Information Table in Section 13 unless otherwise specified in "Exception" section below.

### 10.2.1 Exception

Taxes will be applied to the physical addresses where work is performed.

## 11 Terms and Conditions

The Customer and The Texas Department of Criminal Justice, an agency of the State of Texas (the "Department") have entered into a Contract, dated August 19th, 2021 (the "Master Contract"), for the provision by the Customer of certain IT solutions, including the goods and services that the Customer is engaging SHI to perform under this SOW. The Customer has furnished a true, complete and correct copy of the Master Contract to SHI.

In accordance with Section H.2.I (Subcontractors) of the Master Contract, SHI acknowledges that this SOW is subject to the Master Contract and agrees to comply with the terms of the Master Contract to the extent applicable to the goods and services that the Customer is engaging SHI to perform under this SOW (collectively, the "Flow Down Terms"). SHI shall assume toward the Customer all duties and obligations that the Customer has assumed toward the Department, and the Customer shall have the benefit of all rights, remedies and redress against SHI that the Department has against the Customer, in each case with respect to the Flow Down Terms. The Department shall be deemed a third party beneficiary of this Section 10 of the SOW.

SHI agrees that the Flow Down Terms shall expressly include Sections E.4 (Audits by Other Agencies) and I.12 (Non-Discrimination) of the Master Contract. For the avoidance of doubt, the Customer and SHI agree that the below referenced terms of the Master Contract are not applicable to the services that the Customer is engaging SHI to perform under this SOW and are expressly excluded from the Flow Down Terms:

- C.3.1 (General and Technical Specifications/Requirements), "Technical Requirements" Item 8 under Clause K
- C.3.3.1 (Implementation), Clause R (Inmate Enrollment)
- C.3.4.2 (Inmate Training)
- C.3.4.3 (Post-System Initiation Training), solely with respect to retraining and consultation for Inmates
- H.3 (Transition), Paragraph B (first sentence only)

## 12 SOW Acceptance

The Terms and Conditions are as outlined in this document. Once fully executed, this document will become the Statement of Work for the services defined in this document. The Customer's signature below authorizes SHI to begin the services described above and indicates the Customer's agreement to process and pay the invoices associated with these services.

| **Securus Technologies** | | **SHI International Corp.** | |
|---|---|---|---|
| **Name** | Matthew Pareti | **Name** | Ryan Huffine |
| **Title** | Chief Operating Officer | **Title** | Vice President - Services |
| **Signature** | M. Pareti | **Signature** | DocuSigned by: Ryan Huffine 4AF6BC701CB74F0... |
| **Date** | 12/30/2021 | **Date** | 1/4/2022 |
| **Purchase Order** | | | |

## 13 Confidential

The information in this document shall not be duplicated, used, or disclosed in whole or in part outside Customer's organization. If a contract is awarded to SHI as a result of or in connection with the submission of this document, Customer shall have the right to duplicate, use, or disclose the information within its organization to the extent provided by the contract between Customer and SHI. This restriction does not limit Customer's right to use information contained in this document if it is obtained from another source without restriction.

# 14 Appendix A: Billing Information

The location(s) of services to be provided and billing contact is:

| Billing Information |
|---|
| **Company Name**<br>**Securus Technologies** |
| **Street Address**<br>**4000 International Pkwy** |
| **City, State, Zip Code**<br>**Carrollton, TX 75007** |
| **Contact Name and Title**<br>**Kevin Brown \| Installation Manager, Field Service** |
| **Contact Phone Number and E-mail Address**<br>**(786) 774-8351 \| kbrown@jpay.com** |

# 15 Appendix B: Project Location & Contact Information

| Michael Site Information |
|---|
| **Street Address**<br>Multiple in Texas (Region 2) |

## 16 Appendix C: Securus standards document

SecurUS Installation

## 17 Appendix D: Quote

TDCJ Region 2 Work Orders.xlsx

# 18 Appendix E: Work Break Down Per Site

| TDCJ: Michael | | | |
|---|---|---|---|
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 2693 | $ 285,458.00 |
| Electrician | 175 | 32 | $ 5,600.00 |
| Project Manager | 115 | 108 | $ 12,420.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 314,728.00 |
| **Material Cost** | | | $ 191,580.93 |
| **TDCJ: Coffield** | | | |
| **Resource** | **Rate** | | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 3837 | $ 406,722.00 |
| Electrician | 175 | 92 | $ 16,100.00 |
| Project Manager | 115 | 73 | $ 8,395.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 442,467.00 |
| **Material Cost** | | | $ 288,302.40 |
| **TDCJ: Beto** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 2534 | $ 268,604.00 |
| Electrician | 175 | 88 | $ 15,400.00 |
| Project Manager | 115 | 136 | $ 15,640.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 310,894.00 |
| **Material Cost** | | | $ 178,096.93 |
| **TDCJ: Powledge** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 1785 | $ 189,210.00 |
| Electrician | 175 | 64 | $ 11,200.00 |
| Project Manager | 115 | 40 | $ 4,600.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 216,260.00 |
| **Material Cost** | | | $ 140,266.23 |
| **TDCJ: Skyview** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 718 | $ 76,108.00 |
| Electrician | 175 | 16 | $ 2,800.00 |
| Project Manager | 115 | 40 | $ 4,600.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 94,758.00 |
| **Material Cost** | | | $ 63,563.10 |

| TDCJ: Hodge | | | |
|---|---|---|---|
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 960 | $ 101,760.00 |
| Electrician | 175 | 8 | $ 1,400.00 |
| Project Manager | 115 | 60 | $ 6,900.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 121,310.00 |
| **Material Cost** | | | $ 70,182.03 |
| **TDCJ: East Texas** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 1205 | $ 127,730.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 81 | $ 9,315.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 148,295.00 |
| **Material Cost** | | | $ 85,036.26 |
| **TDCJ: B Moore** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 573 | $ 60,738.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 39 | $ 4,485.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 76,473.00 |
| **Material Cost** | | | $ 63,563.10 |
| **TDCJ: Estes** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 788 | $ 83,528.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 47 | $ 5,405.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 100,183.00 |
| **Material Cost** | | | $ 49,989.50 |
| **TDCJ: Hutchins** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 1312 | $ 139,072.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 65 | $ 7,475.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 157,797.00 |
| **Material Cost** | | | $ 124,730.90 |

| TDCJ: Johnston | | | |
|---|---|---|---|
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 482 | $ 51,092.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 39 | $ 4,485.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 66,827.00 |
| **Material Cost** | | | $ 32,893.87 |
| **TDCJ: Telford** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 2544 | $ 269,664.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 99 | $ 11,385.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 292,299.00 |
| **Material Cost** | | | $ 189,618.40 |
| **TDCJ: C Moore** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 528 | $ 55,968.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 47 | $ 5,405.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 72,623.00 |
| **Material Cost** | | | $ 33,711.23 |
| **TDCJ: Cole** | | | |
| **Resource** | **Rate** | **Hours** | **Total Estimated Fee** |
| Cable/Networking Technician | 106 | 638 | $ 67,628.00 |
| Electrician | 175 | 0 | $ - |
| Project Manager | 115 | 47 | $ 5,405.00 |
| Lift and Mini-Excavator | | | $ 11,250.00 |
| **Total** | | | $ 84,283.00 |
| **Material Cost** | | | $ 38,351.08 |

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 046B6F5DA4BB4BE2855B521CFC3477F0 | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 39 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Alejandra Angel |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, 08873-4145 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | alejandra_angel@shi.com |
| | | IP Address: 64.207.219.7 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>1/3/2022 7:58:51 AM | Holder: Alejandra Angel<br>alejandra_angel@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ryan Huffine<br>Ryan_Huffine@SHI.com<br>Vice President - Services<br>SHI<br>Security Level: Email, Account Authentication (None)<br><br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 136.49.117.33 | Sent: 1/3/2022 8:00:44 AM<br>Viewed: 1/4/2022 2:15:12 PM<br>Signed: 1/4/2022 2:15:46 PM |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Alejandra Angel<br>alejandra_angel@shi.com<br>Project Manager<br>SHI<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | COPIED | Sent: 1/4/2022 2:15:49 PM |
| Kristin Cooper<br>Kristin_Cooper@SHI.com<br>AE<br>SHI<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 12/22/2021 6:18:22 AM<br>ID: 82f3d365-f6cf-4a27-8752-b67225ae7fd4 | COPIED | Sent: 1/4/2022 2:15:49 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/3/2022 8:00:44 AM |
| Certified Delivered | Security Checked | 1/4/2022 2:15:12 PM |
| Signing Complete | Security Checked | 1/4/2022 2:15:46 PM |
| Completed | Security Checked | 1/4/2022 2:15:49 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Shi International Corp. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Shi International Corp.:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: kara_fisher@shi.com

**To advise Shi International Corp. of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at kara_fisher@shi.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Shi International Corp.**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to kara_fisher@shi.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Shi International Corp.**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
ii. send us an e-mail to kara_fisher@shi.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows2000? or WindowsXP? |
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Shi International Corp. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Shi International Corp. during the course of my relationship with you.