# EXHIBIT 15

TDCJ Site Surveys

# Statement of Work

For SECURUS TECHNOLOGIES

SHI International Corp
SOW # 8423
August 25, 2021

Presented By
Kristin Cooper
Account Executive, SHI
Kristin_Cooper@SHI.com

Created By
Victor Carrion
Service Consultant
Victor_Carrion@SHI.com

# Table of Contents

**1 Executive Summary** ..... **3**
**2 Project Description** ..... **3**
2.1 In Scope Site Survey ..... 3
2.2 Project Management / Project Coordination ..... 3
2.3 Project Specific Customer Responsibilities ..... 4
2.4 Deliverables ..... 4
2.5 Out of Scope ..... 4
**3 Project Duration** ..... **4**
**4 Resources and Skills** ..... **4**
**5 Assumptions** ..... **5**
**6 Customer Responsibilities** ..... **6**
**7 Change Control Process** ..... **7**
**8 Project Initiation Process** ..... **7**
**9 Price and Payment Information** ..... **8**
9.1 Credits or Discounts ..... 8
9.1.1 Credits or Discount Terms ..... 8
9.2 Travel Expenses ..... 8
9.3 Billing Terms ..... 9
**10 Terms and Conditions** ..... **9**
**11 SOW Acceptance** ..... **9**
**12 Confidential** ..... **10**
**13 Appendix A: Billing Information** ..... **11**

# 1 Executive Summary

Securus Technologies ("Customer") has engaged SHI Services ("SHI") to complete site surveys and walk throughs for various Securus Solutions including but not limited to wireless networks, structured cabling, and video conferencing terminal. Securus has multiple sites located across the contential US, SHI will deploy technician as needed to complete the surveys and deliver labor and material quotes back to the Securus.

# 2 Project Description

SHI shall provide the following services to Customer on a time and materials cost basis.

## 2.1 In Scope Site Survey

SHI technicians to complete site walk through to execute the following,

- Securus will work with SHI technicians to step through the survey requirements
- SHI will review the connectivity between the MDF and IDF and assess the requirement for
  - Fiber in place
  - Conduit in place
- Survey internal structured cabling from the IDF to end location or device (AP, s Video Terminals)
  - Relocation of cabling
  - New cable runs
  - Conduit needs
- Survey the location of the AP's and or Video Terminal
  - Customer escort will point out the locations of all Wireless Access Points and Video Terminals
  - SHI will assess the level of effort and material needs to install new Wireless Access Points and Video Terminals

## 2.2 Project Management / Project Coordination

Customer facing role that is responsible for ensuring that the project scope is delivered, on time and budget per the Statement of Work.

- SHI Project Coordinator will work with the Customer appointed contact for each location to perform the following
  - Capture Site Requirement
    - Site survey scope details for SHI technicians to perform
  - Capture resources requirements, included, and not limited
    - Background check and clearance requirements
    - Resource competencies
- SHI Project Coordinator will also perform
    - Technician vetting and Selection
    - T-24-hour pre-call to confirm resource availability for schedule date of survey
    - T-1 hour pre-call to confirm resource site avirval to scheduled site
    - Progressive or post site survey status updates from technician
- SHI Project Management is required to develop and execute a project plan that includes all phases of project delivery.
- SHI Project Management responsibilities include but are not limited to resource management, status updates, risk management and mitigation strategies.
- SHI Project Management is able identify and successfully navigate change requests (scope, schedule, cost) as needed.

## 2.3 Project Specific Customer Responsibilities

- Customer will meet technicians onsite and escort them through planned route/schedule of the institution
- Customer will provide any requested information as it relates to the installation to aid in completing the site surveys
- Customer will provide unique site details required to execute the survey.
  - Firewall penetration
  - Interconnectivity structures (IDF/ MDF)
- Customer will provide or point out locations for device installation of
  - Wireless network AP's
  - Video Terminals
- Customer to provide 10 business day to schedule site survey or walk through
- Customer to identify resources requirements for union or non-union labor

## 2.4 Deliverables

All documents included in this section will be provided to the SHI PM for preparation to deliver to SHI's customer.

1. SHI to provide *Work Order for Contractor agreement 14* within 5 business days of the completion of the survey.

## 2.5 Out of Scope

Any services not explicitly listed above as "In Scope" shall be considered out of scope for this engagement. Additionally, the areas that are out of scope for this engagement include, but are not limited to, the following list. If any of these items are required for your organization, they can be scoped separately:

2. Any cabling, installation, de-installation, testing or any other items not listed in the Deliverables section of this SOW.
3. Heat Mapping and Wi-Fi Site Survey will be performed by others.

# 3 Project Duration

Project duration is defined as the entire time taken to complete the project, based on the resources allocated. The estimated project duration is **end of year 2021**.

SHI and the customer will provide the required resources to deliver this project within the estimated duration. SHI and the customer will allow for reasonable accommodations due to holidays, vacations, and unforeseen delays in deliveries.

Note that Time and Materials budgets and durations are estimates. The final duration of the services is affected by the actual time provided by all resources against the budget. Unless otherwise detailed, Customer Purchase Order will be used without precedence of resources and may distribute budget dollars across resources in other than defined in Section 3.

** Please be advised that the above timeframe is to provide a general timeline for delivery and is not a true reflection of the total man hours/effort involved for this engagement. (Does reflect Level of effort, or fulltime resources)*

# 4 Resources and Skills

SHI will provide individual resources outlined below to be participants for this effort. These resources will participate in all required steps and will be fully or partially responsible for tasks where appropriate:

| Name | Role |
|---|---|
| Technician | Part time union/non-union Cable/Networking resource responsible for all onsite tasks. |
| Project Manager | Part time SHI resource responsible for overall execution of the project. Monitors progress against overall delivery. Primary interface between SHI and Customer. |
| Project Coordinator | Part time SHI resource responsible for execution and coordination of technician's progress against overall delivery. Interface between SHI and Customer. |

# 5 Assumptions

The engagement time frame and associated fees quoted within this SOW are based on the following assumptions. Should any element(s) of these assumptions be lacking during execution of services, additional time and associated fees and expenses may be required to complete this SOW.

1. Minimum lead time for scheduling is fifteen (15) business days from our receipt of the signed SOW or fifteen (15) business days from the confirmed start date between SHI and Customer; whichever date is later. Should you require more aggressive scheduling, please contact SHI to determine availability.
2. Please note that the time designated for knowledge transfer is throughout the engagement. Customer is responsible for providing a resource dedicated to this engagement and the extent of the knowledge transfer is dependent upon the availability of this resource.
3. SHI is not responsible for delays caused by failures; including but not exclusive to systems, personnel or environmental causes or in receiving data from Customer.
4. Any restrictions or requirements regarding the engineer's use of personal equipment must be stated in advance of the commencement of the engagement.
5. All hardware and/or software and licensing required to perform the above services will be provided by and is the responsibility of Customer. All wiring, hardware, and software required to perform the above services are in working order.
6. All parties agree that personnel shall not be asked to perform, nor volunteer to perform, engineering and/or consulting tasks that lie outside the skill sets and experience of personnel. Personnel have the right to decline on a service request if the request falls outside the scope of their experience and expertise.
7. Project activity will be scheduled during the hours of 8:00 AM to 5:00 PM local time. Any work performed outside these hours must be previously agreed upon by both parties and scheduled in advance.
8. Service events cancelled within 24 hours will result in a $150.00 per technician cancellation fee
9. Standard maintenance window is between 8 AM and 5 PM local time on Mondays through Fridays, excluding SHI observed holidays.
10. A 2-hour per resource minimum charge applies to all on-site work performed
11. On-site services will be charged at the base rate listed in this SOW, subject to rate multipliers:
    - Base hourly rate during standard maintenance window
    - Base hourly rate x 1.5 outside standard maintenance window
    - Base hourly rate x 2 for any request to escalate onsite response to 4-hour SLA and/or require a resource the next business day
    - Base hourly rate x 2 for SHI observed holidays • SHI Observed Holidays are as follows:
        - Christmas, Thanksgiving, Labor Day, Independence Day, Memorial Day, New Year's Day

# 6 Customer Responsibilities

Both Customer and SHI are responsible for the successful execution of this engagement. Prior to the start of this SOW, Customer will indicate to SHI in writing a person to be the point of contact. All project communications will be addressed to such point of contact (the "Customer Contact"). The Customer Contact is responsible for the following:

1. Perform a full working backup prior to the commencement of services as SHI is not responsible for lost data
2. Ensuring all related information and communication regarding this project is done through the Project Manager as expeditiously as possible
3. Acting for the Customer in all aspects of the project; however, any changes that affect the scope of this SOW, schedule or price will require that an amendment to the SOW be executed between the parties
4. Making the necessary administrative usernames and passwords available to the engineer
5. Providing detailed and accurate information regarding their current network environment. This information will include the technical configuration of the domain environment
6. Providing the necessary workspace and network access to provide the above services
7. Providing access to building(s) and room(s) as necessary to complete the project
8. Obtaining and provide project requirements, information, data, decisions and approvals within one working day of the request, unless both parties agree to a different response time
9. Ensuring that SHI project personnel have reasonable and safe access to the project site and adequate office space, if required
10. Providing technical points-of-contact, who have a working knowledge of the enterprise components to be considered during this project ("Technical Contacts"). SHI may request that meetings be scheduled with Technical Contacts
11. Informing SHI of all access issues and security measures and provide access to all necessary hardware and facilities as required

Customer will provide individual resources outlined below to be participants for this project effort. These resources will participate in all required steps and will be fully or partially responsible for tasks and deliverables where appropriate:

| Name | Role | Involvement |
|---|---|---|
| **Sponsor / Field Services Manager** | Project and resource coordination to support the effort as well as authority to make decisions and acceptance at project completion. | Part-time |
| **Field Resource(s)** | Provide access to workspace, building access, and general IT requests related to the effort. May also have responsibility for network, data center and project team activities. | Part-time |

## 7 Change Control Process

The "Change Control Process" is that process which shall govern changes to the scope of the Project during the life of the Project. The Change Control Process will apply to new components and to enhancements of existing components. The Change Control Process will commence at the start of the Project and will continue throughout the Project's duration.

Under the Change Control Process, a written "Change Request" will be the vehicle for communicating any desired changes to the project. It will describe the proposed change; the reason for the change and the effect the change may have on the Project. The Project Manager of the requesting party will submit a written Change Request to the Project Manager for the other parties.

SHI and Customer will review the change request. All parties must sign the approval portion of the Change Request to authorize the implementation of any change that affects the Project's scope, schedule or price. Furthermore, any such changes that affect the scope of this SOW, schedule or price will require that an amendment to the SOW be executed between the parties.

## 8 Project Initiation Process

Upon receipt of a signed SOW and Purchase Order, planning for the project will commence. A key step in the planning process is the Kickoff Meeting with SHI and Customer's Team.

In the kickoff meeting, the contents of the SOW will be reviewed. This is an opportunity for Customer's team who will be involved with the project to understand the Project's goals, tasks, deliverables, and timelines.

Upon completion of the project kick-off meeting, minutes of the Kick-off meeting will be created based on the meeting discussion and distributed to Customer. Any changes to the project scope will be documented in these minutes. If Change Orders are necessary due to scope changes, that process will be initiated after the Kick-off meeting.

# 9 Price and Payment Information

SHI proposes to deliver the services described previously for the rates set forth below. This is an estimate of the time required to complete the objective. There is no guarantee it can or will be implemented within this timeframe:

| Rate Description | Hourly Rate |
|---|---|
| Non-Union Technician | $150.00 |
| Union Technician | *Market Rates |
| Conduit Technician | *Market Rates |
| Project Manager | $165.00 |
| Total | |

**Market rates are deterimed after the request has been submitted to SHI and are determined by the local regulations and resources availability*

## 9.1 Credits or Discounts

| Credits | Total Credits |
|---|---|
| ****Account Executive Credit** | **$150,000** |
| **Total** | |

### 9.1.1 Credits or Discount Terms

Account Executive CREDIT
***All Sales Credits will be issued by your SHI AE as a rebate at the end of the project. The absolute limit for this engagement is based on the do not to exceed amount noted below.*

The SOW is valid for 60 days from 8/25/2021, and must be consumed within 12 months of SOW execution.

**The total cost of this project is not to exceed $150,000, unless otherwise agreed to by both parties via the Change Control Process as described previously.**

SHI will invoice for these services based on hours consumed on a monthly basis or at completion of a project, whichever comes first.

Any additional work that is required outside the scope of this SOW requires written approval by SHI and Customer as described in the Change Control Process described previously in this document and will be billed at a rate mutually agreed upon by SHI and Customer.

## 9.2 Travel Expenses

Travel expenses are not included in the above price. Any Expenses incurred will be billed as actual and receipts will be provided. Any travel must be pre-approved in advance by Customer (a pre-approval form will be submitted for signature prior to the trip). Expenses will adhere to Securus' Travel and Expense Policy (available upon request).

### 9.3 Billing Terms

Invoices are processed monthly. All invoices are due and payable within 45 calendar days of the invoice date. Fees DO NOT include applicable taxes that must be collected. Please allow for taxes that may apply to the work outlined in your Purchase Order.

## 10 Terms and Conditions

The Customer and The Texas Department of Criminal Justice, an agency of the State of Texas (the "Department") have entered into a Contract, dated August 19th, 2021 (the "Master Contract"), for the provision by the Customer of certain IT solutions, including the goods and services that the Customer is engaging SHI to perform under this SOW. The Customer has furnished a true, complete and correct copy of the Master Contract to SHI.

In accordance with Section H.2.I (Subcontractors) of the Master Contract, SHI acknowledges that this SOW is subject to the Master Contract and agrees to comply with the terms of the Master Contract to the extent applicable to the goods and services that the Customer is engaging SHI to perform under this SOW (collectively, the "Flow Down Terms"). SHI shall assume toward the Customer all duties and obligations that the Customer has assumed toward the Department, and the Customer shall have the benefit of all rights, remedies and redress against SHI that the Department has against the Customer, in each case with respect to the Flow Down Terms. The Department shall be deemed a third party beneficiary of this Section 10 of the SOW.

SHI agrees that the Flow Down Terms shall expressly include Sections E.4 (Audits by Other Agencies) and I.12 (Non-Discrimination) of the Master Contract. For the avoidance of doubt, the Customer and SHI agree that the below referenced terms of the Master Contract are not applicable to the services that the Customer is engaging SHI to perform under this SOW and are expressly excluded from the Flow Down Terms:

- C.3.1 (General and Technical Specifications/Requirements), "Technical Requirements" Item 8 under Clause K
- C.3.3.1 (Implementation), Clause R (Inmate Enrollment)
- C.3.4.2 (Inmate Training)
- C.3.4.3 (Post-System Initiation Training), solely with respect to retraining and consultation for Inmates
- H.3 (Transition), Paragraph B (first sentence only)

## 11 SOW Acceptance

The Terms and Conditions are as outlined in this document. Once fully executed, this document will become the Statement of Work for the services defined in this document. The Customer's signature below authorizes SHI to begin the services described above and indicates the Customer's agreement to process and pay the invoices associated with these services.

| **Securus Technologies** | | **SHI International Corp.** | |
|---|---|---|---|
| **Name** | Matthew Pareti | **Name** | Ryan Huffine |
| **Title** | Chief Operating Officer | **Title** | Vice President - Services |
| **Signature** | M. Pareti | **Signature** | DocuSigned by: Ryan Huffine 4AF6BC701CB74F0... |

| | | | |
|---|---|---|---|
| **Date** | 08/31/2021 | **Date** | 9/1/2021 |
| **Purchase Order** | | | |

## 12 Confidential

The information in this document shall not be duplicated, used, or disclosed in whole or in part outside Customer's organization. If a contract is awarded to SHI as a result of or in connection with the submission of this document, Customer shall have the right to duplicate, use, or disclose the information within its organization to the extent provided by the contract between Customer and SHI. This restriction does not limit Customer's right to use information contained in this document if it is obtained from another source without restriction.

Approved by Legal THL 8/27/21 Initial & Date

**APPROVED**
*By Hezi Ben Moshe at 7:47 pm, Aug 27, 2021*

# 13 Appendix A: Billing Information

The location(s) of services to be provided and billing contact is:

| Billing Information |
|---|
| **Company Name**<br>**Securus Technologies** |
| **Street Address**<br>**4000 International Pkwy** |
| **City, State, Zip Code**<br>**Carrollton, TX 75007** |
| **Contact Name and Title**<br>**Kevin Brown \| Installation Manager, Field Service** |
| **Contact Phone Number and E-mail Address**<br>**(786) 774-8351 \|** kbrown@jpay.com |