# EXHIBIT 18

TDCJ – Keagan Unit Cabling

# Statement of Work

For SECURUS TECHNOLOGIES

SHI International Corp

SOW # 9086

October 5, 2021

Presented By
Kristin Cooper
Account Executive, SHI
Kristin_Cooper@SHI.com

Created By
Victor Carrion
Service Consultant
Victor_Carrion@SHI.com

# Table of Contents


**1 Executive Summary** ......3
**2 Project Description** ......3
2.1 In Scope ......3
2.2 Project Management ......5
2.3 Project Specific Customer Responsibilities ......5
2.4 Project Specific Assumptions ......6
2.5 Deliverables ......7
2.6 Out of Scope ......7
**3 Project Duration** ......7
**4 Resources and Skills** ......8
**5 Assumptions** ......8
**6 Rates and Multipliers** ......9
**7 Customer Responsibilities** ......9
**8 Duties of SHI** ......11
**9 Change Control Process** ......11
**10 Project Initiation Process** ......11
**11 Price and Payment Information** ......12
11.1 Credits or Discounts ......12
11.1.1 Credits or Discount Terms: ......13
11.2 Travel Expenses ......13
11.3 Billing Terms ......13
11.3.1 Exception ......13
**12 Terms and Conditions** ......13
**13 SOW Acceptance** ......14
**14 Confidential** ......14
**15 Customer Billing Information** ......15
**16 Project Location(s) & Contact Information** ......15
**17 Appendix C: Securus standards document** ......16
**18 Appendix D: Quote** ......17

# 1 Executive Summary

Securus Technologies ("Customer") has engaged SHI International Corp ("SHI") to complete structured cabling, install AP's, and Fiber Optic Cables for Keagan Unit ("Services").

# 2 Project Description

SHI shall provide the following Services to Customer on a time and materials cost basis.

## 2.1 In Scope

SHI shall provide to Customer the Services described as follows:

**Network Rack Mount (1) customer provided wall mounted cabinits for new IDF's to Securus Installation Standards document (Appendix C)**

- Unbox rack/cabinet and assemble if necessary
- Mount rack to designated location
- Ground racks as required
- Intall backboard

**Network Equipment Installation (2) customer provided switches to Securus Installation Standards document (Appendix C)**

- Unpack and inspect hardware
  - Patch Panel
  - Switch
- Confirmation and review of accurate inventory
- Confirm all necessary site-specific mounting materials are present
- Physical installation of mounting bracket or hardware to device
- Identify location for installation
  - Utilize elevation or customer identified location if provided
- Physical installation of device utilizing industry standard methods and best practices
- Route and connect power to the power source
  - Utilize cable management systems if present
- Labeling of the devices per customer standards and naming schemes when required
- Connect Ethernet cables in accordance with port mappings when provided
- Power up the device

**Fiber Cabling (1) Segment Installation provided from MDF to IDF according to Securus Installation Standards document (Appendix C)**

- **From MDF to 3rd flr. IDF.**
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C

- Certify cable(s) for continuity

**Electrical Outlet Installation and Expansion provide (1) New Dedicated 120v 20Amp outlet circuts at (1) new IDF on 3rd flr.**

- From nearest Electrical Panel provide new dedicated circuit using spare breaker space
- If no spare breaker spaceis available, provide subpanel to expand circuit capability.

**Conduit Installation to Securus Installation Standards document (Appendix C)**

- Install New 1" Conduit from IDF's to WAP locations in all areas.
- Cut and bend 1" conduit to length for CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic and CAT6 cabling in J5.
- Cut and bend 2" conduit to length for Fiber Optic and CAT6 cabling where J-hooks are not adequate
- Install New 2" Conduit for Fiber Optic cabling to IDF locations as required.
- Securely mount conduit using proper couplers and gang boxes
  - Two-hole straps required every 3ft
- Conduit will be installed on any exposed cabling
  - Rigid conduit will be needed for any exposed cabling below 10ft
- Install New 4" Schedule 80 Underground Conduit for Fiber Optic cabling to IDF locations as required.
- Trench and bury conduit with marker to Securus standards
  - 18" beneath earth surface.
  - Backfill with existing earth cover

**Structured Cabling Installation up to 300 ft. (41) CAT 6 for Access Points to Securus Installation Standards document (Appendix C)**

- **Install (41) cable run(s) from IDF to customer provided AP locations (Appendix E)**
  - Label cable(s) at both ends
  - Ensure that all cables are neatly dressed, and Velcro ties are used when necessary
  - Terminate cables using industry standard methods and best practices
    - Terminations will be completed following standards listed in Appendix C
  - Test cable(s) for continuity
  - Install Firestop

**Access Point (AP) Installation (41) to Securus Installation Standards document (Appendix C)**

- Mount new Access Point in elected location
- Connect the access point to ensure connectivity
- Implement cable management solution and professionally conceal cabling to reasonable standards (Velcro ties, etc.)
  - AP's will be installed in secure boxes
    - 1" Conduit Only (No threaded rod).
    - Installed on I-Beam

## 2.2 Project Management

- Customer facing role that is responsible for ensuring that the project scope is delivered, on time and budget per the Statement of Work.
- Required to develop and execute a project plan that includes all phases of project delivery.
- Responsibilities include but are not limited to resource management, status updates, risk management and mitigation strategies.
- Able to identify and successfully navigate change requests (scope, schedule, cost) as needed.

## 2.3 Project Specific Customer Responsibilities

**Customer to provide access and escorts to the facilities in a timely manner, not to exceed 15 minutes of wait time.**

- Access to Utility rooms, MDF/IDF/Demarc, Dorm Areas, etc.
- Escorts to allow for work in multiple areas at one time to accommodate, but not limited to, core drilling, cable and fiber runs.

**Structured Cabling up to 300 ft.**

- Provide cabling specifications following Securus standards document provided (Appendix C)
    - Color
        - Blue
    - Labeling naming convention
    - Termination preference
        - Face plate type and color
        - Keystone color
    - Type
        - CAT6
- Customer to notify SHI if known permit or union requirements exist

**Network Rack Mount**

- Standard environment exists (Sheetrock walls with wood or metal studs)
- Customer will make best effort to provide information as it relates to current backboard installation status and requirements

**Network Equipment Installation**

- Provide back-end support for escalated issues
- Provide port mapping when required
- Provide rack elevation when specific location is required
- Provide naming schemes when required

**Access Point Installation**

- Provide site details

- AP locations marked on a floor plan
- Ceiling height
- Special environmental conditions that apply

## 2.4 Project Specific Assumptions

General assumptions on installation standards will be followed using Securus provided Install standards document (**Appendix C**).

**Material specified for use in this project are readily available in the marketplace to meet timeline and are not impacted by supply chain effect from the COVID-19 pandemic.**

**Trenching**

- Local Utility shall be responsibe for marking any underground untilities when called upon.
- SHI shall not be responsible for any damage to existing underground utilites disturbed by any work as part of this project.

**Network Equipment Installation**

- SHI will consider the following tasks as out of scope unless specific instructions are provided by the customer accompanied by Customer IT support
  - Configuring of the devices
  - Troubleshooting ISP connectivity issues
  - Troubleshooting misconfigurations
  - Troubleshooting Customer IT personnel remote access issues
  - Moving equipment in network rack or network closet to make room for equipment
- SHI assumes that installation location such as a rack or cabinet has available space and power is available for the devices to be installed
- SHI assumes that the network equipment is pre-configured

**Structured Cabling up to 300 ft.**

- Ceiling height is less than 14 ft
- Any ceiling higher than 14 ft will require a lift
- Lifts will be billed as actuals
- SHI technician will have uninterrupted access during the installation of the cabling
- Clear cabling pathways are present
- Materials costs will include the bulk cable, termination ends, faceplates, Velcro, and J-Hooks
  - Cable managers, cable ladder systems, and any other rack specific equipment will be on a separate BOM from the account executive when required

**Fiber Cabling**

- Fiber that is identified as being declared as suitable for use are tested by customer and sufficient for use by this Project.
- Existing Pathways are usable, clear and free of debris

- Customer to specify any deviation from standards document to match existing environment

## 2.5 Deliverables

Deliverables for this project are defined as:

**Structured Cabling up to 300 ft.**

- Pictures of completed runs at each location
- Proof of cabling certifications
    - Email or print out form

## 2.6 Out of Scope

Any Services not explicitly listed above as "In Scope" shall be considered out of scope for this project. Additionally, the areas that are out of scope for this project include, but are not limited to, the following list. If any of these items are required for your organization, they can be scoped separately.

**Clearing of Conduit Pathways**

- **Clearing dirt or debris from inside the conduit more than 4" from Pull Boxes.**

**Structured Cabling up to 300 ft.**

- Core Drilling
- Union labor or permits associated with cabling

**Fiber Cabling**

- Testing or troubleshooting of Existing Fiber Cables to be used for the Project

# 3 Project Duration

Project duration is defined as the entire time taken to complete the project, based on the resources allocated. The estimated project duration is **4 weeks***.

SHI and the Customer will provide the required resources to deliver this project within the estimated duration. SHI and the Customer will allow for reasonable accommodations due to holidays, vacations, and unforeseen delays in deliveries.

Note that Time and Materials budgets and durations are estimates. The final duration of the Services is affected by the actual time provided by all resources against the budget. Unless otherwise detailed, Customer Purchase Order will be used without precedence of resources and may distribute budget dollars across resources in other than defined in Section 9.

** Please be advised that the above timeframe is to provide a general timeline for delivery and is not a true reflection of the total man hours/effort involved for this engagement. (Does reflect Level of effort, or fulltime resources).*

# 4 Resources and Skills

SHI will provide the resources outlined below to be participants for this project effort. These resources will participate in all required steps and will be fully or partially responsible for tasks and deliverables where appropriate:

| Name | Role |
|---|---|
| **Cable/Networking Technician** | Part time SHI resource(s) responsible for the physical installation, troubleshooting, and repair of cabling. Technician is also responsible for network racking and stacking services. |
| **Electrician** | Part time SHI resource(s) responsible for the physical installation, troubleshooting, and repair of high voltage outlets. Electrician is also responsible for adding sub-panels for increased outlet capacity. |
| **Project Manager** | Part time SHI resource responsible for overall execution of the project. Monitors progress against overall delivery. Primary interface between SHI and Customer. |

# 5 Assumptions

The project scope and associated price quoted within this Statement of Work are based on the following assumptions. Should any element(s) of these assumptions be lacking during execution of Services, additional time and associated fees and expenses may be required to complete this SOW.

1. Wait time to access any corridor will not exceed 15 minutes.
2. No Hilti guns will be needed.
3. Condemned buildings are structurally sound to have technical personnel completing pass-through cabling.
4. Minimum lead time for scheduling Project Kickoff meeting is fifteen (15) business days from our receipt of the signed SOW or fifteen (15) business days from the confirmed start date between SHI and Customer; whichever date is later. Should you require more aggressive scheduling, please contact SHI to determine availability.
5. Please note that the time designated for knowledge transfer is throughout the engagement. Customer is responsible for providing a resource dedicated to this engagement and the extent of the knowledge transfer is dependent upon the availability of this resource.

6. SHI is not responsible for delays caused by failures, including but not exclusive to systems, personnel, or environmental causes or in receiving data from Customer.
7. Any restrictions or requirements regarding the engineer's use of personal equipment must be stated in advance of the commencement of the engagement.
8. All hardware and/or software and licensing required to perform the above Services will be provided by and is the responsibility of Customer. All wiring, hardware, and software required to perform the above Services are in working order.
9. All parties agree that personnel shall not be asked to perform, nor volunteer to perform, engineering and/or consulting tasks that lie outside the skill sets and experience of personnel. Personnel have the right to decline on a service request if the request falls outside the scope of their experience and expertise.
10. Project activity will be scheduled during the hours of 8:00 AM to 5:00 PM local time. Any work performed outside these hours is considered "overtime" and subject to overtime rates. Overtime services must be previously agreed upon by both parties, scheduled in advance and will require a change order authorizing such charges.

# 6 Rates and Multipliers

- A 2-hour per resource minimum charge applies to all on-site work performed excluding site surveys
  - Site Surveys will have a 4-hour per resource minimum charge
  - On-site services will be charged at the base rate listed in this SOW, subject to rate multipliers:
    - Base hourly rate during standard maintenance window
    - Base hourly rate x 1.5 outside standard maintenance window
    - Base hourly rate x 2 for any request to escalate onsite response to 4-hour SLA and/or require a resource the next business day
    - Base hourly rate x 2.5 for SHI observed holidays
      - SHI Observed Holidays are as follows:
        - Christmas
        - Thanksgiving
        - Labor Day
        - Independence Day
        - Memorial Day
        - New Year's Day

# 7 Customer Responsibilities

Both Customer and SHI are responsible for the successful execution of this engagement. Prior to the start of this SOW, Customer will indicate to SHI in writing a person to be the point of contact. All project communications will be addressed to such point of contact (the "Customer Contact"). The Customer Contact is responsible for the following:

1. Perform a full working backup prior to the commencement of Services as SHI is not responsible for lost data.

2. Ensuring all related information and communication regarding this project is done through the Project Manager as expeditiously as possible.
3. Acting for the Customer in all aspects of the project; however, any changes that affect the scope of this SOW, schedule or price will require that an amendment to the SOW be executed between the parties.
4. Making the necessary administrative usernames and passwords available to the engineer if required for the successful completion of project.
5. Providing detailed and accurate information regarding their current network environment. This information will include the technical configuration of the domain environment.
6. Providing the necessary workspace and network access to provide the above Services.
7. Providing access to building(s) and room(s) as necessary to complete the project.
8. Obtaining and provide project requirements, information, data, decisions, and approvals within one working day of the request, unless both parties agree to a different response time.
9. Ensuring that SHI project personnel have reasonable and safe access to the project site and adequate office space, if required.
10. Providing technical points-of-contact, who have a working knowledge of the enterprise components to be considered during this project ("Technical Contacts"). SHI may request that meetings be scheduled with Technical Contacts.
11. Informing SHI of all access issues and security measures and provide access to all necessary hardware and facilities as required.
12. Customer Contact will have the authority to act for Customer in all aspects of the project; however any changes that affect the scope, schedule, or price of this SOW will require that an amendment to the SOW be executed between the parties.
13. Customer Contact shall have the authority to resolve conflicting requirements.
14. Customer Contact will ensure that any communications are made to SHI Project Manager.
15. Customer Contact will help resolve project issues and ensure that issues are brought to the attention of the appropriate persons within the SHI, if required.
16. Customer Contact agrees that all appropriate information regarding this project will be communicated to SHI as expeditiously as possible.

Customer will provide individual resources outlined below to be participants for this project effort. These resources will participate in all required steps and will be fully or partially responsible for tasks and deliverables where appropriate:

| Name | Role | Involvement |
|---|---|---|
| **Sponsor / Project Manager** | Project and resource coordination to support the effort as well as authority to make decisions and acceptance at project completion. | Part-time |

| | | |
|---|---|---|
| **IT Resource(s)** | Provide access to workspace, building access, and general IT requests related to the effort. May also have responsibility for network, data center and project team activities. | Part-time |

# 8 Duties of SHI

SHI shall provide the Services and the SHI Work Product during the term of this engagement in accordance with this SOW and these terms and conditions.

1. SHI will provide all resources, facilities, management, labor, expertise, skills, tools, and equipment necessary for the performance of its obligations under this SOW.
2. Without limiting the foregoing, SHI shall:
   a. (i) keep the Customer Project Manager advised of the progress of the project and the status of the Deliverables;
   b. (ii) permit any designated representative of Customer periodically to review the work of SHI personnel performing Services and preparing Deliverables;
   c. (iii) perform the Services in a timely manner and provide the Deliverables in accordance with this Statement of Work; and
   d. (iv) keep accurate records of work performed on this Statement of Work, evidence of which SHI shall provide to Customer upon request.

# 9 Change Control Process

The "Change Control Process" is that process which shall govern changes to the scope of the Project during the life of the Project. The Change Control Process will apply to new components and to enhancements of existing components. The Change Control Process will commence at the start of the Project and will continue throughout the Project's duration.

Under the Change Control Process, a written "Change Request" will be the vehicle for communicating any desired changes to the project. It will describe the proposed change; the reason for the change and the effect the change may have on the Project. The Project Manager of the requesting party will submit a written Change Request to the Project Manager for the other parties.

SHI and Customer will review the change request. All parties must sign the approval portion of the Change Request to authorize the implementation of any change that affects the Project's scope, schedule or price. Furthermore, any such changes that affect the scope of this SOW, schedule or price will require that an amendment to the SOW be executed between the parties.

# 10 Project Initiation Process

Upon receipt of a signed SOW and Purchase Order, planning for the project will commence. A key step in the planning process is the Kickoff Meeting with SHI and Customer's Team.

In the kickoff meeting, the contents of the SOW will be reviewed. This is an opportunity for Customer's team who will be involved with the project to understand the Project's goals, tasks, deliverables, and timelines.

Upon completion of the project kickoff meeting, minutes of the Kickoff meeting will be created based on the meeting discussion and distributed to Customer. Any changes to the project scope will be documented in these minutes. If Change Orders are necessary due to scope changes, that process will be initiated after the Kickoff meeting.

# 11 Price and Payment Information

SHI proposes to deliver the Services described previously for the rates set forth below. This is an estimate of the time required to complete the objective. There is no guarantee it can or will be implemented within this timeframe:

| Rate Description | Hourly Rate per resource | Estimated Hours | Total Estimated Fee |
|---|---|---|---|
| **Cable/Networking Technician** | $115.00 | 428 | $49,220.00 |
| **Electrician** | $142.50 | 8 | $1,140.00 |
| **Project Manager** | $165.00 | 32 | $5,280.00 |
| **Lift and Mini-Excavator** | | | $9,000 |
| **Materials** | | | $14,848.34 |
| **Total** | | | **$79,488.34** |

The SOW is valid for 60 days from 10/5/2021, and must be consumed within 12 months of SOW execution.

**The total cost of this project is not to exceed $79,488.34, unless otherwise agreed to by both parties via the Change Control Process as described previously.**

SHI will invoice for the total amount of hours listed upon execution of this Statement of Work. SHI will not refund Securus Technologies for any Services not consumed during the 12-month period.

Any additional work that is required outside the scope of this SOW requires written approval by SHI and Customer as described in the Change Control Process described previously in this document and will be billed at a rate mutually agreed upon by SHI and Customer.

## 11.1 Credits or Discounts

| Incentives & Rebates | Fee |
|---|---|
| **Cable/Networking Technician** | ($10/hr) |

| | |
|---|---|
| **Project Manager** | ($35/hr) |

### 11.1.1 Credits or Discount Terms:

**All Sales Credits will be issued by your SHI AE as a rebate at the end of the project. The absolute limit for this engagement is $5,400.*

## 11.2 Travel Expenses

Travel expenses are not included in the above price. Any Expenses incurred will be billed as actual and receipts will be provided. Any travel must be pre-approved in advance by Customer (a pre-approval form will be submitted for signature prior to the trip). Expenses will adhere to SHI's Travel and Expense Policy (available upon request).

## 11.3 Billing Terms

Invoices are processed monthly. All invoices are due and payable within 30 calendar days of the invoice date.

Fees DO NOT include applicable taxes that must be collected. Please allow for taxes that may apply to the work outlined in your Purchase Order. Tax will be applied to the address in the Billing Contact Information Table in Section 13 unless otherwise specified in "Exception" section below.

### 11.3.1 Exception

Taxes will be applied to the physical addresses where work is performed.

# 12 Terms and Conditions

The Customer and The Texas Department of Criminal Justice, an agency of the State of Texas (the "Department") have entered into a Contract, dated August 19th, 2021 (the "Master Contract"), for the provision by the Customer of certain IT solutions, including the goods and services that the Customer is engaging SHI to perform under this SOW. The Customer has furnished a true, complete and correct copy of the Master Contract to SHI.

In accordance with Section H.2.I (Subcontractors) of the Master Contract, SHI acknowledges that this SOW is subject to the Master Contract and agrees to comply with the terms of the Master Contract to the extent applicable to the goods and services that the Customer is engaging SHI to perform under this SOW (collectively, the "Flow Down Terms"). SHI shall assume toward the Customer all duties and obligations that the Customer has assumed toward the Department, and the Customer shall have the benefit of all rights, remedies and redress against SHI that the Department has against the Customer, in each case with respect to the Flow Down Terms. The Department shall be deemed a third party beneficiary of this Section 10 of the SOW.

SHI agrees that the Flow Down Terms shall expressly include Sections E.4 (Audits by Other Agencies) and I.12 (Non-Discrimination) of the Master Contract. For the avoidance of doubt, the Customer and SHI agree that the below referenced terms of the Master Contract are not applicable to the services that the

Customer is engaging SHI to perform under this SOW and are expressly excluded from the Flow Down Terms:

- C.3.1 (General and Technical Specifications/Requirements), "Technical Requirements" Item 8 under Clause K
- C.3.3.1 (Implementation), Clause R (Inmate Enrollment)
- C.3.4.2 (Inmate Training)
- C.3.4.3 (Post-System Initiation Training), solely with respect to retraining and consultation for Inmates
- H.3 (Transition), Paragraph B (first sentence only)

## 13 SOW Acceptance

The Terms and Conditions are as outlined in this document. Once fully executed, this document will become the Statement of Work for the Services defined in this document. The Customer's signature below authorizes SHI to begin the Services described above and indicates the Customer's agreement to process and pay the invoices associated with these Services.

| **Securus Technologies** | | **SHI International Corp.** | |
|---|---|---|---|
| **Name** | Matthew Pareti | **Name** | Ryan Huffine |
| **Title** | Chief Operating Officer | **Title** | Vice President - Services |
| **Signature** | M. Pareti | **Signature** | DocuSigned by: Ryan Huffine 4AF6BC701CB74F0... |
| **Date** | 10/14/2021 | **Date** | 10/18/2021 |
| **Purchase Order** | | | |

## 14 Confidential

The information in this document shall not be duplicated, used, or disclosed in whole or in part outside Customer's organization. If a contract is awarded to SHI as a result of or in connection with the submission of this document, Customer shall have the right to duplicate, use, or disclose the information within its organization to the extent provided by the contract between Customer and SHI. This restriction does not limit Customer's right to use information contained in this document if it is obtained from another source without restriction.

APPROVED
By David Guzman at 11:33 am, Oct 14, 2021

Approved by Legal Initial & Date THL 10/14/21

# 15 Customer Billing Information

The location(s) of Services to be provided and billing contact is:

| Billing Information |
| --- |
| **Company Name**<br>**Securus Technologies** |
| **Street Address**<br>**4000 International Pkwy** |
| **City, State, Zip Code**<br>**Carrollton, TX 75007** |
| **Contact Name and Title**<br>**Kevin Brown \| Installation Manager, Field Service** |
| **Contact Phone Number and E-mail Address**<br>**(786) 774-8351 \| kbrown@jpay.com** |

# 16 Project Location(s) & Contact Information

| Site Information |
| --- |
| **Street Address**<br>902 FM686, Dayton, TX.  77535 |

# 17 Appendix C: Securus standards document



# 18 Appendix D: Quote

Keagan - Work-
Order for