# EXHIBIT 22

**From:** Kristin Cooper
**Sent:** Friday, February 4, 2022 8:21 AM CST
**To:** Hezi Benmoshe
**Subject:** RE: Updated Accounting Terms

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning!

Happy Friday ☺

Yes, that would be possible however the 2% charge would remain in place should any invoice go beyond 60 days.

Thank you,

Kristin

SHI

Kristin Cooper
Strategic Enterprise Account Executive - DFW

Mobile: 817.291.0113

www.shi.com

**From:** Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>
**Sent:** Friday, February 4, 2022 8:18 AM
**To:** Kristin Cooper <Kristin_Cooper@SHI.com>
**Subject:** RE: Updated Accounting Terms

External Sender: Use caution with links/attachments.

Good morning ,
Let me get with my team and see what I can do ,assuming we can get back on track and pay on time , would it be possible to go back to net60 ?
Thank you
Hezi

**From:** Kristin Cooper <Kristin_Cooper@SHI.com>
**Sent:** Thursday, February 3, 2022 5:07 PM
**To:** Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>
**Subject:** Updated Accounting Terms

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Hezi,

I'm reaching out with an update to share in regards to Securus' invoicing term of Net60 vs Net30.

Early last year Securus requested SHI to move from Net30 to Net60. At the time of the request invoices were generally paid in a timely manner, and thus SHI agreed to extend Net60 terms. SHI has always charged 2% for any invoices that go beyond 60 days, however due to Securus being in good standing with accounting I decided to take on the risk and absorb the 2% finance charge should invoices be paid late.

Over the last several months Securus has increasingly fallen behind on millions in past dues. Although the Securus accounting team is always providing updates when requested, invoices are still submitted for late payment, sometimes going beyond 150+ days delinquent. SHI accounting and my leadership team have made the decision to move Securus back to Net30 in hopes of increasing time to payment. Also, if any invoices go beyond 60 days I am not longer able to absorb the fees and therefore beginning March 1st we will begin to pass the late invoice charge of 2% on to Securus.

Please let me know if you or anyone in accounting has any questions, I'm happy to hop on a call to discuss.

Thank you,

Kristin

SHI

Kristin Cooper
Strategic Enterprise Account Executive - DFW

Mobile: 817.291.0113

www.shi.com

Click here to report this email as spam.