# EXHIBIT 23

shi

CHANGE REQUEST

| | |
|---|---|
| **Project Name** | TDCJ - Kegan Unit Cabling |
| **Customer** | Securus Technologies |
| **Change Request Number** | 001 |
| **Date** | 12/21/21 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Alejandra Angel |

**Change Request Description**

SHI requests increasing the budget for hours and additional materials to account for overrun due to different delays and unknown level of difficulty getting cables into the dorm areas. The use of 3 push/pull sticks to get through the hard cap ceiling areas is not typical. Daily covid tests and inmate count also account for overage.

**Impact of Change**

Increase in budget and hours allocated.

**Price**

Cable Tech : 112 hrs x $115 = $12,880
Project Management: 3 hrs x $165 = $495
Materials : $2,479.86

**New Budget : $15,854.86**

| | | | |
|---|---|---|---|
| **Name** | Jeremy Thompson | **Customer** | Securus Technologies |
| **Title** | Regional Manager | **Date** | 1-13-22 |
| **Customer Signature** | [signature] | | |
| **SHI Project Manager Receipt** | [signature] | | |

Securus Technologies and SHI International Corp. - confidential



SHI-049398