# EXHIBIT 24

# Change Request

| | |
|---|---|
| **Project Name** | Duncan Unit Cabling |
| **Customer Name** | Securus Technologies Services |
| **Change Request Number** | CR01 |
| **Date** | 3/7/22 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Alejandra Angel, Project Manager |

**Change Request Description**

Securus has requested a change in original scope to include Fiber run at Duncan. SHI determined the proper pathway, materials and level of effort for this increase in scope.

Changes have been identified as follows:

1. Materials:

| | | |
|---|---|---|
| 375 | TINIFIBER | TINIFBR 6F SM BLK MIC ARM I/O PLN 900U |
| 50 | ERICO PROD | 2IN JHOOK TO 4Z34 TO WIRE-ROD-FLANGE |
| 25 | ERICO PROD | CLIPCABLECATHP2 INCH |
| 10 | CONDUIT | 2-STEEL THINWALL CONDUIT |
| 1 | CORNING OPTICAL | CLOSET CONN HSG 1U F/2 PNLS |
| 2 | CORNING OPTICAL | CCH SPLICE CASSETTE 12 FIBER SC SM |
| 3 | STI INC 2 IN SPLIT FIRESTOP SLEEVE | |
| 6 | ARLINGTN IND 2-IN NM BUSHING | |
| 2 | STI INC SSP FIRESTOP PUTTY 36CU IN TUBE | |
| 1 | CORNING OPTICAL | LANSCAPE WIC ACCPT 2 CCHS |

**Impact of Change (Scope, Schedule, Cost)**

The impact of the design change is additional scope and cost to account for extra fiber.

**Price Change**

| Rate Description | Hourly Rate | Estimated Hours | Total Estimated |
|---|---|---|---|
| **Non-union cable/networking technician** | $115 | 36 | $4,140.00 |
| **Project Management Engineering** | $165 | 8 | $1,320.00 |
| **Materials** | | | $3,080.81 |
| | | **Total** | **$8,540.81** |

***This is a time and materials-based statement of work, and the customer is only billed for materials and time consumed.*

| | | | |
|---|---|---|---|
| **Customer Name** | Jerimy Thompson | **Customer Email Address** | jthompson@securustehcnologies.com |
| **Customer Title** | Regional Manager | **Date** | 3/10/22 |
| **Customer Signature** | Jerimy Thompson | | |
| **SHI Project Manager Receipt** | DocuSigned by: Gabriela Angel A27A807285D2452... | | |