# EXHIBIT 25

SHI

# Change Request

| | |
|---|---|
| **Project Name** | Lewis Unit Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR01 |
| **Date** | 07/08/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the Lewis Unit Cabling project to increase the AP count and associated material/hours to match the quantity indicated in the Heatmaps provided by Securus. The additional APs have been added by Securus to the project scope after SOW-signature.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Lewis | 84 | 95 | 11 | 82.5 | $8,745.00 | 4.1 | $680.63 | $6,121.50 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for the additional AP count.

| Price Change |
| --- |
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Tech Hours: 82.5 x $106 = $8,745.00<br>- PM Hours: 4.1 x $165 = $680.63<br>- Additional materials: $6,121.50<br>- Total Lewis Unit Cabling CR01: $15,547.13 |

| | | | |
| --- | --- | --- | --- |
| **Customer Name** | Securus Technologies, LLC<br>By: Greg Saxon | **Customer Email Address** | Greg.saxon@securustechnologies.com |
| **Customer Title** | Vice President, Operations | **Date** | |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Ganger<br>0494072F6126432... | 8/22/2022 | |

Approved by Legal
HLC
08/08/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 8/12/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 57716B23807D432AB0C5B6792636D239 | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.137 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/22/2022 5:26:32 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/22/2022 5:27:30 PM<br>Viewed: 8/22/2022 5:27:38 PM<br>Signed: 8/22/2022 5:27:44 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/22/2022 5:27:30 PM |
| Certified Delivered | Security Checked | 8/22/2022 5:27:38 PM |
| Signing Complete | Security Checked | 8/22/2022 5:27:44 PM |
| Completed | Security Checked | 8/22/2022 5:27:44 PM |

| Payment Events | Status | Timestamps |
|---|---|---|