# EXHIBIT 26

SHI

# Change Request

| | |
|---|---|
| **Project Name** | Polunksy Unit Cabling |
| **Customer Name** | Securus Technologies Services |
| **Change Request Number** | CR01 |
| **Date** | 3/1/22 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Gabriela Angel, Project Manager |

**Change Request Description**

SHI determined that the WiFi Simulation Reports derived more Wireless Access Points than assessed during the Site Survey effort. The design summary document identified more and/or different buildings with Access Points than originally scoped, increasing the level of effort.

Changes have been identified as follows:

1. Labor:
   a. (112) WAP installations
   b. (112) CAT6 installations
   c. (12) CAT6 Spare cables
   d. (4) Additional Fiber Installs survey to B-5, B-10, B-7/8 Gym, B-3/4 Gym that were not identified during original site.
   e. (4) Additional Rack Builds in B-5, B-10, B-7/8 Gym, B-3/4 Gym.
   f. (10) Additional Power Outlets TC Dorms A, B & C; TC Admin; B-12A, 12B & 12C; B-10; B-7/8 Gym and B-3/4 Gym.
   g. (36) Additional Conduit Installs Building 12A, 12B & 12C

2. Materials:
   a. (34,000) feet of CAT6 cable
   b. (4,000) feet of CAT6 Spare cable
   c. (3500) feet of Tinifiber Fiber Optic cable
   d. (4) Corning CCH Pigtailed Splice Cassette
   e. (4) Corning SCH-01C
   f. (224) additional Panduit CAT6 Connectors
   g. (5) Panduit 24 port modular patch panels
   h. (112) 4” x 2-1/8” Deep J-boxes
   i. (112) Décor Cover Plates for WAP installs

**Impact of Change (Scope, Schedule, Cost)**

The impact of the design discrepancies is additional requirements for Fiber Optic, CAT6, Spare CAT6, Conduit, Rack Build and Electrical requirements.

**Price Change**

| Rate Description | Hourly Rate | Estimated Hours | Total Estimated |
|---|---|---|---|
| **Non-union cable/networking technician** | $106 | 712 | $75,472.00 |
| **Electrician** | $175 | 80 | $14,000.00 |
| **Project Management Engineering** | $165 | 48 | $7,920.00 |
| **Materials** | | | $27,762.10 |
| | | **Total** | **$125,154.10** |

***This is a time and materials-based statement of work, and the customer is only billed for materials and time consumed.*

| | | | |
|---|---|---|---|
| **Customer Name** | Jerimy Thompson | **Customer Email Address** | jthompson@securustehcnologies.com |
| **Customer Title** | Regional Manager | **Date** | 3/10/22 |
| **Customer Signature** | Jerimy Thompson | | |
| **SHI Project Manager Receipt** | DocuSigned by: Gabriela Angel A27A807285D2452... | | |



SHI-079359