# EXHIBIT 27

SHI

# Change Request

| Project Name | Polunsky Unit Cabling |
|---|---|
| Customer Name | Securus Technologies |
| Change Request Number | CR01 |
| Date | 07/07/2022 |
| SHI Account Executive | Kristin Cooper |
| Submitted by | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the Polunsky Unit Cabling project to add trenching to the scope of the project.

| Region | Site | Tech $ | PM hrs | PM $ | Materials | Total |
|---|---|---|---|---|---|---|
| 1 | Polunsky | $530.00 | 0.3 | $41.25 | $371.00 | $942.25 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for trenching. Travel will be invoiced as actuals and is not included in this CR estimate.

| Price Change |
|---|
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Tech: $530<br>- PM: $41.25<br>- Materials + equipment: $371.00<br>- Total Polunsky Unit Cabling CR01: $942.25 |

| | | | |
|---|---|---|---|
| **Customer Name** | Greg Saxon | **Customer Email Address** | greg.saxon@aventiv.com |
| **Customer Title** | VP, Value Chain Operations | **Date** | August 2, 2022 |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by: Lisa Ganger 0494072F6126432... | | |

Approved by Legal HLC 07/12/22 Initial & Date

Ryan H Edwards
Procurement reviewed by
Ryan Edwards on 7/28/2022