# EXHIBIT 28

SHI

# Change Request

| | |
|---|---|
| **Project Name** | Polunsky Unit Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR03 |
| **Date** | 09/19/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the Polunsky Unit Cabling project to add electrical outlet installation to the scope of the project.

| SITE NAME | SOW | NEEDED | OOS | Electrician LABOR | TOTAL MATERIALS | PM Hours | PM Cost | Total | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **Region 1** | | | | | | | | | |
| Polunsky | 0 | 1 | 1 | $1,400.00 | $980.00 | 0.4 | $66.00 | $2,446.00 | Bldg 11 - new, this location was not included in CR01 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for to add electrical outlet installation. Electician travel will be invoiced as actuals and is not included in this CR estimate.

## Price Change

Time & Materials: Billed as consumed

Additional Budget:

- Electician: $1,400
- Materials: $980
- PM: $66
- Total Polunsky Unit Electician Outlet CR03: $2,446

| | | | |
|---|---|---|---|
| **Customer Name** | Greg Saxon | **Customer Email Address** | |
| **Customer Title** | Vice President of Value Chain Operations | **Date** | 09NOV2022 |
| **Customer Signature** | | | |
| **SHI Project Manager Receipt** | DocuSigned by: Lisa Ganger 0494072F6126432... | | |

Approved by Legal HLC 10/17/22 Initial & Date

Procurement reviewed by Ryan Edwards on 11/9/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: C6B46CDC47B5405B9ED2700076736D34 | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.135 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>11/22/2022 5:35:14 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 11/22/2022 5:35:37 PM<br>Viewed: 11/22/2022 5:35:44 PM<br>Signed: 11/22/2022 5:35:48 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/22/2022 5:35:37 PM |
| Certified Delivered | Security Checked | 11/22/2022 5:35:44 PM |
| Signing Complete | Security Checked | 11/22/2022 5:35:48 PM |
| Completed | Security Checked | 11/22/2022 5:35:48 PM |

| Payment Events | Status | Timestamps |
|---|---|---|