# EXHIBIT 30

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ - Region 2 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR01 |
| **Date** | 07/13/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ - Region 2 Cabling project to increase the AP count (and associated material/hours) to match the quantity indicated in the Heatmaps provided by Securus. The additional APs have been added by Securus to the project scope after SOW-signature. Hours and material cost listed below are estimates and will be billed as actuals.

| Region | Site | SHI SOW AP Count | Securus HeatMap AP Count | SHI SOW VARIANCE | Tech Hrs | Tech $ | PM hrs | PM $ | Materials |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Beto | 167 | 196 | 29 | 217.5 | $23,055.00 | 10.9 | $1,250.63 | $16,138.50 |
| 2 | Coffield | 282 | 232 | -50 | -375 | -$39,750.00 | -18.8 | -$2,156.25 | -$27,825.00 |
| 2 | Cole | 43 | 37 | -6 | -45 | -$4,770.00 | -2.3 | -$258.75 | -$3,339.00 |
| 2 | East Tx | 106 | 58 | -48 | -360 | -$38,160.00 | -18.0 | -$2,070.00 | -$26,712.00 |
| 2 | Hodge | 51 | 50 | -1 | -7.5 | -$795.00 | -0.4 | -$43.13 | -$556.50 |
| 2 | Hutchins | 84 | 56 | -28 | -210 | -$22,260.00 | -10.5 | -$1,207.50 | -$15,582.00 |
| 2 | Michael | 187 | 383 | 196 | 1470 | $155,820.00 | 73.5 | $8,452.50 | $109,074.00 |
| 2 | Powledge | 64 | 38 | -26 | -195 | -$20,670.00 | -9.8 | -$1,121.25 | -$14,469.00 |
| 2 | Sanders Estes | 59 | 64 | 5 | 37.5 | $3,975.00 | 1.9 | $215.63 | $2,782.50 |
| 2 | Skyview | 63 | 56 | -7 | -52.5 | -$5,565.00 | -2.6 | -$301.88 | -$3,895.50 |
| 2 | Telford | 159 | 268 | 109 | 817.5 | $86,655.00 | 40.9 | $4,700.63 | $60,658.50 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for the additional AP count.

| Price Change |
|---|
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Tech Hours: 1,297.5 x $106 = $137,535.00<br>- PM Hours: 64.9 x $115 = $7,460.63<br>- Additional materials: $96,274.50<br>- Total TDCJ - Region 2 Cabling CR01: $241,270.13 |

| | | | |
|---|---|---|---|
| **Customer Name** | | **Customer Email Address** | |
| **Customer Title** | | **Date** | |
| **Customer Signature** | | | |
| **SHI Project Manager Receipt** | | | |