# EXHIBIT 31

SHI

# Change Request

| | |
|---|---|
| **Project Name** | Texas Region 2 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR03 |
| **Date** | 07/08/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the Texas Region 2 Cabling project to add trenching to the scope of the project for these locations.

| Region | Site | Tech $ | PM hrs | PM $ | Materials | Total |
|---|---|---|---|---|---|---|
| 2 | Michael | $8,480.00 | 4.0 | $460.00 | $5,936.00 | $14,876.00 |
| 2 | Hutchins | $4,505.00 | 2.1 | $244.38 | $3,153.50 | $7,902.88 |
| 2 | Powledge | $36,887.50 | 8.4 | $966.00 | $13,137.50 | $50,991.00 |
| 2 | Hodge | $60,887.50 | 12.0 | $1,380.00 | $15,787.50 | $78,055.00 |
| 2 | Coffield | $66,694.00 | 12.4 | $1,426.00 | $19,795.13 | $87,915.13 |
| 2 | East Tx | $19,847.38 | 8.4 | $966.00 | $4,585.00 | $25,398.38 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for trenching. Travel will be invoiced as actuals and is not included in this CR estimate.

| Price Change |
|---|
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Tech: $197,301.38<br>- PM: $5,442.38<br>- Materials + equipment: $62,394.63<br>- Total Texas Region 2 Cabling CR03: $265,138.39 |

| Customer Name | Greg Saxon | Customer Email Address | greg.saxon@aventiv.com |
|---|---|---|---|
| Customer Title | VP, Value Chain Operations | Date | August 2, 2022 |
| Customer Signature | Greg Saxon | | |
| SHI Project Manager Receipt | DocuSigned by:<br>Lisa Sanger<br>0494072F6126432... | 8/16/2022 | |

Approved by Legal
HLC
07/12/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 7/28/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 9B0A3A580F78438FB1A941B4B2E3D397 | | Status: Completed |
| Subject: CR for Securus/SHI - Trenching Region 2 | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.9 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/16/2022 11:13:04 AM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) |  <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/16/2022 11:14:05 AM<br>Viewed: 8/16/2022 11:14:14 AM<br>Signed: 8/16/2022 11:14:21 AM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/16/2022 11:14:05 AM |
| Certified Delivered | Security Checked | 8/16/2022 11:14:14 AM |
| Signing Complete | Security Checked | 8/16/2022 11:14:21 AM |
| Completed | Security Checked | 8/16/2022 11:14:21 AM |

| Payment Events | Status | Timestamps |
|---|---|---|