# EXHIBIT 32

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ - Region 2 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR02 |
| **Date** | 07/08/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ - Region 2 Cabling project to remove the sites below (and associated material/hours). SHI has shipped materials to these sites, the cost of these shipped materials will remain in the SHI budget to be paid by Securus.

| Region | Site | Cable / Networking Technician | Electrician | Project Manager | Lift & Mini Excavator | Service Total | Material in SOW | Material delivered to site | SOW Material Remaining | Total Removed from SOW |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B Moore | $60,738.00 | $0.00 | $4,485.00 | $11,250.00 | $76,473.00 | $63,563.10 | -$28,598.07 | $34,965.03 | $111,438.03 |
| 2 | C Moore | $55,968.00 | $0.00 | $5,405.00 | $11,250.00 | $72,623.00 | $33,711.23 | -$27,458.07 | $6,253.16 | $78,876.16 |
| 2 | Johnston | $51,092.00 | $0.00 | $4,485.00 | $11,250.00 | $66,827.00 | $32,893.87 | -$29,021.92 | $3,871.95 | $70,698.95 |
| | **Totals** | **$167,798.00** | **$0.00** | **$14,375.00** | **$33,750.00** | **$215,923.00** | **$130,168.20** | **-$85,078.06** | **$45,090.14** | **$261,013.14** |

## Impact of Change (Scope, Schedule, Cost)

The TDCJ - Region 2 Cabling SOW budget will be decreased by the amount in the table above.

## Price Change

Time & Materials: Billed as consumed

Material and Services budget removed from the TDCJ - Region 2 Cabling SOW: $261,013.14

| | | | |
|---|---|---|---|
| **Customer Name** | Securus Technologies, LLC<br>By: Greg Saxon | **Customer Email Address** | Greg.saxon@securustechnologies.com |
| **Customer Title** | Vice President, Operations | **Date** | |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432... | 8/22/2022 | |

Approved by Legal
HLC
08/08/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 8/12/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 54FE62B261D14CB28E0E525769F33A93 | | Status: Completed |
| Subject: Please DocuSign This Document - Region 2 | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.136 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/22/2022 4:51:20 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/22/2022 4:52:25 PM<br>Viewed: 8/22/2022 4:52:34 PM<br>Signed: 8/22/2022 4:52:49 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/22/2022 4:52:25 PM |
| Certified Delivered | Security Checked | 8/22/2022 4:52:34 PM |
| Signing Complete | Security Checked | 8/22/2022 4:52:49 PM |
| Completed | Security Checked | 8/22/2022 4:52:49 PM |

| Payment Events | Status | Timestamps |
|---|---|---|