# EXHIBIT 34

# Change Request

| Project Name | Texas Region 5 Cabling |
|---|---|
| Customer Name | Securus Technologies |
| Change Request Number | CR03 |
| Date | 07/07/2022 |
| SHI Account Executive | Kristin Cooper |
| Submitted by | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the Texas Region 5 Cabling project to add trenching to the scope of the project.

| Region | Site | Tech $ | PM hrs | PM $ | Materials | Total |
|---|---|---|---|---|---|---|
| 5 | Jordan | $14,416.00 | 6.8 | $782.00 | $10,091.20 | $25,289.20 |
| 5 | Formby | $10,176.00 | 4.8 | $552.00 | $7,123.20 | $17,851.20 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for trenching. Travel will be invoiced as actuals and is not included in this CR estimate.

| Price Change |
|---|
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Tech: $24,592<br>- PM: $1,334<br>- Materials + equipment: $17,214.40<br>- Total Texas Region 5 Cabling CR03: $43,140.40 |

| | | | |
|---|---|---|---|
| **Customer Name** | Greg Saxon | **Customer Email Address** | greg.saxon@aventiv.com |
| **Customer Title** | VP, Value Chain Operations | **Date** | August 2, 2022 |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by: Lisa Ganger 0494072F6126432... | 8/16/2022 | |

Approved by Legal HLC 07/12/22 Initial & Date

Ryan H Edwards

Procurement reviewed by
Ryan Edwards on 7/28/2022

DocuSign

## Certificate Of Completion

Envelope Id: F33F5EDD3AB04E299DD23E50D37CDAC7 | Status: Completed

Subject: Please DocuSign This Document region 5

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.9 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/16/2022 11:19:06 AM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/16/2022 11:24:34 AM<br>Viewed: 8/16/2022 11:25:07 AM<br>Signed: 8/16/2022 11:25:13 AM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/16/2022 11:24:34 AM |
| Certified Delivered | Security Checked | 8/16/2022 11:25:07 AM |
| Signing Complete | Security Checked | 8/16/2022 11:25:13 AM |
| Completed | Security Checked | 8/16/2022 11:25:13 AM |

| Payment Events | Status | Timestamps |
|---|---|---|