# EXHIBIT 35

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ - Region 5 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR01 |
| **Date** | 07/13/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ - Region 5 Cabling project to increase the AP count and associated material/hours to match the quantity indicated in the Heatmaps provided by Securus. The additional APs have been added by Securus to the project scope after SOW-signature. Hours and material cost listed below are estimates and will be billed as actuals.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Allred | 194 | 309 | 115 | 862.5 | $91,425.00 | 43.1 | $4,959.38 | $63,997.50 |
| 5 | Dalhart | 53 | 50 | -3 | -22.5 | -$2,385.00 | -1.1 | -$129.38 | -$1,669.50 |
| 5 | Daniel | 63 | 51 | -12 | -90 | -$9,540.00 | -4.5 | -$517.50 | -$6,678.00 |
| 5 | Formby | 52 | 41 | -11 | -82.5 | -$8,745.00 | -4.1 | -$474.38 | -$6,121.50 |
| 5 | jordan | 43 | 47 | 4 | 30 | $3,180.00 | 1.5 | $172.50 | $2,226.00 |
| 5 | Lindsey | 49 | 33 | -16 | -120 | -$12,720.00 | -6.0 | -$690.00 | -$8,904.00 |
| 5 | Montford | 122 | 107 | -15 | -112.5 | -$11,925.00 | -5.6 | -$646.88 | -$8,347.50 |
| 5 | Smith | 103 | 93 | -10 | -75 | -$7,950.00 | -3.8 | -$431.25 | -$5,565.00 |
| 5 | Wallace | 62 | 50 | -12 | -90 | -$9,540.00 | -4.5 | -$517.50 | -$6,678.00 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for the additional AP count.

**Price Change**

Time & Materials: Billed as consumed

Additional Budget:

- Tech Hours: 300 x $106 = $31,800.00
- PM Hours: 15 x $115 = $1,725.00
- Additional materials: $22,260.00
- Total TDCJ - Region 5 Cabling CR01: $55,785.00

| | | | |
|---|---|---|---|
| **Customer Name** | Securus Technologies, LLC<br>By: Greg Saxon | **Customer Email Address** | Greg.saxon@securustechnologies.com |
| **Customer Title** | Vice President, Operations | **Date** | |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Ganger<br>0494072F6126432... | 8/22/2022 | |

Approved by Legal
HLC
08/08/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 8/12/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 2F9494F41AEE4A629026764C846B52AE | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.9 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/22/2022 5:17:35 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) |  <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/22/2022 5:18:16 PM<br>Viewed: 8/22/2022 5:18:24 PM<br>Signed: 8/22/2022 5:18:29 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/22/2022 5:18:16 PM |
| Certified Delivered | Security Checked | 8/22/2022 5:18:24 PM |
| Signing Complete | Security Checked | 8/22/2022 5:18:29 PM |
| Completed | Security Checked | 8/22/2022 5:18:29 PM |

| Payment Events | Status | Timestamps |
|---|---|---|