# EXHIBIT 38

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ – Region 5 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR04 |
| **Date** | 09/19/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ – Region 5 Cabling project to add electrical outlet installation to the scope of the project.

| SITE NAME | SOW | NEEDED | OOS | Electrician LABOR | TOTAL MATERIALS | PM Hours | PM Cost | Total | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **Region 5** | | | | | | | | | |
| JORDAN | 0 | 9 | 9 | $12,600.00 | $8,820.00 | 3.6 | $414.00 | $21,834.00 | Line building, J4 |
| FORMBY | 0 | 0 | 0 | $0.00 | $0.00 | 0.0 | $0.00 | $0.00 | |
| DANIEL | 0 | 9 | 9 | $12,600.00 | $8,820.00 | 3.6 | $414.00 | $21,834.00 | Need IDFS - Jerimy to talk to JG |
| DALHART | 0 | 10 | 10 | $14,000.00 | $9,800.00 | 4.0 | $460.00 | $24,260.00 | Line building, J4, J5, gym? |
| ALLRED | 0 | 4 | 4 | $5,600.00 | $3,920.00 | 1.6 | $184.00 | $9,704.00 | 1 - Bldg 11, 1 - Bldg 10, 1 - Bldg 12, 1 ecb |
| SMITH | 0 | 0 | 0 | $0.00 | $0.00 | 0.0 | $0.00 | $0.00 | |
| MONTFORD | 0 | 2 | 2 | $2,800.00 | $1,960.00 | 0.8 | $92.00 | $4,852.00 | Education, Trusty Bldg 5 |
| WALLACE | 0 | 6 | 6 | $8,400.00 | $5,880.00 | 2.4 | $276.00 | $14,556.00 | J2, J4, J5, Education, Vocation, Admin |
| LINDSEY | 0 | 0 | 0 | $0.00 | $0.00 | 0.0 | $0.00 | $0.00 | |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for to add electrical outlet installation. Electician travel will be invoiced as actuals and is not included in this CR estimate.

| **Price Change** |
|---|
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Electician: $56,000<br>- Materials: $39,200<br>- PM: $1,840<br>- Total TDCJ – Region 5 Cabling Electrical CR02: $97,040 |

| **Customer Name** | Greg Saxon | **Customer Email Address** | |
|---|---|---|---|
| **Customer Title** | VP - Value Chain Operations | **Date** | 09NOV2022 |
| **Customer Signature** | | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432... | | |

Approved by Legal
HLC
10/17/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 11/9/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 43DA19375DB44071B340100096B9EE7F | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.8 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>11/22/2022 5:33:22 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 11/22/2022 5:33:44 PM<br>Viewed: 11/22/2022 5:33:51 PM<br>Signed: 11/22/2022 5:33:56 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/22/2022 5:33:44 PM |
| Certified Delivered | Security Checked | 11/22/2022 5:33:51 PM |
| Signing Complete | Security Checked | 11/22/2022 5:33:56 PM |
| Completed | Security Checked | 11/22/2022 5:33:56 PM |

| Payment Events | Status | Timestamps |
|---|---|---|