# EXHIBIT 39

SHI

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ - Region 6 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR01 |
| **Date** | 07/13/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ - Region 6 Cabling project to increase the AP count and associated material/hours to match the quantity indicated in the Heatmaps provided by Securus. The additional APs have been added by Securus to the project scope after SOW-signature. Hours and material cost listed below are estimates and will be billed as actuals.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Crain | 71 | 126 | 55 | 412.5 | $47,437.50 | 20.6 | $3,815.63 | $33,206.25 |
| 6 | Hilltop | 35 | 48 | 13 | 97.5 | $11,212.50 | 4.9 | $901.88 | $7,848.75 |
| 6 | Hughes | 158 | 270 | 112 | 840 | $96,600.00 | 42.0 | $7,770.00 | $67,620.00 |
| 6 | Luther | 74 | 39 | -35 | -262.5 | -$30,187.50 | -13.1 | -2428.13 | -$21,131.25 |
| 6 | Mt. View | 76 | 67 | -9 | -67.5 | -$7,762.50 | -3.4 | -624.38 | -$5,433.75 |
| 6 | Pack | 82 | 46 | -36 | -270 | -$31,050.00 | -13.5 | -2497.50 | -$21,735.00 |
| 6 | Robertson | 143 | 268 | 125 | 937.5 | $107,812.50 | 46.9 | $8,671.88 | $75,468.75 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for the additional AP count.



SHI-128604

## Price Change

Time & Materials: Billed as consumed

Additional Budget:

- Tech Hours: 1687.50 x $115 = $194,062.50
- PM Hours: 84.4 x $185 = $15,609.38
- Additional materials: $135,843.75
- Total TDCJ - Region 6 Cabling CR01: $345,515.63

| | | | |
|---|---|---|---|
| **Customer Name** | Securus Technologies, LLC<br>By: Greg Saxon | **Customer Email Address** | Greg.saxon@securustechnologies.com |
| **Customer Title** | Vice President, Operations | **Date** | |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Ganger<br>0494072F6126432... | 8/22/2022 | |

Approved by Legal HLC 08/08/22 Initial & Date

Procurement reviewed by Ryan Edwards on 8/12/2022



SHI-128605

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: A604D078DBAC42BEB243C435151B8661 | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.8 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/22/2022 5:21:16 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/22/2022 5:21:52 PM<br>Viewed: 8/22/2022 5:22:00 PM<br>Signed: 8/22/2022 5:22:09 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/22/2022 5:21:52 PM |
| Certified Delivered | Security Checked | 8/22/2022 5:22:00 PM |
| Signing Complete | Security Checked | 8/22/2022 5:22:09 PM |
| Completed | Security Checked | 8/22/2022 5:22:09 PM |

| Payment Events | Status | Timestamps |
|---|---|---|