# EXHIBIT 41

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ – Region 6 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR02 |
| **Date** | 09/19/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ – Region 6 Cabling project to add electrical outlet installation to the scope of the project.

| SITE NAME | SOW | NEEDED | OOS | Electrician LABOR | TOTAL MATERIALS | PM Hours | PM Cost | Total | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **Region 6** | | | | | | | | | |
| ROBERTSON | 0 | 9 | 9 | $12,600.00 | $8,820.00 | 3.6 | $666.00 | $22,086.00 | Gym, Unit 4, Unit 3 (Penthouse A), Bldg 8 (Penthouse 8 J), Penthouse G, Bldg 19, Seg, Infirmary, Bldg 12 |
| CRAIN | 0 | 7 | 7 | $9,800.00 | $6,860.00 | 2.8 | $518.00 | $17,178.00 | IDF 2 - Riverview Bldg 4, Bldg 1, Bldg 3, Valley dorm 1, hackberry dorm 2, terrace dorm 2, sycamore dorm 2 |
| HUGHES | 0 | 1 | 1 | $1,400.00 | $980.00 | 0.4 | $74.00 | $2,454.00 | BLDG 11 |
| HILLTOP | 0 | 2 | 2 | $2,800.00 | $1,960.00 | 0.8 | $148.00 | $4,908.00 | Vocational, Bdorm |
| LUTHER | 0 | 0 | 0 | $0.00 | $0.00 | 0.0 | $0.00 | $0.00 | TBD - UNK |
| MTN VIEW | 0 | 3 | 3 | $4,200.00 | $2,940.00 | 1.2 | $222.00 | $7,362.00 | Mental Health Unit, RHU, Cell Block, |
| PACK | 0 | 6 | 6 | $8,400.00 | $5,880.00 | 2.4 | $444.00 | $14,724.00 | Awing, Bwing, Cwing, Dwing, AdSeg, Trusty Dorm 1 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for to add electrical outlet installation. Electician travel will be invoiced as actuals and is not included in this CR estimate.

## Price Change

Time & Materials: Billed as consumed

Additional Budget:

- Electician: $39,200
- Materials: $27,440
- PM: $2,072
- Total TDCJ – Region 6 Cabling Electrical CR02: $68,712

| | | | |
|---|---|---|---|
| **Customer Name** | Greg Saxon | **Customer Email Address** | |
| **Customer Title** | Vice President of Value Chain Operations | **Date** | 09NOV2022 |
| **Customer Signature** | [signature] | | |
| **SHI Project Manager Receipt** | DocuSigned by: Lisa Ganger 0494072F6126432... | | |

Approved by Legal HLC 10/17/22 Initial & Date

Procurement reviewed by Ryan Edwards on 11/9/2022



SHI-128502

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 032B431D5FAE4DF5A351D197B3864DBD | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.7 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>11/22/2022 5:30:54 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 11/22/2022 5:31:26 PM<br>Viewed: 11/22/2022 5:31:33 PM<br>Signed: 11/22/2022 5:31:39 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/22/2022 5:31:26 PM |
| Certified Delivered | Security Checked | 11/22/2022 5:31:33 PM |
| Signing Complete | Security Checked | 11/22/2022 5:31:39 PM |
| Completed | Security Checked | 11/22/2022 5:31:39 PM |

| Payment Events | Status | Timestamps |
|---|---|---|