# EXHIBIT 42

# Change Request

| Project Name | TDCJ - Region 4 Cabling |
|---|---|
| Customer Name | Securus Technologies |
| Change Request Number | CR01 |
| Date | 07/08/2022 |
| SHI Account Executive | Kristin Cooper |
| Submitted by | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ - Region 4 Cabling project to remove the sites below (and associated material/hours). SHI has not yet shipped materials to these sites; all material cost for these facilities will be removed from the budget.

| Region | Site | Cable / Networking Technician | Electrician | Project Manager | Lift & Mini Excavator | Service Total | Material in SOW | Total Removed from SOW |
|---|---|---|---|---|---|---|---|---|
| 4 | Briscoe | $121,900.00 | $2,800.00 | $24,235.00 | $11,250.00 | $160,185.00 | $68,904.11 | $229,089.11 |
| 4 | Lynaugh | $115,000.00 | $2,800.00 | $24,235.00 | $11,250.00 | $153,285.00 | $65,929.75 | $219,214.75 |
| | **Totals** | **$236,900.00** | **$5,600.00** | **$48,470.00** | **$22,500.00** | **$313,470.00** | **$134,833.86** | **$448,303.86** |

## Impact of Change (Scope, Schedule, Cost)

The TDCJ - Region 4 Cabling SOW budget will be decreased by the amount in the table above.

| Price Change | | | |
|---|---|---|---|
| Time & Materials: Billed as consumed<br>Material and Services budget removed from the TDCJ - Region 4 Cabling SOW: $448,303.86 | | | |
| **Customer Name** | Securus Technologies, LLC<br>By: Greg Saxon | **Customer Email Address** | Greg.saxon@securustechnologies.com |
| **Customer Title** | Vice President, Operations | **Date** | |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Ganger<br>0494072F6126432... | 8/22/2022 | |

Approved by Legal
HLC
08/08/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 8/12/2022



SHI-071999

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 6276CBC3FB2C439A9E872D409DE59CED | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.136 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/22/2022 5:10:08 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/22/2022 5:11:33 PM<br>Viewed: 8/22/2022 5:11:41 PM<br>Signed: 8/22/2022 5:11:47 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/22/2022 5:11:33 PM |
| Certified Delivered | Security Checked | 8/22/2022 5:11:41 PM |
| Signing Complete | Security Checked | 8/22/2022 5:11:47 PM |
| Completed | Security Checked | 8/22/2022 5:11:47 PM |

| Payment Events | Status | Timestamps |
|---|---|---|