# EXHIBIT 44

SHI

# Change Request

| Project Name | TDCJ – Region 4 Cabling |
|---|---|
| Customer Name | Securus Technologies |
| Change Request Number | CR02 |
| Date | 09/19/2022 |
| SHI Account Executive | Kristin Cooper |
| Submitted by | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ – Region 4 Cabling project to add electrical outlet installation to the scope of the project.

| SITE NAME | SOW | NEEDED | OOS | Electrician LABOR | TOTAL MATERIALS | PM Hours | PM Cost | Total | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **Region 4** | | | | | | | | | |
| GARZA WEST | 0 | 1 | 1 | $1,400.00 | $980.00 | 0.4 | $74.00 | $2,454.00 | Bldg A - IDF2 |
| DOMINGUEZ | 0 | 8 | 8 | $11,200.00 | $7,840.00 | 3.2 | $592.00 | $19,632.00 | MDF, Bpod, Fdorm, Cpod, Edorm, Ddorm, Kdorm, Adorm |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for to add electrical outlet installation. Electician travel will be invoiced as actuals and is not included in this CR estimate.

| Price Change |
|---|
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Electician: $12,600<br>- Materials: $8,820<br>- PM: $666<br>- Total TDCJ – Region 4 Cabling Electrical CR02: $22,086 |

| | | | |
|---|---|---|---|
| **Customer Name** | Greg Saxon | **Customer Email Address** | |
| **Customer Title** | VP - Value Chain Operations | **Date** | 09NOV2022 |
| **Customer Signature** | | | |
| **SHI Project Manager Receipt** | DocuSigned by: Lisa Gauger 0494072F6126432... | | |






Procurement reviewed by Ryan Edwards on 8/12/2022



SHI-357924

DocuSign

## Certificate Of Completion

Envelope Id: A9A6163BB79D4CB093EB03E21F4F4EBD

Status: Completed

Subject: Complete with DocuSign: Securus_SHI_SOW_TDCJ - Region 4 Cabling_CR02_Electrical.legal.stamped10...

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.9 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>11/22/2022 5:26:57 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 11/22/2022 5:29:16 PM<br>Viewed: 11/22/2022 5:29:27 PM<br>Signed: 11/22/2022 5:29:33 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/22/2022 5:29:16 PM |
| Certified Delivered | Security Checked | 11/22/2022 5:29:27 PM |
| Signing Complete | Security Checked | 11/22/2022 5:29:33 PM |
| Completed | Security Checked | 11/22/2022 5:29:33 PM |

| Payment Events | Status | Timestamps |
|---|---|---|