# EXHIBIT 45

SHI

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ – Region 3 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR04 |
| **Date** | 09/19/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ – Region 3 Cabling project to add electrical outlet installation to the scope of the project.

| SITE NAME | SOW | NEEDED | OOS | Electrician LABOR | TOTAL MATERIALS | PM Hours | PM Cost | Total | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **Region 3** | | | | | | | | | |
| STILES | 0 | 4 | 4 | $5,600.00 | $3,920.00 | 1.6 | $296.00 | $9,816.00 | Admin, Dorm 19, Bldg 18, Bldg 10, |
| GIST | 0 | 9 | 9 | $12,600.00 | $8,820.00 | 3.6 | $666.00 | $22,086.00 | MDF, Bpod, Fdorm, Gpod, Cpod, Edorm, Ddorm, Kdorm, Adorm |
| PLANE | 0 | 9 | 9 | $12,600.00 | $8,820.00 | 3.6 | $666.00 | $22,086.00 | MDF, Bpod, Fdorm, Gpod, Cpod, Edorm, Ddorm, Kdorm, Adorm |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for to add electrical outlet installation. Electician travel will be invoiced as actuals and is not included in this CR estimate.

| Price Change |
|---|
| Time & Materials: Billed as consumed<br>Additional Budget:<br>- Electician: $30,800<br>- Materials: $21,560<br>- PM: $1,628<br>- Total TDCJ – Region 3 Cabling Electrical CR04: $53,988 |

| | | | |
|---|---|---|---|
| Customer Name | Greg Saxon | Customer Email Address | |
| Customer Title | VP - Value Chain Operations | Date | 09NOV2022 |
| Customer Signature | [signature] | | |
| SHI Project Manager Receipt | DocuSigned by: Lisa Gauger 0494072F6126432... | | |

Approved by Legal Initial & Date HLC 10/17/22

Procurement reviewed by Ryan Edwards on 11/9/2022



SHI-357921

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 5501F88B6FA34507BE3B0ABAFDEB41A0 | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.7 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>11/22/2022 5:32:08 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 11/22/2022 5:32:31 PM<br>Viewed: 11/22/2022 5:32:37 PM<br>Signed: 11/22/2022 5:32:43 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/22/2022 5:32:31 PM |
| Certified Delivered | Security Checked | 11/22/2022 5:32:37 PM |
| Signing Complete | Security Checked | 11/22/2022 5:32:43 PM |
| Completed | Security Checked | 11/22/2022 5:32:43 PM |

| Payment Events | Status | Timestamps |
|---|---|---|