# EXHIBIT 46

SHI

# Change Request

| | |
|---|---|
| **Project Name** | Texas Region 3 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR03 |
| **Date** | 07/07/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the Texas Region 3 Cabling project to add trenching to the scope of the project.

| Region | Site | Tech $ | PM hrs | PM $ | Materials | Total |
|---|---|---|---|---|---|---|
| 3 | Stiles | $7,185.00 | 2.4 | $444.00 | $17,233.50 | $24,862.50 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for trenching. Travel will be invoiced as actuals and is not included in this CR estimate.

**Price Change**

Time & Materials: Billed as consumed

Additional Budget:

- Tech: $7,185
- PM: $444
- Materials + equipment: $17,233.50
- Total Texas Region 3 Cabling CR03: $24,862.50

| | | | |
|---|---|---|---|
| **Customer Name** | Greg Saxon | **Customer Email Address** | greg.saxon@aventiv.com |
| **Customer Title** | VP, Value Chain Operations | **Date** | August 2, 2022 |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by: Lisa Gauger 0494072F6126432... | | 8/16/2022 |

Approved by Legal
HLC
07/12/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 7/28/2022