# EXHIBIT 47

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ - Region 3 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR01 |
| **Date** | 07/13/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ - Region 3 Cabling project to increase the AP count and associated material/hours to match the quantity indicated in the Heatmaps provided by Securus. The additional APs have been added by Securus to the project scope after SOW-signature. Hours and material cost listed below are estimates and will be billed as actuals.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Gist | 76 | 53 | -23 | -172.5 | -$19,837.50 | -8.6 | -$1,595.63 | -$13,886.25 |
| 3 | Kegans | 41 | 33 | -8 | -60 | -$6,900.00 | -3.0 | -$555.00 | -$4,830.00 |
| 3 | Plane | 76 | 55 | -21 | -157.5 | -$18,112.50 | -7.9 | -$1,456.88 | -$12,678.75 |
| 3 | Stiles | 100 | 267 | 167 | 1252.5 | $144,037.50 | 62.6 | $11,585.63 | $100,826.25 |

## Impact of Change (Scope, Schedule, Cost)

Budget increased to accommodate material/hours needed for the additional AP count.



SHI-071986

## Price Change

Time & Materials: Billed as consumed

Additional Budget:

- Tech Hours: 862.5 x $115 = $99,187.50
- PM Hours: 43.1 x $185 = $7,978.13
- Additional materials: $69,431.25
- Total TDCJ - Region 3 Cabling CR01: $176,596.88

| | | | |
|---|---|---|---|
| **Customer Name** | Securus Technologies, LLC<br>By: Greg Saxon | **Customer Email Address** | Greg.saxon@securustechnologies.com |
| **Customer Title** | Vice President, Operations | **Date** | |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Ganger<br>0494072F6126432... | 8/22/2022 | |

Approved by Legal
HLC
08/08/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 8/12/2022



SHI-071987

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 6CF7D10C6A394623901A1DEBD759525D | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.137 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/22/2022 5:06:27 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/22/2022 5:07:06 PM<br>Viewed: 8/22/2022 5:07:17 PM<br>Signed: 8/22/2022 5:07:27 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/22/2022 5:07:06 PM |
| Certified Delivered | Security Checked | 8/22/2022 5:07:17 PM |
| Signing Complete | Security Checked | 8/22/2022 5:07:27 PM |
| Completed | Security Checked | 8/22/2022 5:07:27 PM |

| Payment Events | Status | Timestamps |
|---|---|---|