# EXHIBIT 48

# Change Request

| | |
|---|---|
| **Project Name** | TDCJ - Region 3 Cabling |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR02 |
| **Date** | 07/08/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

## Change Request Description

SHI and Securus Technologies agree to modify the existing SOW for the TDCJ - Region 3 Cabling project to remove the sites below (and associated material/hours). SHI has not yet shipped materials to these sites; all material cost for these facilities will be removed from the budget.

| Region | Site | Cable / Networking Technician | Electrician | Project Manager | Lift & Mini Excavator | Service Total | Material in SOW | Total Removed from SOW |
|---|---|---|---|---|---|---|---|---|
| 3 | Hosp Galveston | $72,910.00 | $3,150.00 | $47,730.00 | $11,250.00 | $135,040.00 | $60,515.00 | $195,555.00 |
| 3 | Jester 3 | $95,220.00 | $3,150.00 | $47,730.00 | $11,250.00 | $157,350.00 | $74,200.00 | $231,550.00 |
| 3 | Jester 4/Scott | $138,000.00 | $6,300.00 | $44,030.00 | $11,250.00 | $199,580.00 | $105,403.35 | $304,983.35 |
| 3 | Leblanc | $97,750.00 | $6,300.00 | $51,430.00 | $11,250.00 | $166,730.00 | $97,058.00 | $263,788.00 |
| 3 | Lychner | $175,720.00 | $6,300.00 | $44,030.00 | $11,250.00 | $237,300.00 | $105,403.35 | $342,703.35 |
| 3 | Vance | $92,805.00 | $6,300.00 | $44,030.00 | $11,250.00 | $154,385.00 | $71,610.00 | $225,995.00 |
| 3 | Young | $95,220.00 | $3,150.00 | $47,730.00 | $11,250.00 | $157,350.00 | $74,200.00 | $231,550.00 |
| | **Totals** | **$767,625.00** | **$34,650.00** | **$326,710.00** | **$78,750.00** | **$1,207,735.00** | **$588,389.70** | **$1,796,124.70** |

## Impact of Change (Scope, Schedule, Cost)

The TDCJ - Region 3 Cabling SOW budget will be decreased by the amount in the table above.

| Price Change | | | |
|---|---|---|---|
| Time & Materials: Billed as consumed<br>Material and Services budget removed from the TDCJ - Region 3 Cabling SOW: $1,796,124.70 | | | |
| **Customer Name** | Securus Technologies, LLC<br>By: Greg Saxon | **Customer Email Address** | Greg.saxon@securustechnologies.com |
| **Customer Title** | Vice President, Operations | **Date** | |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by:<br>Lisa Ganger<br>0494072F6126432... | 8/22/2022 | |

Approved by Legal
HLC
08/08/22
Initial & Date

Procurement reviewed by
Ryan Edwards on 8/12/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 76C4D73385F941F294CE47AEF7FE7119 | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.136 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/22/2022 5:02:29 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/22/2022 5:03:10 PM<br>Viewed: 8/22/2022 5:03:18 PM<br>Signed: 8/22/2022 5:03:23 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/22/2022 5:03:10 PM |
| Certified Delivered | Security Checked | 8/22/2022 5:03:18 PM |
| Signing Complete | Security Checked | 8/22/2022 5:03:23 PM |
| Completed | Security Checked | 8/22/2022 5:03:23 PM |

| Payment Events | Status | Timestamps |
|---|---|---|