# EXHIBIT 50

SHI

# Change Request

| | |
|---|---|
| **Project Name** | Conex Box Delivery and Storage |
| **Customer Name** | Securus Technologies |
| **Change Request Number** | CR01 |
| **Date** | 06/30/2022 |
| **SHI Account Executive** | Kristin Cooper |
| **Submitted by** | Lisa Gauger, Sr Project Manager |

**Change Request Description**

SHI and Securus Technologies agree to modify the existing SOW to include a change request to expand the scope of Conex Box coordination to include all US States where Conex Boxes are available for delivery.

The SOW language of the 1st paragraph of §1 is modified to reflect the following:

> Securus Technologies ("Customer") has engaged SHI International Corp ("SHI") to provide Conex Boxes for storage of equipment and materials for the duration of the install all US States where Conex Boxes are available for delivery.

Due to the open-ended scope of this change request we will increase the project budget by $200,000 (for invoicing purposes, actual cost will be determined by usage).

**Impact of Change (Scope, Schedule, Cost)**

Scope and budget increased to include Conex Box delivery and coordination for all US States where Conex Boxes are available for delivery.

**Price Change**

Time & Materials: Billed as consumed

Budget increase: $200,000(for invoicing purposes, actual cost will be determined by usage)

| | | | |
|---|---|---|---|
| **Customer Name** | Greg Saxon | **Customer Email Address** | greg.saxon@aventiv.com |
| **Customer Title** | VP, Value Chain Operations | **Date** | August 3, 2022 |
| **Customer Signature** | Greg Saxon | | |
| **SHI Project Manager Receipt** | DocuSigned by: Lisa Gauger 0494072F6126432... | | 8/16/2022 |

Approved by Legal HLC 07/08/22

Procurement reviewed by Ryan Edwards on 7/28/2022

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: E9ECA0BE126C4419B81963C49B01713E | | Status: Completed |
| Subject: Please DocuSign This Document | | |
| Source Envelope: | | |
| Document Pages: 1 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Lisa Gauger |
| AutoNav: Enabled | | 290 Davidson Ave |
| EnvelopeId Stamping: Enabled | | Somerset, NJ 08873-4145 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lisa_gauger@shi.com |
| | | IP Address: 64.207.219.135 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/16/2022 3:35:51 PM | Holder: Lisa Gauger<br>lisa_gauger@shi.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisa Gauger<br>lisa_gauger@shi.com<br>Sr. Project Manager - Corp<br>SHI<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Lisa Gauger<br>0494072F6126432...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.112.11 | Sent: 8/16/2022 3:36:22 PM<br>Viewed: 8/16/2022 3:36:30 PM<br>Signed: 8/16/2022 3:36:36 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/16/2022 3:36:23 PM |
| Certified Delivered | Security Checked | 8/16/2022 3:36:30 PM |
| Signing Complete | Security Checked | 8/16/2022 3:36:36 PM |
| Completed | Security Checked | 8/16/2022 3:36:36 PM |

| Payment Events | Status | Timestamps |
|---|---|---|