# EXHIBIT 53

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHI INTERNATIONAL CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | **Cause No. 4:23-CV-200-SDJ** |
| | § | |
| **v.** | § | |
| | § | |
| **SECURUS TECHNOLOGIES, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**DECLARATION OF ELAINE BINOSA**

I, Elaine Binosa, make the following declaration:

1. My name is Elaine Binosa. I am over the age of twenty-one (21) years, of sound mind, and capable of making this Declaration. I have personal knowledge of the facts set forth below, which are true and correct.

2. I am the Associate Director of Accounts Receivable for SHI International Corp.

3. SHI International Corp. is a named Plaintiff in Cause No. 4:23-CV-200-SDJ, styled as *SHI International Corp. v. Securus Technologies, LLC*, in the United States District Court of the Eastern District of Texas.

4. This Declaration is made in support of *SHI International Corp.'s Partial Motion for Summary Judgment.*

5. Attached as Exhibit 52 to *SHI International Corp.'s Partial Motion for Summary Judgment* is a true and correct copy of December 2023 Total Unpaid Invoice Spreadsheet [SHI-425694]. Exhibit 52 is a summary chart of voluminous invoices generated by SHI International, Corp. for the TDCJ and other nation-wide projects for Securus Technologies, LLC. My understanding is that the invoices reflected on Exhibit 52 have been produced in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2024.

DocuSigned by:
Elaine Binosa
AE8F7B1E915D443...

Elaine Binosa