# EXHIBIT 54

| | |
|---|---|
| **From:** | Greg Saxon |
| **Sent:** | Tuesday, June 14, 2022 9:23 AM CDT |
| **To:** | David Brennan |
| **Subject:** | Priorities |
| **Attachments:** | 2022 2023 Map Unity Conversion Map.pptx |
| **Importance:** | High |

Hello David,

A few things as you make the move into my organization – these are just some top of mind priorities:

1. Please put time on my calendar for a weekly 1:1 where we can review priorities and progress – 30 mins usually does it and if we do not need it we can move it. I prefer Mondays for this but Tuesday/Thursday mornings work well too
2. Get a deep dive on ALL SOW's for all sites but focus on TDCJ, GA and KY – we need to know what we are spending, what we are buying and when things will be done
   a. For TDCJ, SHI was pulled off of 14 sites and we want those resources redeployed to other sites – let's figure out where they should be and get them there
   b. For KY and GA – we cannot move quick enough – stay on top of them and flag risks ASAP (work with the program leaders on these)
3. I would like to see a view of ALL sites that have contractors and all sites that still need contractors (and the plan that we have to facilitate that) – the map attached is probably a starting point
   a. David Guzman started a slide with a map that showed all of the labor, but it was not very well executed, reach out to Hezi to get that slide and build on it.
4. Work on a scorecard ASAP
5. Work with Sean McAllister and Ryan Edwards on the process for creating and approving SoW's going forward

You now "own" contract labor so it is yours to make into what you see as best fit. I am looking forward to getting this going and seeing how much value we can get out of it.

Thanks,
Greg

aventiv

**GREG SAXON**
Vice President, Value Chain Operations
DIRECT: (973) 970-5682
greg.saxon@aventiv.com

**aventiv.com**
Aventiv® Technologies Empowers Rehabilitative Justice

Securus Technologies | Securus Monitoring | JPay | AllPaid