# EXHIBIT 55

| | |
|---|---|
| **From:** | Greg Saxon |
| **Sent:** | Tuesday, June 14, 2022 5:09 PM CDT |
| **To:** | Damon Martin; Jill Garcia; Michael Graff; Mike Stapleton; Curtis Brackens; Nestor Nunez; Robert Sanders; Britney Johnson; Ken Thomas; Clayton Olszewski; Corey Johnson; Trish Brown; Michelle Gray; Sharetha Jackson; Cheryl Beal; Mario Campos; David Galvan; Joseph Turley; Nialle Condensa; Michael Salazar; Kristin Reeves; Sierra Lopez; Sharon Diaz; Christopher Chappell; Matthew Melton; Horacio Reyna; Re'Yon Smith; Toni Nelson; Brad Stewart; Eloisa Davila; Bob Weiner; Sherry Miller; Joseph Martellini; Susie Sorrells; Ikesha Bollin; Dina Rivera; George Henderson; Marsha McGrew; Danielle Thibodeaux; Monica Lopez; Jeremy Vetter; Chadwick Ben; Desiree Terrazas; Shawn Kulik; Alan Kirk; Randall Hunt; Kathy Chen; LaTunya Smith; Brian Overstreet; Stephanie Sanchez; Daniel Molcho; Marcus Powell; Tarell Underwood; Kyle Kennedy; Keith McDonald; Kim Warner; Kelly Elza; Larson Cunningham; Nikko Williams; Jeremy Smith; Angela Mitchell; Ryan Edwards; Amber Martellini; Christopher Collier; Johnny Leung; Nicole Cooper; Nicki Trice; Robert Hinkle; Ramy Elmasry; Julian Flowers; Lakeida Jackson; Lemarius Lee; Marcus Mireles; Matthew Bell; Naser Ali; Opeoluwa Ogundimu; Di Farias Esquivel; Andre Bromfield Jones; Jose Barrera; Niraj Thapa; Christina Granado; Christopher Richard; Darrell Gauthier; Keith Dotson; Zeke Yanes; Aspen Waters; Jimmy Simon |
| **CC:** | Hezi Benmoshe; David Brennan; Mershelle Davis; Sean McAllister; Melanie Squires; Matt Pareti |
| **Subject:** | Organizational Announcement - Value Chain Operations |
| **Attachments:** | Person in the Arena.pdf, Value Chain Operations Org Chart.pdf |

**FOCUS ON FLAWLESS DELIVERY**

Team, as was announced today, we have reorganized the Operations team under Matt Pareti, our COO, and we will use this opportunity to re-organize our own team to reaffirm our focus on flawless delivery. Our new organization will now fall under the title of Value Chain Operations. As many of you might know, in industry, the Value Chain are all those things that ultimately generate revenue and contribute to the overall "value" of the business. With our re-branding and re-focusing, my hope is that we are all united in our purpose to deliver the greatest amount of value we can in everything we do on a daily basis.

We have many opportunities and tremendous challenges ahead of us as we grow and scale our business to meet and hopefully exceed the expectations of our stakeholders, customers and consumers – our new organizational structure will position our resources and talent in such a way that sets us up for the greatest opportunity for success.

**Supply Chain & Procurement**

Our Supply Chain and Procurement organizations have been on a transformational journey over the past few years. As our demands for newer technology, high volume overseas manufacturing and complex contract labor arrangement has increased significantly, we must align our supply chain and procurement to meet those challenges. In keeping with industry best practices, we have combined Supply Chain and Procurement into one organization with a focus on Planning, Sourcing, Making and Delivering the best products, services and outcomes.

Leading our Supply Chain & Procurement organization is **Sean McAllister** who has been with our company for many years and brings with him the experience necessary to continue to help our organization transform and evolve. Reporting to Sean will be **Larson Cunningham** (Facilities & Property Management), **Jeremy Smith** (Planning), **Ryan Edwards** (Procurement & Sourcing) and **Robert Hinkle** (Warehouse). This team of professionals is ready to support the delivery of major projects across the enterprise.

**Value Delivery**

We have created a new organization called "Value Delivery", led by **Hezi Ben-Moshe**, that is focused on delivery and ultimately on revenue generation through major programs and projects. By combining our project management teams, Implementation Services, Integration Services and Site Engineering into six (6) program delivery teams, we are certain that we will have the right level of effort, expertise and focus to meet and exceed the expectations put forth. Reporting to Hezi will be six Program Managers – **Nestor Nunez** (New Site Installations – DOC Focus), **Cheryl Beal** (TDCJ Regions 1,2, & 5), **Danielle Thibodeaux** (TDCJ Regions 3, 4 & 6), **Monica Lopez** (New Site Installations – County Focus), **Jeremy Vetter** (Unity Conversions – GA, AL, KY, MI, AR, OK + County Conversions), & **Stephanie Sanchez** (Unity Conversions (NY, NJ, VA, FL, LA, CA, WA, ID + County Conversions).

In addition to our program teams, Hezi will be leading our newly formed ***Technical Delivery Center of Excellence***. The Technical Delivery CoE will be led by **Damon Martin** and will be comprised of our technical thought leaders across Implementation and Integration – **Jill Garcia** (Integration CoE Lead), **Michael Graff** (Implementation Services CoE Lead) and **Mike Stapleton** (Implementation Services CoE Lead). Within the CoE, we expect to provide support to the Program Delivery teams for technical escalations, Installation/Go-Live Root Cause Analysis, Process Standardization, New Product Technical support as well as other non-revenue generating activities for county projects and minor-MAC activities.

We have also created a new role on my team – ***Sr. Manager, Contractor Operations & Performance***. As noted earlier, never in our company's history have we had more complexity or sheer volume of work being performed by contractors on our behalf and they are critical to the success of our plans for installation. **David Brennan** will be taking on the role of Sr. Manager, Contractor Operations and Performance and will play a critical role in our ability to continuously assess contractor performance and adherence to statements of work in the field. David's focus will be on contract labor performance and delivery to plan as well as working closely with the program teams and procurement to drive accurate statements of work and keep a tight control on what labor we have where and how much more we can take on.

**Mershelle Davis** will continue in her role as ***WMBE Development and Program Manager*** and will report directly to me. As we look to expand our use of second chance hiring, and utilize more women and minority owned business enterprises, we look to Mershelle's professionalism and expertise to guide and focus our efforts.

I cannot begin to express my gratitude and appreciation for everything each and every one of you has done to date and moreover, I cannot contain my excitement for what I know we can all do **TOGETHER** in the future. You will be hearing from your leadership in the very near future and I am counting on everyone to come together, work together and execute together. I have taken the liberty to attach one of my all-time favorite poems that, in my view, encapsulates my operational and leadership style (I have taken the liberty to modernize the content to be more inclusive).

I look forward to speaking with you all soon, and we will be planning an all-hands Value Chain Operations meeting later in July.

All the best,
Greg

aventiv®

**GREG SAXON**
Vice President, Value Chain Operations
DIRECT: (973) 970-5682
greg.saxon@aventiv.com

**aventiv.com**
Aventiv® Technologies Empowers Rehabilitative Justice

Securus Technologies | Securus Monitoring | JPay | AllPaid