# EXHIBIT 56

**From:** Greg Saxon
**Sent:** Tuesday, June 21, 2022 1:16 PM CDT
**To:** Lisa Gauger
**CC:** Jerimy Thompson; David Brennan
**Subject:** RE: Securus - SHI KY CRs

Hello Lisa,

Please schedule time with myself, Jerimy and David. I am free from 11:30-2:00 EST tomorrow, hopefully Jerimy and David are as well.

Thanks,
Greg

aventiv

GREG SAXON
Vice President, Value Chain Operations
DIRECT: (973) 970-5682
greg.saxon@aventiv.com

aventiv.com
Aventiv® Technologies Empowers Rehabilitative Justice

Securus Technologies | Securus Monitoring | JPay | AllPaid

**From:** Lisa Gauger <Lisa_Gauger@SHI.com>
**Sent:** Tuesday, June 21, 2022 2:13 PM
**To:** Greg Saxon <Greg.Saxon@securustechnologies.com>
**Subject:** Securus - SHI KY CRs

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Greg,

I am following up on my action item to schedule some time with you and our team to review the Kentucky change requests. Will you please let me know who else on your team I should invite & your availability? And if you have any specific items in the CRs that you would like us to focus on please let me know. Thank you!

-Lisa

SHI

Lisa Gauger
Sr. Project Manager

Lisa_Gauger@shi.com

Mobile: 737-280-2124

www.shi.com




Click here to report this email as spam.