# EXHIBIT 57

**From:** David Brennan
**Sent:** Wednesday, June 22, 2022 2:39 PM CDT
**To:** Sean McAllister; Hezi Benmoshe; Ryan Edwards
**Subject:** SHI Change Orders

Just an FYI,
All change orders from SHI will need my approval before moving forward .

**David Brennan**
SR Manager, Contractor Operation & Performance
DIRECT: (518) 269-6093
david.brennan@securustechnologies.com
**aventiv.com**
Aventiv® Technologies Empowers Rehabilitative Justice

Securus Technologies | Securus Monitoring | JPay | AllPaid