# EXHIBIT 58

**From:** Greg Saxon
**Sent:** Tuesday, June 28, 2022 8:52 AM CDT
**To:** Lisa Gauger; Hezi Benmoshe; Kevin Brown; Gabriela Angel; Alejandra Angel; Jessica Cole; Victor Carrion; Dustin Fargason; David Brennan; Danielle Thibodeaux; Cheryl Beal; Jerimy Thompson; Tony Taillac; Kristin Cooper; Klark Sweitzer; Keith Tessin; Ryan Huffine; Henry Egan; Ryan Edwards
**Subject:** RE: SHI TDCJ Resource Allocation - Notes 6/16/22

This is great Lisa, thank you.

@David Brennan, please work closely with TDCJ team and SHI to get all sites working ASAP!

aventiv

**GREG SAXON**
Vice President, Value Chain Operations
DIRECT: (973) 970-5682
greg.saxon@aventiv.com
**aventiv.com**
Aventiv® Technologies Empowers Rehabilitative Justice

Securus Technologies | Securus Monitoring | JPay | AllPaid

**From:** Lisa Gauger <Lisa_Gauger@SHI.com>
**Sent:** Friday, June 24, 2022 6:13 PM
**To:** Greg Saxon <Greg.Saxon@securustechnologies.com>; Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>; Kevin Brown <Kevin.Brown@securustechnologies.com>; Gabriela Angel <Gabriela_Angel@SHI.com>; Alejandra Angel <Alejandra_Angel@SHI.com>; Jessica Cole <Jessica_Cole@SHI.com>; Victor Carrion <Victor_Carrion@SHI.com>; Dustin Fargason <Dustin_Fargason@SHI.com>; David Brennan <david.brennan@securustechnologies.com>; Danielle Thibodeaux <Danielle.Thibodeaux@securustechnologies.com>; Cheryl Beal <cheryl.beal@securustechnologies.com>; Jerimy Thompson <jerimy.thompson@securustechnologies.com>; Tony Taillac <tony.taillac@securustechnologies.com>; Kristin Cooper <Kristin_Cooper@SHI.com>; Klark Sweitzer <Klark_Sweitzer@SHI.com>; Keith Tessin <Keith_Tessin@SHI.com>; Ryan Huffine <Ryan_Huffine@SHI.com>; Henry Egan <Henry_Egan@SHI.com>; Ryan Edwards <Ryan.Edwards@securustechnologies.com>
**Subject:** RE: SHI TDCJ Resource Allocation - Notes 6/16/22

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Securus Team – updates on the action items from our resource allocation meeting last week are below in blue:

David: New Contract/Operations manager - support statements of work & progress to plan

- Action: SHI to schedule time to review Securus program overall with David - Lisa/Kristin
- 6/24/22 update: David has joined the SHI/Securus twice-weekly TDCJ calls; Lisa/Kristin will schedule time with him to review the program when Kristin returns to the office the week after next.

- Securus - Reorg, Matt & Greg's teams re-organized to program/pod teams. Danielle & Cheryl splitting TDCJ
  - Action: Klark to schedule time with Greg to review - Klark/Greg
  - 6/24/22 update: Klark/Greg scheduled to meet next week

Resource allocation & impact to the project plan:

- 50 Techs pending clearance with TDCJ, twice-weekly updates from Securus/TDCJ on clearance status
  - Action: SHI to escalate any resources pending more than 4 weeks – Alejandra
  - 6/24/22 Update: Alejandra sent 14 Tech names who were beyond 4 weeks pending with TDCJ to Securus on 6/16

- Action: SHI to provide feedback/update plan to start the remaining sites with partial crews - Alejandra
  - Minimize impact to existing sites
  - Kickoff all sites with skeleton crews to continue progress at every location
  - 6/24/22 Update:
    - SHI is continuing to submit Techs for clearance, as of today we have 88 Techs pending TDCJ feedback.
    - We received 7 new TDCJ clearances since 6/16, unfortunately none are conduit benders. Conduit benders can be deployed to a new site as a partial/skeleton crew
    - We are asking Securus/TDCJ to prioritize Tech clearances for Techs who have conduit bending skills as they can be deployed as a partial/skeleton crews.

All of Jerimy's recommendations for shifting SHI resources have been implemented in our project plan. He may have been working off an older project plan; updates are below.

- SHI currently has 7 sites they haven't started
  1. Montford
  2. Wallace
  3. Pack
  4. Plane
  5. Luther
  6. Lindsey
  7. Mt. View

- Montford was scheduled to start on 6/17 and complete on 9/6 with the team currently working at Powledge. Powledge will not make its initial completion date of 6/15 due to trenching needed. Lewis is scheduled to finish on 6/24. Once complete, shift the team from Lewis to Montford. When other sites finish, we would shift additional resources here to pull in the dates.
  - 06/24/22 Update: Lewis to finish 7/5, 3 Lewis resources scheduled to shift to Montford 7/8. Montford requires 2304 hours to complete. With 3 Techs the completion date in the project plan for Montford pushes to 11/20, but this date will pull in as more Techs are added to Montford.

- Wallace is scheduled to start on 7/8 with complete on 9/5 with the team from Coffield. Jordan is scheduled to complete on 6/24. Once complete, shift the team from Jordan to Lewis. This would pull the completion date in two weeks to 8/22.
  - 06/24/22 Clarification: Once complete, shift the team from Jordan to ~~Lewis~~ Wallace.

- Plane is scheduled to start on 6/27 and complete on 9/7. We should be good with that start date, but as other sites finish, shift resources here to pull it in.
  - 6/24/22 Update: Plane is kicking off next week. We will add more resources as available.

- Pack is scheduled to start on 8/2 and complete 0n 9/5. However, the team assigned to this install is not working any other sites currently. They should go ahead and start this site ASAP instead of waiting until 8/2. This would pull in the completion date significantly.
  - 6/24/22 Update: The team assigned to Pack has been installing at Beto 5/4 – 7/29 and will waterfall to Pack 8/2. We will kick off Pack with net-new cleared resources or will waterfall from Beto, whichever is first.

- Luther is scheduled to start on 8/5 and complete on 9/16 with the team from Telford. Formby is scheduled to complete on 7/8. Once complete, shift the team from Formby to Luther. This would pull the completion date in roughly a month to 8/19.
  - 6/24/22 Update: This has been added to the schedule

- Lindsey is scheduled to start on 7/26 and complete on 9/16 with the team from Dalhart. Dominguez is scheduled to finish on 7/8. Once complete, shift the team Dominguez to Lindsey. This would pull the completion date in two weeks to 9/2.
  - 06/24/22 Update: Dominguez is now scheduled to finish 7/29. We will start Lindsey as soon as we have more cleared resources, and will waterfall from other sites if we do not have the clearances needed.

- Mt. View is scheduled to start on 7/14 and complete on 9/1 with the team from Sanders Estes. If we can meet that 9/1 date, we should be ok.
  - 06/24/22 Update: We will start asap – either from the 7/14 waterfall or with net-new resources, whichever happens first.

-Lisa

---

SHI

Lisa Gauger
Sr. Project Manager

Lisa_Gauger@shi.com

Mobile: 737-280-2124

www.shi.com



**From:** Lisa Gauger
**Sent:** Thursday, June 16, 2022 9:34 AM
**To:** 'Greg.Saxon@securustechnologies.com' <Greg.Saxon@securustechnologies.com>; 'Hezi.Benmoshe@securustechnologies.com' <Hezi.Benmoshe@securustechnologies.com>; 'Kevin.Brown@securustechnologies.com' <Kevin.Brown@securustechnologies.com>; Gabriela Angel <Gabriela_Angel@SHI.com>; Alejandra Angel <Alejandra_Angel@SHI.com>; Jessica Cole <Jessica_Cole@SHI.com>; Victor Carrion <Victor_Carrion@SHI.com>; Dustin Fargason <Dustin_Fargason@SHI.com>; 'david.brennan@securustechnologies.com' <david.brennan@securustechnologies.com>; 'Danielle.Thibodeaux@securustechnologies.com' <Danielle.Thibodeaux@securustechnologies.com>; 'cheryl.beal@securustechnologies.com' <cheryl.beal@securustechnologies.com>; 'jerimy.thompson@securustechnologies.com' <jerimy.thompson@securustechnologies.com>; 'tony.taillac@securustechnologies.com' <tony.taillac@securustechnologies.com>; Kristin Cooper <Kristin_Cooper@SHI.com>; Klark Sweitzer <Klark_Sweitzer@SHI.com>; Keith Tessin <Keith_Tessin@SHI.com>; Ryan Huffine <Ryan_Huffine@SHI.com>; Henry Egan <Henry_Egan@SHI.com>; 'Ryan.Edwards@securustechnologies.com' <Ryan.Edwards@securustechnologies.com>
**Subject:** SHI TDCJ Resource Allocation - Notes 6/16/22

Good morning Team – attached is the presentation we reviewed today; notes and action items are posted below. Please reach out with any questions or updates – thank you!

# TDCJ Resource Allocation

**Meeting Date:** 6/16/2022 8:30 AM
**Location:** Microsoft Teams Meeting
**Link to Outlook Item:** *click here*
**Invitation Message**
**Content**
**Participants**

- Lisa Gauger (Meeting Organizer)
- Greg Saxon (Accepted in Outlook)
- Hezi Benmoshe (Accepted in Outlook)
- Kevin Brown
- Gabriela Angel (Accepted in Outlook)
- Alejandra Angel (Accepted in Outlook)
- Jessica Cole (Accepted in Outlook)
- Victor Carrion
- Dustin Fargason (Declined in Outlook)

David Brennan (Accepted in Outlook)

Danielle Thibodeaux (Accepted in Outlook)

Cheryl Beal

Jerimy Thompson

Tony Taillac (Accepted in Outlook)

Kristin Cooper (Accepted in Outlook)

Klark Sweitzer (Accepted in Outlook)

Keith Tessin (Accepted in Outlook)

Ryan Huffine

Henry Egan

Ryan Edwards (Tentative in Outlook)

## Notes:

Intros:

- David: New Contract/Operations manager - support statements of work & progress to plan
  - **Action: SHI to schedule time to review Securus program overall with David - Lisa/Kristin**
- Danielle: 2nd PgM on TDCJ - has worked with SHI in the past.
- Securus - Reorg, Matt & Greg's teams re-organized to program/pod teams. Danielle & Cheryl splitting TDCJ
  - **Action: Klark to schedule time with Greg to review - Klark/Greg**

Resource allocation & impact to the project plan:

- Reviewed presentation, attached
- Waterfalling existing resources; continuously submitting clearances to pull in schedules
- Request: opportunities to perform more parallel work
  - SHI is building teams to kick off new sites & speed up the process
  - Securus request: Start more sites in parallel rather than waiting to build full teams (if the site can accommodate)
    - Concern: Warden has to walk the site twice
      - Securus will work with TDCJ to accommodate
- 50 Techs pending clearance with TDCJ, twice-weekly updates from Securus/TDCJ on clearance status
  - **Action: SHI to escalate any resources pending more than 4 weeks - Alejandra**
- **Action: SHI to provide feedback/update plan to start the remaining sites with partial crews - Alejandra**
  - Minimize impact to existing sites
  - Kickoff all sites with skeleton crews to continue progress at every location

Created with OneNote.

-Lisa

---

SHI

Lisa Gauger
Sr. Project Manager

Lisa_Gauger@shi.com

Mobile: 737-280-2124

www.shi.com




Click here to report this email as spam.