# EXHIBIT 59

**From:** Greg Saxon
**Sent:** Monday, September 26, 2022 9:31 AM CDT
**To:** David Brennan
**Subject:**

Also, I'd like for you to hyper focus on TDCJ…we will chat more of what that looks like, but as far as I'm concerned, you have the helm there