# EXHIBIT 60

| | |
|---|---|
| **Subject:** | Placeholder: SHI \| Securus/Aventiv Technologies Mid-Year Review |
| **Start:** | Monday, August 1, 2022 12:00 AM CDT |
| **End:** | Tuesday, August 2, 2022 12:00 AM CDT |
| **Location:** | SHI International HQ - 290 Davidson Ave, Somerset, NJ 08873 |
| **Show Time As:** | Busy |
| **Organizer:** | Kristin Cooper |
| **Attendees:** | Kristin Cooper, Klark Sweitzer, Greg Saxon, Ryan Edwards, Hezi Benmoshe, Keith Tessin, Chris LaBleu, Sean McAllister, Henry Egan, david.brennan@securustechnologies.com |

Hi Team,

Updating the placeholder to 8/1 for our upcoming mid-year review and warehouse tour in NJ.

For those traveling, the SHI events team recommends flying in to Newark and booking lodging at the Courtyard Marriott.

Courtyard by Marriott Somerset
250 Davidson Ave, Somerset, NJ 08873

I'll be in touch with the formal agenda and additional details. In the meantime, please feel free to reach out to me directly with any questions.

Looking forward to our time together!

Kristin