# EXHIBIT 63

**From:** Hezi Benmoshe
**Sent:** Thursday, August 11, 2022 7:10 PM CDT
**To:** Jessica Cole; Greg Saxon
**CC:** Dustin Fargason; Klark Sweitzer; Henry Egan; David Brennan
**Subject:** RE: SHI / Securus - Hodge - AP needed

Hello ,
To close the loop on the below , yes David is the right person to approve any changes on the SOW
Thank you
Hezi

---

**From:** Jessica Cole <Jessica_Cole@SHI.com>
**Sent:** Wednesday, August 10, 2022 8:08 PM
**To:** Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>; Greg Saxon <Greg.Saxon@securustechnologies.com>
**Cc:** Dustin Fargason <Dustin_Fargason@SHI.com>; Klark Sweitzer <Klark_Sweitzer@SHI.com>; Henry Egan <Henry_Egan@SHI.com>; David Brennan <david.brennan@securustechnologies.com>
**Subject:** RE: SHI / Securus - Hodge - AP needed

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Hezi, I'll let the team know that we're waiting on guidance.

I believe David had been designated as the approver, but wanted to validate before messaging. Alternatively, we can seek approval from you, David and Greg if that would be helpful.

Jess

---

**From:** Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>
**Sent:** Wednesday, August 10, 2022 6:19 PM
**To:** Jessica Cole <Jessica_Cole@SHI.com>; Greg Saxon <Greg.Saxon@securustechnologies.com>
**Cc:** Dustin Fargason <Dustin_Fargason@SHI.com>; Klark Sweitzer <Klark_Sweitzer@SHI.com>; Henry Egan <Henry_Egan@SHI.com>; David Brennan <david.brennan@securustechnologies.com>
**Subject:** RE: SHI / Securus - Hodge - AP needed

External Sender: Use caution with links/attachments.

---

correct
seems like some of the install folks are aware we need to install WAP in the admin area ( in all locations ), we need to review it and get back to you team on that
just to make sure we are on the same page as I mentioned on the call in the future anything that your team is asked that is not in the scope of work we agreed on should come first for our approval
Thanks

Hezi

**From:** Jessica Cole <Jessica_Cole@SHI.com>
**Sent:** Wednesday, August 10, 2022 6:34 PM
**To:** Greg Saxon <Greg.Saxon@securustechnologies.com>; Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>
**Cc:** Dustin Fargason <Dustin_Fargason@SHI.com>; Klark Sweitzer <Klark_Sweitzer@SHI.com>; Henry Egan <Henry_Egan@SHI.com>
**Subject:** RE: SHI / Securus - Hodge - AP needed

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Greg and Hezi,

Thanks for your patience. I understand from the project team today that this was discussed and was going to be taken offline, is that correct?

There may be some confusion because it sounds like we received guidance in March that we were to install it in the admin/warden's office. We're reviewing meeting notes to validate if there was a change in direction and will let you know if we uncover anything.
That said, if this is a change you'd like, we're happy to accommodate this change.

Please let us know how you'd like to proceed.
Thanks! Jess

**From:** Henry Egan <Henry_Egan@SHI.com>
**Sent:** Wednesday, August 10, 2022 12:45 PM
**To:** Klark Sweitzer <Klark_Sweitzer@SHI.com>; Greg Saxon <Greg.Saxon@securustechnologies.com>
**Cc:** Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>; Dustin Fargason <Dustin_Fargason@SHI.com>; Jessica Cole <Jessica_Cole@SHI.com>
**Subject:** RE: SHI / Securus - Hodge - AP needed

Thank you for looping me in Klark, I will ensure that the feedback is escalated up and actioned.

Henry Egan
Regional Enterprise Services Manager

Mobile: 832-277-7957

www.shi.com




---

**From:** Klark Sweitzer <Klark_Sweitzer@SHI.com>
**Sent:** Wednesday, August 10, 2022 10:47 AM
**To:** Greg Saxon <Greg.Saxon@securustechnologies.com>
**Cc:** Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>; Dustin Fargason <Dustin_Fargason@SHI.com>; Henry Egan <Henry_Egan@SHI.com>
**Subject:** RE: SHI / Securus - Hodge - AP needed

Morning Greg and Hezi, Understood.

I am looping in Dustin and Henry for us to evaluate what happened at Hodges with the AP without approval. We will get back to you on how we will clean this out of scope work completed. Also we will report when we plan to deinstrall the AP.

SHI

Klark Sweitzer
Enterprise Regional Vice President - South

---

Mobile: 512-552-3631

www.shi.com

---

**From:** Greg Saxon <Greg.Saxon@securustechnologies.com>
**Sent:** Wednesday, August 10, 2022 10:06 AM
**To:** Klark Sweitzer <Klark_Sweitzer@SHI.com>
**Cc:** Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>
**Subject:** FW: SHI / Securus - Hodge - AP needed
**Importance:** High

External Sender: Use caution with links/attachments.

---

Hello Klark,

It is imperative that your teams do not take on work from the sites without our approval. I expect a credit for this non-approved work and also the de-install.

Regards,
Greg

aventiv

**GREG SAXON**
Vice President, Value Chain Operations
DIRECT: (973) 970-5682
greg.saxon@aventiv.com

**aventiv.com**
Aventiv® Technologies Empowers Rehabilitative Justice

Securus Technologies | Securus Monitoring | JPay | AllPaid

---

**From:** Danielle Thibodeaux <Danielle.Thibodeaux@securustechnologies.com>
**Sent:** Wednesday, August 10, 2022 11:04 AM
**To:** Greg Saxon <Greg.Saxon@securustechnologies.com>
**Subject:** FW: SHI / Securus - Hodge - AP needed
**Importance:** High

FYI.

Sincerely,

SECURUS Technologies®
an aventiv company

**DANIELLE N. THIBODEAUX, MBA**

Program Manager, DOC Implementation
DIRECT: (832) 729-5225
danielle.thibodeaux@securustechnologies.com

**securustech.net**

---

**From:** Danielle Thibodeaux
**Sent:** Wednesday, August 10, 2022 10:00 AM
**To:** Lisa Gauger <Lisa_Gauger@SHI.com>; TDCJ PMO <TDCJPMO@securustechnologies.com>
**Cc:** Alejandra Angel <Alejandra_Angel@SHI.com>; Hezi Benmoshe <Hezi.Benmoshe@securustechnologies.com>
**Subject:** RE: SHI / Securus - Hodge - AP needed
**Importance:** High

Lisa,

Please stay on track for the scope of work. If someone from the facility asks and it's not on the site survey/SOW/scope then SHI should not be installing it. We can have our teams come out and do this post goLive.

Priority are the Units which = REVENUE.
The warden's offices do not generate revenue. Please remove that AP and install it where it was originally designed.

Let me know if you have any questions.

Sincerely,

SECURUS Technologies® an aventiv company

**DANIELLE N. THIBODEAUX, MBA**

Program Manager, DOC Implementation
DIRECT: (832) 729-5225
danielle.thibodeaux@securustechnologies.com

**securustech.net**

---

**From:** Lisa Gauger <Lisa_Gauger@SHI.com>
**Sent:** Tuesday, August 9, 2022 8:41 AM
**To:** TDCJ PMO <TDCJPMO@securustechnologies.com>
**Cc:** Alejandra Angel <Alejandra_Angel@SHI.com>
**Subject:** SHI / Securus - Hodge - AP needed

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Securus Team – The Hodge & Skyview team was directed to add an extra AP in the warden's office, increasing the count needed by 1. Will you please ship one AP to Hodge? They need 60 & have 59 remaining after the Warden's office installation. They requested a few extra if possible, just in case, but only need 1 more according to the map. Will you please place the order for at least 1 AP and 1 bracket/AP accessory & let me know the ETA/tracking? Thank you!

-Lisa

---

SHI

Lisa Gauger
Sr. Project Manager

Lisa_Gauger@shi.com

Mobile: 737-280-2124

www.shi.com




Click here to report this email as spam.