# EXHIBIT 65

**From:** Dustin Fargason
**Sent:** Wednesday, October 19, 2022 5:20 PM CDT
**To:** David Brennan
**CC:** Jessica Cole
**Subject:** Securus - Budget update - feedback needed by 10/28
**Attachments:** Securus - TDCJ All - Invoice breakout 10.14.22.xlsx

Hey David –

Here is the invoicing breakdown by site/region.

I'll work with Lisa to generate a CR to adjust our budget and deployment strategy to finish the remaining sites in TCDJ.

I think we have a couple paths forward and are looking for your input on which way you'd like to go.

- If we want to prioritize speed and execution, then I'd suggest we continue with T&M, remove the do not exceed and provide monthly spend / SOW for visibility.
- If we want to prioritize budget, then we can put an estimate together by SOW based upon average monthly spend / approx speed to get an estimate and manage through a series of CR. The risk would be if CR's aren't executed quickly, we may need to pause / suspend work.

We'd like your feedback on how you'd like to proceed no later than Friday 10/28/22. Please let us know your thoughts & we look forward to working through next steps with you.

Thank you,

Thanks,

SHI

Dustin Fargason
Services PMO Manager

Office: 512-814-4874
Mobile: 832-654-2404

www.shi.com

It's time to see SHI
in a new light.
#WeAreSHI