# EXHIBIT 67

**From:** Lisa Gauger via DocuSign
**Sent:** Friday, October 21, 2022 4:23 PM CDT
**To:** David Brennan
**Subject:** Please DocuSign: Securus_SHI_SOW_Polunsky Unit Cabling_CR04_BillAsActuals

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SHI

Lisa Gauger sent you a document to review and sign.

REVIEW DOCUMENT

**Lisa Gauger**
lisa_gauger@shi.com

Hi David,

Will you please DocuSign: Securus_SHI_SOW_Polunsky Unit Cabling_CR04_BillAsActuals

Kristin - I've Cc'ed you as an FYI.

Thank you!
- Lisa

Powered by DocuSign

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
273BC1F3377540EFA373DD52DFEFA14E3

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Lisa Gauger who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

Click here to report this email as spam.