# EXHIBIT 68

February 6, 2023

*sent via email to Jessica_Cole@SHI.com*
Jessica Cole
Managing Director, PMO and Operations
SHI Technologies, Inc.
3828 Pecana Trail
Austin, TX 78749

Re: Termination of Statements of Work for TDCJ Project

Dear Ms. Cole:

This letter hereby notifies SHI International Corp. ("SHI") that Securus Technologies, LLC ("Securus") is, effective immediately, terminating all Statements of Work and associated Change Requests (collectively the "SOWs") pertaining to the Texas Department of Criminal Justice ("TDCJ") Project. This termination is being made in accordance with the SOWs, Section I Termination of the TDCJ contract with Securus (referred to in the SOWs as the "Master Contract"), which SHI acknowledged the SOWs are subject to in the Terms and Conditions paragraphs of the SOWs.

SHI is directed to immediately cease all work and procurement in connection with the TDCJ Project. Securus will coordinate any required transition.

Securus hereby reserves all rights it has with respect to this matter, and this Termination does not constitute a ratification of any prior actions taken by SHI with respect to the TDCJ project.

You may direct any inquiries to my attention.

Very truly yours,

/s/ Alex Dougherty

Alex Dougherty
Chief Strategy & Operating Officer
Securus Technologies, LLC