# EXHIBIT 71

| | |
|---|---|
| **From:** | Jerimy Thompson |
| **Sent:** | Tuesday, November 15, 2022 5:06 PM CST |
| **To:** | TDCJ PMO; David Brennan |
| **Subject:** | Completion % and resources week of 11/21 |
| **Attachments:** | Resources11-21.xlsx, updatestdcj.xlsx |

See attached

**Jerimy Thompson**
**Regional Manager, Installation and Maintenance-TDCJ**
Securus Technologies, Inc.
4000 International Parkway
Carrollton, Texas 75007
--------------------------------------------
CELL: (386) 466-9541
TECH SUPPORT: 866-558-2323
SecurusTechnologies.com

S HOW AM I DOING?




SECURUS® CONNECTS
www.securusconnects.com