# EXHIBIT 72

---

**From:** Norma Ortiz
**Sent:** Monday, January 10, 2022 3:11 PM CST
**To:** Mary Clear
**CC:** Mikie Loomans; Theressa Burkhalter
**Subject:** RE: SHI Past Dues for SECURUS Technologies 1005122

Mary,
Yes, I'll work on the past due amount.

NORMA ORTIZ
A/P PROCESSOR II/ACCOUNTING
Aventiv Technologies, LLC
4000 International Parkway
Carrollton, Texas 75007
------------------------------------------------
DIRECT: (972) 277-0618
MAIN: (972) 277-0300
nortiz@securustechnologies.com

Aventiv Technologies, parent company of Securus Technologies, AllPaid and JPay

---

**From:** Mary Clear <MClear@securustechnologies.com>
**Sent:** Monday, January 10, 2022 3:05 PM
**To:** Norma Ortiz <nortiz@securustechnologies.com>
**Cc:** Mikie Loomans <mloomans@securustechnologies.com>; Theressa Burkhalter <tburkhalter@securustechnologies.com>
**Subject:** FW: SHI Past Dues for SECURUS Technologies 1005122

Norma,

The past due number is quite large. Please work on the large dollar ones first for YE close.

**MARY CLEAR**

**Vice President, Corporate Controller**
Aventiv Technologies, LLC
4000 International Parkway
Carrollton, Texas 75007
------------------------------------------------
972-277-0300
mclear@securustechnologies.com

**Aventiv Technologies,** parent company of Securus Technologies, AllPaid and JPay

---

**From:** Joshua Rosario <Joshua_Rosario@SHI.com>
**Sent:** Monday, January 10, 2022 6:13 AM
**To:** Norma Ortiz <nortiz@securustechnologies.com>; Mikie Loomans <mloomans@securustechnologies.com>; Mary Clear <MClear@securustechnologies.com>; Theressa Burkhalter <tburkhalter@securustechnologies.com>
**Cc:** Shareeq Ahmed <Shareeq_Ahmed@SHI.com>; Kristin Cooper <Kristin_Cooper@SHI.com>; Rob

Lawler <Rob_Lawler@SHI.com>
**Subject:** RE: SHI Past Dues for SECURUS Technologies 1005122

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Norma,

My apologies, see attached.

Thank you,

**Joshua Rosario**
Staff Accountant – International
Joshua_Rosario@SHI.com
Office: 732-507-1413

Software.Hardware.Integration
**Enroll in e-mailed invoices by clicking here!**
we report to dun & bradstreet to better serve the credit community

---

**From:** Norma Ortiz <nortiz@securustechnologies.com>
**Sent:** Friday, January 07, 2022 4:00 PM
**To:** Joshua Rosario <Joshua_Rosario@SHI.com>
**Cc:** Shareeq Ahmed <Shareeq_Ahmed@SHI.com>; Kristin Cooper <Kristin_Cooper@SHI.com>; Rob Lawler <Rob_Lawler@SHI.com>; Mikie Loomans <mloomans@securustechnologies.com>; Mary Clear <MClear@securustechnologies.com>; Theressa Burkhalter <tburkhalter@securustechnologies.com>
**Subject:** RE: SHI Past Dues for SECURUS Technologies 1005122

External Sender: Use caution with links/attachments.

---

Hi Joshua,
Omg…Sorry! It's not our aging report. This belongs to Caliber Collison Center. Can you send our aging report for reconciliation?

021 1/16/2022 B14498714 $5
Caliber Collision Centers | Li

NORMA ORTIZ
A/P PROCESSOR II/ACCOUNTING
Aventiv Technologies, LLC
4000 International Parkway
Carrollton, Texas 75007
-----------------------------------------------
DIRECT: (972) 277-0618
MAIN: (972) 277-0300

nortiz@securustechnologies.com

Aventiv Technologies, parent company of Securus Technologies, AllPaid and JPay

---

**From:** Norma Ortiz
**Sent:** Friday, January 7, 2022 12:12 PM
**To:** Joshua Rosario <Joshua_Rosario@SHI.com>; Accounts Payable <AccountsPayable@securustechnologies.com>
**Cc:** Shareeq Ahmed <Shareeq_Ahmed@SHI.com>; Kristin Cooper <Kristin_Cooper@SHI.com>; Rob Lawler <Rob_Lawler@SHI.com>
**Subject:** RE: SHI Past Dues for SECURUS Technologies 1005122

Hello All,
Has the credit memos been sent to AP inbox just like the invoices? If not, I'm going to need them to process especially if associated with any PO invoice.
Also, I don't see the PO numbers as reference just REQ#. Is there any way to revise the aging showing PO's instead.

CR-603439
CR-604120
CR-605664
CR-613219
CR-615741
CR-621500
CR-637619
CR-637619

| Requisition |
|---|
| PO-00027774 |
| PO-00027774 |
| PO-00024598 |
| PO-00059738 |
| PO-00060361 |
| PO-00027910 |
| PO-00055624 |
| PO-00065807 |
| PO-00066546 |
| PO-00075786 |
| PO-00075531 |
| PO-00075658 |
| PO-00075868 |
| PO-00076087 |
| PO-00076080 |
| PO-00077556 |
| PO-00078313 |
| PO-00078372 |
| PO-00078112 |
| PO-00078789 |
| PO-00079651 |
| PO-00079770 |
| PO-00080381 |
| PO-00081428 |
| PO-00073374 |
| PO-00082334 |
| PO-00082434 |
| PO-00083326 |

Thanks,
Norma

**From:** Joshua Rosario <Joshua_Rosario@SHI.com>
**Sent:** Friday, January 7, 2022 11:59 AM
**To:** Norma Ortiz <nortiz@securustechnologies.com>; Accounts Payable <AccountsPayable@securustechnologies.com>
**Cc:** Shareeq Ahmed <Shareeq_Ahmed@SHI.com>; Kristin Cooper <Kristin_Cooper@SHI.com>; Rob

Lawler <Rob_Lawler@SHI.com>
**Subject:** SHI Past Dues for SECURUS Technologies 1005122

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Please provide payment confirmation for the attached past dues. If you need anything else, please let us know.

Thank you,

**Joshua Rosario**
Staff Accountant – International
Joshua_Rosario@SHI.com
Office: 732-507-1413

Software.Hardware.Integration

**Enroll in e-mailed invoices by clicking here!**

we report to dun & bradstreet to better serve the credit community

Click here to report this email as spam.