# EXHIBIT 73

**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document
SECURUS066416_CONFIDENTIAL.xlsx**

| Date | Due date | Invoice | Sales order | Requisition | Sales tax | Freight | Invoice Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/14/2021 | 6/13/2021 | B13318657 | S53618173 | PO06920 | 170.83 | 0.00 | 2,861.06 | 2,064.81 |
| 7/8/2021 | 9/6/2021 | B13742089 | S54117981 | PO03343 | 31.29 | 0.00 | 448.54 | 448.54 |
| 8/18/2021 | 10/17/2021 | CR-654530 | S53234305 | PO04229 | -11.91 | 0.00 | -191.61 | -191.61 |
| 8/18/2021 | 10/17/2021 | CR-654533 | S53234305 | PO04229 | -23.69 | 0.00 | -381.20 | -381.20 |
| 9/7/2021 | 11/6/2021 | B14017819 | S54465234 | PO03615 | 284.86 | 0.00 | 4,354.33 | 4,354.33 |
| 9/7/2021 | 11/6/2021 | B14022965 | S54442611 | JCL8/26/2021 | 0.00 | 0.00 | 299,938.32 | 299,938.32 |
| 9/8/2021 | 11/7/2021 | B14024207 | S54473956 | PO03636 | 0.00 | 0.00 | 9,959.04 | 9,959.04 |
| 9/20/2021 | 11/19/2021 | B14077356 | S54540486 | PO03965 | 0.00 | 0.00 | 31,547.86 | 31,547.86 |
| 9/21/2021 | 11/20/2021 | B14087364 | S54549583 | Washington Site Surv | 0.00 | 0.00 | 4,826.25 | 4,826.25 |
| 10/15/2021 | 12/14/2021 | B14206724 | S54711516 | Washington Site Surv | 0.00 | 0.00 | 1,815.00 | 1,815.00 |
| 10/21/2021 | 12/20/2021 | CR-666521 | S54729799 | KY/BCC/MATERIALS | -6.10 | 0.00 | -107.70 | -107.70 |
| 10/21/2021 | 12/20/2021 | B14240381 | S54740097 | TX/KEGANS/MATERIALS | 0.00 | 0.00 | 13,704.22 | 13,704.22 |
| 10/21/2021 | 12/20/2021 | B14240774 | S54744491 | PO05120 | 0.00 | 0.00 | 48,833.64 | 48,833.64 |
| 11/23/2021 | 12/23/2021 | B14404858 | S50788091 | PO011024 | 0.00 | 0.00 | 69,750.00 | 69,750.00 |
| 10/27/2021 | 12/26/2021 | B14264728 | S54761125 | TX/HIGHTOWER/CONEX | 0.00 | 0.00 | 1,135.56 | 1,135.56 |
| 10/28/2021 | 12/27/2021 | B14276860 | S54780094 | TX/KEGANS/MATERIALS | 0.00 | 0.00 | 9,379.42 | 9,379.42 |
| 10/29/2021 | 12/28/2021 | B14280483 | S54761252 | TX/STEVENSON/CONEX | 0.00 | 0.00 | 1,758.17 | 1,758.17 |
| 10/29/2021 | 12/28/2021 | B14282408 | S54784350 | PO05521 | 0.00 | 0.00 | 4,319.30 | 4,319.30 |
| 10/29/2021 | 12/28/2021 | B14289005 | S54777591 | PO05917 | 0.00 | 0.00 | 94,727.76 | 94,727.76 |
| 10/29/2021 | 12/28/2021 | B14289788 | S54739946 | TX/DIBOLL/CONEX | 0.00 | 0.00 | 1,691.11 | 1,691.11 |
| 10/29/2021 | 12/28/2021 | B14290690 | S54785970 | PO05278 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| 10/29/2021 | 12/28/2021 | B14291200 | S54761197 | TX/KYLE/CONEX | 0.00 | 0.00 | 726.82 | 726.82 |
| 10/29/2021 | 12/28/2021 | B14293600 | S54814621 | JP10/29/2021 | 0.00 | 0.00 | 173,561.53 | 173,561.53 |
| 10/29/2021 | 12/28/2021 | B14293631 | S54813216 | JP10/29/2021 | 0.00 | 0.00 | 174,461.23 | 174,461.23 |
| 11/5/2021 | 1/4/2022 | B14318987 | S54761591 | TX/MURRAY/CONEX | 0.00 | 0.00 | 1,665.56 | 1,665.56 |
| | | | | | | | **PAST DUE** | **979,987.96** |
| | | | | | | | | |
| 11/11/2021 | 1/10/2022 | B14344299 | S54866901 | TX/KEGANS/MATERIALS | 0.00 | 0.00 | 230.28 | 230.28 |
| 11/15/2021 | 1/14/2022 | B14358598 | S54882974 | Washington Site Surv | 0.00 | 0.00 | 1,980.00 | 1,980.00 |
| 11/15/2021 | 1/14/2022 | B14358729 | S54882975 | Washington Site Surv | 0.00 | 0.00 | 562.50 | 562.50 |
| 11/15/2021 | 1/14/2022 | B14358752 | S54882976 | Washington Site Surv | 0.00 | 0.00 | 437.50 | 437.50 |
| 11/17/2021 | 1/16/2022 | B14370952 | S54899108 | PO05746 | 897.41 | 0.00 | 13,717.49 | 13,717.49 |
| 11/17/2021 | 1/16/2022 | B14372198 | S54898943 | PO05745 | 897.53 | 0.00 | 13,717.61 | 13,717.61 |
| 11/19/2021 | 1/18/2022 | B14383832 | S54914744 | Consulting Engagemen | 0.00 | 0.00 | 4,102.25 | 4,102.25 |
| 11/19/2021 | 1/18/2022 | B14386776 | S54911484 | PO05753 | 0.00 | 0.00 | 183,035.00 | 183,035.00 |
| 11/22/2021 | 1/21/2022 | B14390447 | S54806478 | PO05509 | 365.54 | 0.00 | 4,213.30 | 4,213.30 |
| 11/22/2021 | 1/21/2022 | B14390455 | S54806728 | PO05558 | 182.77 | 0.00 | 2,106.65 | 2,106.65 |
| 11/22/2021 | 1/21/2022 | B14390460 | S54806834 | PO05569 | 365.54 | 0.00 | 4,213.30 | 4,213.30 |
| 11/22/2021 | 1/21/2022 | B14390639 | S54808298 | PO05657 | 182.77 | 0.00 | 2,106.65 | 2,106.65 |
| 11/22/2021 | 1/21/2022 | B14392455 | S54784202 | PO05159 | 0.00 | 0.00 | 71,654.22 | 71,654.22 |
| 11/22/2021 | 1/21/2022 | B14394551 | S54908629 | PO05756 | 0.00 | 0.00 | 25,973.56 | 25,973.56 |
| 11/22/2021 | 1/21/2022 | B14397525 | S54928940 | PO05813 | 208.07 | 0.00 | 4,913.76 | 4,913.76 |
| 11/24/2021 | 1/23/2022 | B14408647 | S54941129 | PO05811 | 1,694.05 | 0.00 | 29,928.19 | 29,928.19 |
| 11/26/2021 | 1/25/2022 | B14412228 | S54905278 | KY/WKCC/MATERIALS | 197.37 | 0.00 | 3,486.90 | 3,486.90 |
| 11/26/2021 | 1/25/2022 | B14412740 | S54924444 | KY/BCFC/MATERIALS | 134.97 | 0.00 | 2,384.40 | 2,384.40 |
| 11/26/2021 | 1/25/2022 | B14414715 | S54948931 | PO05469 | 375.67 | 0.00 | 10,595.74 | 10,595.74 |
| 11/29/2021 | 1/28/2022 | B14420167 | S54949116 | PO05486 | 0.00 | 0.00 | 3,676.80 | 3,676.80 |
| 11/29/2021 | 1/28/2022 | B14421674 | S54949846 | KY/GRCC/MATERIALS | 55.65 | 0.00 | 983.15 | 983.15 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/30/2021 | 1/29/2022 | B14425127 | S54940976 | KY/BCC/MATERIALS | 115.57 | 0.00 | 2,041.68 | 2,041.68 |
| 11/30/2021 | 1/29/2022 | B14425742 | S54941652 | KY/BCC/MATERIALS | 11.73 | 0.00 | 207.23 | 207.23 |
| 11/30/2021 | 1/29/2022 | B14427695 | S54733433 | PO05023 | 0.00 | 0.00 | 23,979.12 | 23,979.12 |
| 11/30/2021 | 1/29/2022 | B14427707 | S54961406 | PO05494 | 0.00 | 0.00 | 38,603.32 | 38,603.32 |
| 11/30/2021 | 1/29/2022 | B14433072 | S54941307 | PO05784 | 34.67 | 0.00 | 665.04 | 665.04 |
| 12/1/2021 | 1/30/2022 | B14433269 | S54923947 | TX/KEGANS/MATERIALS | 0.00 | 0.00 | 738.82 | 738.82 |
| 12/2/2021 | 1/31/2022 | B14437126 | S54969408 | PO05506 | 0.00 | 0.00 | 73,995.00 | 73,995.00 |
| 12/3/2021 | 2/1/2022 | B14440392 | S54975090 | PO04762 | 119.29 | 0.00 | 2,107.49 | 2,107.49 |
| 12/3/2021 | 2/1/2022 | B14441511 | S54977462 | KY/BBC/MATERIALS | 12.36 | 0.00 | 218.28 | 218.28 |
| 12/3/2021 | 2/1/2022 | B14442129 | S54973379 | KY/BCC/MATERIALS | 113.28 | 0.00 | 2,001.28 | 2,001.28 |
| 12/6/2021 | 2/4/2022 | B14449228 | S54982245 | PO04766 | 218.47 | 0.00 | 4,924.16 | 4,924.16 |
| 12/6/2021 | 2/4/2022 | B14449594 | S54980635 | PO05516 | 0.00 | 0.00 | 17,018.59 | 17,018.59 |
| 12/6/2021 | 2/4/2022 | B14449862 | S54982298 | PO04769 | 268.76 | 0.00 | 4,974.45 | 4,974.45 |
| 12/6/2021 | 2/4/2022 | B14449973 | S54986881 | PO04771 | 113.55 | 0.00 | 2,101.75 | 2,101.75 |
| 12/8/2021 | 2/6/2022 | B14456736 | S54973445 | KY/BCFC/MATERIALS | 65.64 | 0.00 | 1,159.64 | 1,159.64 |
| 12/8/2021 | 2/6/2022 | B14459561 | S54987379 | PO05470 | 0.00 | 0.00 | 131,009.85 | 131,009.85 |
| 12/9/2021 | 2/7/2022 | B14463014 | S54932954 | PO05748 | 0.00 | 0.00 | 424,800.00 | 424,800.00 |
| 12/9/2021 | 2/7/2022 | B14465610 | S54986990 | PO04777 | 0.00 | 0.00 | 1,479.90 | 1,479.90 |
| 12/10/2021 | 2/8/2022 | B14469085 | S55006344 | KY/GRCC/MATERIALS | 2,349.36 | 0.00 | 41,767.86 | 41,767.86 |
| 12/14/2021 | 2/12/2022 | B14482047 | S55020489 | PO04402 | 0.00 | 0.00 | 22,174.42 | 22,174.42 |
| 12/15/2021 | 2/13/2022 | B14487875 | S55037105 | PO04414 | 1,411.71 | 0.00 | 15,528.78 | 15,528.78 |
| 12/15/2021 | 2/13/2022 | B14488261 | S55037506 | KY/BCFC/MATERIALS | 43.04 | 0.00 | 760.29 | 760.29 |
| 12/16/2021 | 2/14/2022 | B14490692 | S54960951 | PO05519 | 0.00 | 0.00 | 3,874.50 | 3,874.50 |
| 12/16/2021 | 2/14/2022 | B14495161 | S55044845 | PO04819 | 0.00 | 0.00 | 54,910.50 | 54,910.50 |
| 12/16/2021 | 2/14/2022 | B14495260 | S55044866 | PO04417 | 0.00 | 0.00 | 1,197.00 | 1,197.00 |
| 12/17/2021 | 2/15/2022 | B14501788 | S55048543 | Consulting Engagemen | 0.00 | 0.00 | 1,479.50 | 1,479.50 |
| 12/20/2021 | 2/18/2022 | B14508148 | S55059648 | PO04819 | 0.00 | 0.00 | 43,030.60 | 43,030.60 |
| 12/21/2021 | 2/19/2022 | B14514280 | S55055708 | Washington Site Surv | 0.00 | 0.00 | 82.50 | 82.50 |
| 12/22/2021 | 2/20/2022 | B14523224 | S55080093 | PO04383 | 0.00 | 0.00 | 72,880.00 | 72,880.00 |
| 12/27/2021 | 2/25/2022 | B14534080 | S55080729 | PO04385 | 0.00 | 0.00 | 36,243.89 | 36,243.89 |
| 12/29/2021 | 2/27/2022 | B14547239 | S55080903 | PO04385 | 0.00 | 0.00 | 44,226.80 | 44,226.80 |
| 12/29/2021 | 2/27/2022 | B14548578 | S55100667 | KY/BCC/MATERIALS | 34.78 | 0.00 | 614.40 | 614.40 |
| 12/30/2021 | 2/28/2022 | B14552497 | S55044697 | PO04384 | 0.00 | 0.00 | 6,415.58 | 6,415.58 |
| 12/30/2021 | 2/28/2022 | B14554311 | S55117311 | HB12/28/2021C | 0.00 | 0.00 | 134,905.39 | 134,905.39 |
| 12/31/2021 | 3/1/2022 | B14560849 | S55119280 | PO04515 | 0.00 | 0.00 | 197,010.61 | 197,010.61 |
| 12/31/2021 | 3/1/2022 | B14561510 | S55125560 | PO04526 | 0.00 | 0.00 | 715.76 | 715.76 |
| 12/31/2021 | 3/1/2022 | B14561531 | S55125610 | PO04527 | 0.00 | 0.00 | 715.76 | 715.76 |
| 12/31/2021 | 3/1/2022 | B14561634 | S55125647 | PO04528 | 0.00 | 0.00 | 715.76 | 715.76 |
| 12/31/2021 | 3/1/2022 | B14561685 | S55125653 | PO04529 | 0.00 | 0.00 | 715.76 | 715.76 |
| 12/31/2021 | 3/1/2022 | B14562090 | S55125495 | PO04522 | 0.00 | 0.00 | 715.76 | 715.76 |
| 12/31/2021 | 3/1/2022 | B14562478 | S55125532 | PO04524 | 0.00 | 0.00 | 715.76 | 715.76 |
| 12/31/2021 | 3/1/2022 | B14562487 | S55125547 | PO04525 | 0.00 | 0.00 | 715.76 | 715.76 |
| 12/31/2021 | 3/1/2022 | B14562547 | S55121656 | PO04498 | 0.00 | 0.00 | 4,273.36 | 4,273.36 |
| 12/31/2021 | 3/1/2022 | B14564582 | S55113008 | PO04516 | 0.00 | 0.00 | 256,749.71 | 256,749.71 |
| 1/7/2022 | 3/8/2022 | B14583743 | S55137953 | KY/BCC/MATERIALS | 27.47 | 0.00 | 485.27 | 485.27 |