# EXHIBIT 74

**From:** Sean McAllister
**Sent:** Thursday, July 21, 2022 7:12 AM CDT
**To:** Philip Ninan; Lysandra Tello; Linda Cipriano; Norma Ortiz
**CC:** Ryan Edwards; Mary Clear; Greg Saxon
**Subject:** Re: SHI Overdue Invoices

Philip,
They split them between service and materials/software. I have a call with Kristen this morning to discuss the payment terms, but it seems everything service related is Net 30.
Greg has talked with Jerimy about getting the invoices approved.
Regards,

**Sean McAllister**
**Director – Supply Chain**
Securus Technologies, Inc.
4000 International Parkway
Carrollton, Texas 75007

Mobile: (514) 236-9720
Securustechnologies.com

SECURUS® CONNECTS
www.securusconnects.com

**From:** Philip Ninan <philip.ninan@aventiv.com>
**Sent:** Thursday, July 21, 2022 7:48 AM
**To:** Sean McAllister <sean.mcallister@securustechnologies.com>; Lysandra Tello <Lysandra.Tello@Aventiv.com>; Linda Cipriano <linda.cipriano@aventiv.com>; Norma Ortiz <norma.ortiz@aventiv.com>
**Cc:** Ryan Edwards <Ryan.Edwards@securustechnologies.com>; Mary Clear <mary.clear@aventiv.com>; Greg Saxon <Greg.Saxon@securustechnologies.com>
**Subject:** RE: SHI Overdue Invoices

Adding Norma to review these open invoices.

Sean- Why are there 2 spreadsheets? One shows Net 60 terms and the other Net 30. I thought we were Net 60 across the board?

I suspect that many of these invoices are part of 4 consolidated invoices that are still with Craig and Jeremy for approval. From what I can tell, they have been in their workflows since May 23rd and June 22nd. I think these are for install services. The invoices have to go through the full approval process – all the way to Dave Abel before AP will process them for payment.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mgr Installation Central CCharboneau | 01-000-000-15990-025 | 6/17/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 634,260.13 | JUN 2022 KY SERVICES | 634,260.13 |
| Mgr Installation Central CCharboneau | 01-000-000-15990-025 | 4/29/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 1,739,741.01 | APR 2022 20-1670-000 AFCE | 1,739,741.01 |
| Regional Mgr Field Ops JThompson | 01-000-000-15990-025 | 5/5/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 1,739,741.01 | APR 2022 21-2812-000 AFCE | 1,739,741.01 |
| Regional Mgr Field Ops JThompson | 01-000-000-15990-025 | 6/17/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 3,829,254.56 | JUN 2022 TX SERVICES | 3,829,254.56 |

The equipment invoices below will be paid by Encina equipment finance on 8/1 but these are all current.

| Vendor | PO # | Invoice # | Amount | Taxes | Amount Financed | Due date |
|---|---|---|---|---|---|---|
| SHI | 4807 | B15386562 | $ 64,636.00 | $ - | $ 64,636.00 | 8/14/2022 |
| SHI | 7566 | B15379510 | $ 184,019.39 | $ - | $ 184,019.39 | 8/13/2022 |
| SHI | 7675 | B15376084 | $ 74,681.48 | $ - | $ 74,681.48 | 8/13/2022 |
| SHI | 7694 | B15375986 | $ 60,488.81 | $ - | $ 60,488.81 | 8/13/2022 |
| SHI | 7693 | B15376468 | $ 56,613.38 | $ - | $ 56,613.38 | 8/13/2022 |
| SHI | 7767 | B15374848 | $ 64,797.31 | $ - | $ 64,797.31 | 8/12/2022 |
| SHI | 6671 | B15358277 | $ 408,510.66 | $ - | $ 408,510.66 | 8/8/2022 |
| SHI | 6753 | B15335475 | $ 66,010.32 | $ - | $ 66,010.32 | 8/5/2022 |
| | | | | | | |
| | | | | | | |
| | | | **$ 979,757.35** | **$ -** | **$ 979,757.35** | |

**From:** Sean McAllister <sean.mcallister@securustechnologies.com>
**Sent:** Wednesday, July 20, 2022 8:32 PM
**To:** Lysandra Tello <Lysandra.Tello@Aventiv.com>; Linda Cipriano <linda.cipriano@aventiv.com>
**Cc:** Ryan Edwards <Ryan.Edwards@securustechnologies.com>; Mary Clear <mary.clear@aventiv.com>; Philip Ninan <philip.ninan@aventiv.com>; Greg Saxon <Greg.Saxon@securustechnologies.com>
**Subject:** SHI Overdue Invoices

Linda,

SHi is saying that we have millions in invoices that are past due (>60 days). How quickly can we pay these invoices? I have attached the information that they have sent.

They have stopped work on our installation projects and shipping materials until this is resolved so we ned to send the payments ASAP.

Regards.

**Sean McAllister**
**Director – Supply Chain**
Securus Technologies, Inc.
4000 International Parkway
Carrollton, Texas 75007

Mobile: (514) 236-9720
Securustechnologies.com

SECURUS® CONNECTS
www.securusconnects.com