# EXHIBIT 75

**From:** Philip Ninan
**Sent:** Monday, August 15, 2022 4:18 PM CDT
**To:** Mary Clear
**Subject:** SHI install work invoices

Mary- there is over $10M sitting unpaid to SHI on just these 6 invoices going back several months. I'm not sure who requested it, but SHI provided a consolidated invoice for some projects like TDCJ that are made up of over hundred individual invoices. But when you look at their AR aging, only the individual invoices are referenced, not these consolidated invoices. I saw in the notes today, that the FSM is kicking back these consolidated invoices saying they want to see the detail by site. It's only a matter of time before SHI cuts us off completely on install work and I'm not sure what, if anything, Norma is doing on these.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AP Processor II NOrtiz | 01-000-000-15990-025 | 6/17/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 634,260.13 | JUN 2022 KY SERVICES | 634,260.13 | |
| Accounting Review | 01-000-000-15990-025 | 7/21/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 1,192,196.39 | AFCE 21-2812-000 TDCJ | 1,192,196.39 | |
| Accounting Review | 01-000-000-15990-025 | 7/21/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 1,249,491.77 | TDCJ REGION 2 | 1,249,491.77 | |
| AP Processor II NOrtiz | 01-000-000-15990-025 | 4/29/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 1,739,741.01 | APR 2022 20-1670-000 AFCE | 1,739,741.01 | |
| AP Processor II NOrtiz | 01-000-000-15990-025 | 5/5/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 1,739,741.01 | APR 2022 21-2812-000 AFCE | 1,739,741.01 | |
| AP Processor II NOrtiz | 01-000-000-15990-025 | 6/17/2022 | Construction WIP-New Service Calls | | | | | SECURUS TECHNOLOGIES, LLC. | | 3,829,254.56 | JUN 2022 TX SERVICES | 3,829,254.56 | |