# EXHIBIT 76

**From:** Lisa Gauger
**Sent:** Friday, October 21, 2022 4:17 PM CDT
**To:** David Brennan
**CC:** Gabriela Angel; Brandyn Morgan; Dustin Fargason
**Subject:** Securus - SHI CRs: Bill as Actuals & Sites Removed
**Attachments:** Securus_SHI_SOW_Polunsky Unit Cabling_CR04_BillAsActuals.pdf, Securus_SHI_SOW_TDCJ - Region 2 Cabling_CR04_BillAsActuals_SiteRemoved.pdf, Securus_SHI_SOW_TDCJ - Region 3 Cabling_CR05_BillAsActuals_SiteRemoved.pdf, Securus_SHI_SOW_TDCJ - Region 4 Cabling_CR03_BillAsActuals.pdf, Securus_SHI_SOW_TDCJ - Region 5 Cabling_CR05_BillAsActuals_SitesRemoved.pdf, Securus_SHI_SOW_TDCJ - Region 6 Cabling_CR03_BillAsActuals_SitesRemoved.pdf

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi David,

Attached are the SHI change requests to update the budgets for all active SOWs to be billed as actuals and to remove the 7 inactive sites from the different TDCJ regions. I'll also send these to you via docusign for easy processing. Will you please let us know if you have any questions & if not, please sign and return by Fri 10/28? Thank you!

-Lisa

---

SHI

Lisa Gauger
Corp Sr. Project Manager
Mobile: 17372802124
Lisa_Gauger@SHI.com

SHI.com




Click here to report this email as spam.