**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHI INTERNATIONAL CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | **Cause No. 4:23-CV-200-SDJ** |
| | § | |
| **v.** | § | |
| | § | |
| **SECURUS TECHNOLOGIES, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Plaintiff SHI International Corp.'s Partial Motion for Summary Judgment. (Dkt. #93-1). Having considered the motion, the response, and reply, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED** in its entirety.

It is further **ORDERED** that judgment is entered in favor of Plaintiff SHI International Corp. against Defendant Securus Technologies, LLC on Defendant Securus Technologies, LLC's breach of contract counterclaim.

It is further **ORDERED** that judgment is entered in favor of Plaintiff SHI International Corp. against Defendant Securus Technologies, LLC on Defendant Securus Technologies, LLC's counterclaim for money had and received.

It is further **ORDERED** that judgment is entered in favor of Plaintiff SHI International Corp. against Defendant Securus Technologies, LLC on Defendant Securus Technologies, LLC's counterclaim for restitution/unjust enrichment.

It is further **ORDERED** that judgment is entered in favor of Plaintiff SHI International Corp. on its breach of contract claim (Count 1) against Defendant Securus Technologies, LLC.

It is further **ORDERED** that judgment is entered in favor of Plaintiff SHI International Corp. on its breach of contract claim (Count 3) against Defendant Securus Technologies, LLC.